IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>Defendant. | Case No. 1:06-cv-01142 (RWR)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

## PLAINTIFFS' MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiffs, by and through their undersigned attorneys and pursuant to LCvR 83.2(c)(1), hereby move this Court to admit Mara R. Thompson of Sprenger & Lang, PLLC, 310 Fourth Avenue S., Suite 600, Minneapolis, MN 55415, and Christopher M. Moody and Whitney Warner of Moody & Warner, P.C., 4169 Montgomery Blvd. NE, Albuquerque, NM 87109, to appear and participate in this pending action on behalf of themselves and the class they seek to represent, *pro hac vice*. The grounds for the motion are set forth in the accompanying memorandum.

This 7th day of July, 2006.

Respectfully submitted,

/s/ Steven M. Sprenger
Steven M. Sprenger (DC No. 418736)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010

Cyrus Mehri (DC No. 420970)
Steven A. Skalet (DC No. 359804)
Lisa M. Bornstein (DC No. 485933)
Sandi Farrell (DC No. 491677)
MEHRI & SKALET, PLLC
1300 19th Street, N.W., Suite 400
Washington, DC 20036
(202) 822-5100

*Attorneys for the Plaintiffs and the Class*

2015788

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, <br><br> On behalf of themselves and all others similarly situated, <br><br>                 Plaintiffs, <br><br> v. <br> Morgan Stanley DW, Inc., <br><br>                 Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br> CLASS ACTION <br><br> JURY TRIAL DEMAND |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
THEIR MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Plaintiffs submit this memorandum in support of their motion to admit Mara R. Thompson of Sprenger & Lang, PLLC, and Christopher M. Moody and Whitney Warner of Moody & Warner, P.C to appear and participate in this pending action on behalf of themselves and the class they seek to represent, *pro hac vice*.

Rule 83.2(c)(1) of the Rules of this Court provides, in relevant part:

An attorney who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not a member of the Bar of this Court, may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of this Court.

All requirements have been met by each attorney, as set forth below.

Mara R. Thompson is an attorney practicing law with the firm of Sprenger & Lang, PLLC, 310 Fourth Avenue S., Suite 600, Minneapolis, MN 55415 (612-871-8910). She is not a member of the Bar of this Court, but is a member in good standing of the Bar of United States District Court for the District of Minnesota as well as the Minnesota Supreme Court.

2015788

Christopher M. Moody is an attorney practicing law with the firm of Moody & Warner, P.C., 4169 Montgomery Blvd. NE, Albuquerque, NM 87109 (505-944-0033). He is not a member of the Bar of this Court, but is a member in good standing of the Bar of United States District Court for the District of New Mexico as well as the New Mexico Supreme Court.

Whitney Warner is an attorney practicing law with the firm of Moody & Warner, P.C., 4169 Montgomery Blvd. NE, Albuquerque, NM 87109 (505-944-0033). She is not a member of the Bar of this Court, but is a member in good standing of the Bar of United States District Court for the District of New Mexico as well as the New Mexico Supreme Court.

The above-identified out-of-state attorneys have joined Steven M. Sprenger of the law firm of Sprenger & Lang, PLLC, and Cyrus Mehri, Steven A. Skalet, Lisa M. Bornstein and Sandi Farrell of the law firm Mehri & Skalet, PLLC, who are members in good standing of the Bar of this Court, since the initiation of this lawsuit, and intend to continue to remain so throughout the litigation of this case. In the event that papers are submitted by the above-identified out-of-state attorneys, they will also be signed by Steven M. Sprenger, Cyrus Mehri, Steven A. Skalet, Lisa M. Bornstein or Sandi Farrell in compliance with LCvR 83.2(c)(1).

This 7th day of July, 2006.

Respectfully submitted,

/s/ Steven M. Sprenger
Steven M. Sprenger (DC No. 418736)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005
(202) 265-8010

Cyrus Mehri (DC No. 420970)
Steven A. Skalet (DC No. 359804)
Lisa M. Bornstein (DC No. 485933)
Sandi Farrell (DC No. 491677)
MEHRI & SKALET, PLLC
1300 19th Street, N.W., Suite 400
Washington, DC 20036
(202) 822-5100

*Attorneys for Plaintiffs and the Class*

2015788