IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br>Morgan Stanley DW, Inc.,<br><br>      Defendant. | Case No. 1:06-cv-01142 (RWR)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

## DECLARATION OF MARA R. THOMPSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Mara R. Thompson, make this declaration in support of Plaintiffs' Motion to Admit Counsel *Pro Hac Vice,* from my personal knowledge, to which I could testify if called to do so and declare that,

1. I am an attorney practicing law with the law firm of Sprenger & Lang, PLLC. My office resides at 310 Fourth Avenue South, Suite 600, Minneapolis, MN 55415. My telephone number is (612) 871-8910.

2. I am a member in good standing of the Bar of the United States District Court for the District of Minnesota, the Eighth Circuit United States Court of Appeals, and the the Minnesota Supreme Court.

3. I certify that I have not been disciplined by or the subject of any investigations by any bar.

4. I have not sought to be admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years. In 2002, I was admitted *pro*

*hac vice* in the United States District Court for the District of Columbia in *Kosen, et al. v. American Express Financial Advisors, Inc.*, Civil Action No. 1:02-CV-00082 (HHK). I am not admitted *pro hac vice* in any other matters in the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of July, 2006 at Minneapolis, Minnesota.

MARA R. THOMPSON