IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, <br><br> On behalf of themselves and all others similarly situated, <br><br>　　　　　　　　Plaintiffs, <br><br> v. <br> Morgan Stanley DW, Inc., <br><br>　　　　　　　　Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br> CLASS ACTION <br><br> JURY TRIAL DEMAND |

**DECLARATION OF CHRISTOPHER M. MOODY IN SUPPORT OF THEIR MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Christopher M. Moody, make this declaration in support of Plaintiffs' Motion to Admit Counsel *Pro Hac Vice,* from my personal knowledge, to which I could testify if called to do so and declare that,

1.　I am an attorney practicing law with the law firm of Moody & Warner, P.C. My office resides at 4169 Montgomery Blvd. NE, Albuquerque, NM 87109. My telephone number is (505) 944-0033.

2.　I am a member in good standing of the Bar of the United States District Court for the District of New Mexico as well as the New Mexico Supreme Court and the Colorado Supreme Court.

3.　I certify that I have not been disciplined by or the subject of any investigations by any bar.

4.  I have not been admitted *pro hac vice* or sought to be admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated 7/5/06

_____
CHRISTOPHER M. MOODY