IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>    Defendant. | Case No. 1:06-cv-01142 (RWR)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

### DECLARATION OF WHITNEY WARNER IN SUPPORT OF THEIR MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Whitney Warner, make this declaration in support of Plaintiffs' Motion to Admit Counsel *Pro Hac Vice*, from my personal knowledge, to which I could testify if called to do so and declare that,

1. I am an attorney practicing law with the law firm of Moody & Warner, P.C. My office resides at 4169 Montgomery Blvd. NE, Albuquerque, NM 87109. My telephone number is (505) 944-0033.

2. I am a member in good standing of the Bar of the United States District Court for the District of New Mexico as well as the New Mexico Supreme Court.

3. I certify that I have not been disciplined by or the subject of any investigations by any bar.

4. I have not been admitted *pro hac vice* or sought to be admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated 7/5/06

_____
WHITNEY WARNER