IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>v.<br>Morgan Stanley DW, Inc.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:06-cv-01142 (RWR)<br>)<br>)<br>) CLASS ACTION<br>)<br>) JURY TRIAL DEMAND<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING *PRO HAC VICE* ADMISSION

The Court has reviewed Plaintiffs' Motion to Admit Counsel *Pro Hac Vice* and the supporting memorandum. The Court finds that the requirements for *pro hac vice* practice set forth in LCvR 83.2(c)(1) have been satisfied. Accordingly,

**IT IS HEREBY ORDERED:**

That Plaintiffs' motion be, and it is, granted. Mara R. Thompson, Christopher M. Moody and Whitney Warner are admitted in this case *pro hac vice*.

This ____ day of _____, 2006.

**Richard W. Roberts, United States District Judge**

2015789

Copies to:

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55415

Cyrus Mehri
Steven A. Skalet
Lisa M. Bornstein
Sandi Farrell
MEHRI & SKALET, PLLC
1300 19th Street, N.W.
Suite 400
Washington, DC 20036

Christopher M. Moody
Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109

Grace E. Speights
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Kenneth J. Turnbill
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178

2015789