IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br>Morgan Stanley DW, Inc.,<br><br>          Defendant. | Case No. 1:06-cv-01142 (RWR)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

I HEREBY CERTIFY that on July 7, 2006 I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Plaintiffs' Motion to Admit Counsel Pro Hac Vice;

2. Declaration of Mara R. Thompson;

3. Declaration of Christopher M. Moody;

4. Declaration of Whitney Warner;

5. Proposed Order;

6. Certificate of Service.

2015844

Copies of these documents will be mailed to:

Grace E. Speights
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178

/s/ Steven M. Sprenger

2015844