IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>           Defendant. | Case No. 1:06-cv-01142 (RWR)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

## JOINT MOTION TO SET STATUS CONFERENCE

Plaintiffs Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, and Defendant Morgan Stanley DW, Inc., by and through their respective counsel and pursuant to Fed. R. Civ. P. 16, hereby move the Court to order a status conference for the purpose of advising the Court of: (1) the parties' selection of a private mediator to facilitate settlement discussions; (2) the status of the parties' ongoing settlement discussions; and, (3) the recent filing of a similar lawsuit in the United States District Court of the Northern District of California styled *Jaffe v. Morgan Stanley DW, Inc.*, Case No. C 06 3903 EDL. In support of their motion, Plaintiffs respectfully refer the Court to the attached memorandum in support.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court order a Rule 16 status conference (by telephone conference or in chambers) at the Court's earliest convenience.

2015781

This 7th day of July, 2006.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven M. Sprenger | /s/ Grace E. Speights |
| Steven M. Sprenger (DC No. 418736) | Grace E. Speights (DC No. 392091) |
| SPRENGER & LANG, PLLC | MORGAN, LEWIS & BOCKIUS, LLP |
| 1400 Eye Street, N.W. | 1111 Pennsylvania Avenue, NW |
| Suite 500 | Washington, DC 20004 |
| Washington, DC 20005 | (202) 739-3000 |
| (202) 265-8010 | |
| | Mark S. Dichter (E.D. Penn. No. 04399, NY No. MD-6795) |
| Mara R. Thompson (MN No. 196125)* | MORGAN, LEWIS & BOCKIUS, LLP |
| SPRENGER & LANG, PLLC | 1701 Market Street |
| 310 Fourth Avenue S. | Philadelphia, PA 19103-2921 |
| Suite 600 | (215) 963-5000 |
| Minneapolis, MN 55415 | |
| (612) 871-8910 | Kenneth J. Turnbull (NY No. KT-4458) |
| | MORGAN, LEWIS & BOCKIUS, LLP |
| Cyrus Mehri (DC No. 420970) | 101 Park Avenue |
| Steven A. Skalet (DC No. 359804) | New York, NY 10178 |
| Lisa M. Bornstein (DC No. 485933) | (212) 309-6000 |
| Sandi Farrell (DC No. 491677) | |
| MEHRI & SKALET, PLLC | *Attorneys for Defendant Morgan Stanley DW, Inc.* |
| 1250 Connecticut Ave. NW | |
| Suite 300 | |
| Washington, DC  20036 | |
| (202)822-5100 | |

Christopher M. Moody (NM No. 1850)*
Whitney Warner (NM No. 10600)*
MOODY & WARNER, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
(505)944-0033

*Attorneys for Plaintiffs and the Class*

* *Pro Hac Vice* Applications previously filed

2

2015780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, <br><br> On behalf of themselves and all others similarly situated, <br><br>                 Plaintiffs, <br> v. <br> Morgan Stanley DW, Inc., <br><br>                 Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br> CLASS ACTION <br><br> JURY TRIAL DEMAND |

**MEMORANDUM IN SUPPORT OF**
**<u>JOINT MOTION TO SET STATUS CONFERENCE</u>**

Plaintiffs Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, and Defendant Morgan Stanley DW, Inc., by and through their respective counsel and pursuant to LCvR 7.1, hereby submit this memorandum in support of their joint motion to set a status conference in the above-captioned action.

**Argument**

The parties request an early status conference to assist the Court in managing this action. The parties seek to inform the Court of their selection of a private mediator to facilitate settlement discussions, the current status of the parties' ongoing settlement discussions, and the recent filing of a similar lawsuit in the United States District Court of the Northern District of California styled *Jaffe v. Morgan Stanley DW, Inc.*, Case No. C 06 3903 EDL.

2015780

## Conclusion

Plaintiffs and Defendant respectfully request that the Court order a Rule 16 status conference (by telephone conference or in chambers) at the Court's earliest convenience.

This 7th day of July, 2006.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven M. Sprenger | /s/ Grace E. Speights |
| Steven M. Sprenger (DC No. 418736)<br>SPRENGER & LANG, PLLC<br>1400 Eye Street, N.W.<br>Suite 500<br>Washington, DC 20005<br>(202) 265-8010 | Grace E. Speights (DC No. 392091)<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-3000 |
| Mara R. Thompson (MN No. 196125)*<br>SPRENGER & LANG, PLLC<br>310 Fourth Avenue S.<br>Suite 600<br>Minneapolis, MN 55415<br>(612) 871-8910 | Mark S. Dichter (E.D. Penn. No. 04399,<br>NY No. MD-6795)<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-5000 |
| Cyrus Mehri (DC No. 420970)<br>Steven A. Skalet (DC No. 359804)<br>Lisa M. Bornstein (DC No. 485933)<br>Sandi Farrell (DC No. 491677)<br>MEHRI & SKALET, PLLC<br>1250 Connecticut Ave. NW<br>Suite 300<br>Washington, DC 20036<br>(202)822-5100 | Kenneth J. Turnbull (NY No. KT-4458)<br>MORGAN, LEWIS & BOCKIUS, LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-6000<br><br>*Attorney for Defendant Morgan Stanley DW, Inc.* |

Christopher M. Moody (NM No. 1850)*
Whitney Warner (NM No. 10600)*
MOODY & WARNER, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
(505)944-0033

*Attorneys for Plaintiffs and the Class*

* *Pro Hac Vice* Applications previously filed

2015780