IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br> Morgan Stanley DW, Inc., <br><br> Defendant. | ) <br> ) <br> ) <br> )  Case No. 1:06-cv-01142 (RWR) <br> ) <br> ) <br> )  CLASS ACTION <br> ) <br> )  JURY TRIAL DEMAND <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER SETTING STATUS CONFERENCE

Upon consideration of the Joint Motion to Set Status Conference, it is hereby ordered that the motion is granted. A status conference is set for _____ ___, 2006 at ____ _.m. (in chambers/by telephone conference initiated by plaintiffs' counsel).

This ____ day of _____, 2006.

_____
Richard W. Roberts
United States District Judge

2015782

Copies to:

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55415

Cyrus Mehri
Steven A. Skalet
Lisa M. Bornstein
Sandi Farrell
MEHRI & SKALET, PLLC
1250 Connecticut Ave. NW
Suite 300
Washington, DC  20036

Christopher M. Moody
Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109

Grace E. Speights
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178

2015782