UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>        Defendant. | CIVIL ACTION NO.1:06-CV-01142 (RWR)<br><br>CLASS ACTION |

## MOTION TO ADMIT MARK S. DICHTER AND KENNETH J. TURNBULL
### *PRO HAC VICE*

Grace E. Speights, the undersigned counsel of record for Defendant Morgan Stanley DW, Inc., hereby moves this Court pursuant to LCvR 83.2(c)(1), to admit Mark S. Dichter and Kenneth J. Turnbull of Morgan Lewis & Bockius LLP *pro hac vice*, to appear and participate in this pending action as counsel for defendant. In support of this motion the undersigned counsel submits the accompanying memorandum and declarations of Messrs. Dichter and Turnbull.

Dated: August 3, 2006

                                                            Respectfully submitted,

                                                               /s/
                                                Grace E. Speights (Bar No. 392091)
                                               MORGAN, LEWIS & BOCKIUS LLP
                                               1111 Pennsylvania Avenue, N.W.
                                               Washington, D.C. 20004
                                             (202) 739-5189

                                               Attorney for Defendant Morgan Stanley DW, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, <br><br>On behalf of themselves and all others similarly situated, <br><br>            Plaintiffs, <br><br>v. <br><br>Morgan Stanley DW, Inc., <br><br>            Defendant. | CIVIL ACTION NO.1:06-CV-01142 (RWR) <br><br>CLASS ACTION |

## MEMORANDUM IN SUPPORT OF MOTION TO ADMIT MARK S. DICHTER AND KENNETH J. TURNBULL *PRO HAC VICE*

This memorandum is submitted in support of the motion to admit Mark S. Dichter and Kenneth J. Turnbull of Morgan, Lewis & Bockius LLP, *pro hac vice* to appear and participate in this pending action as counsel for defendant.

Rule 83.2(c)(1) of the Rules of this Court provides, in relevant part:

An attorney who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not a member of the Bar of this Court, may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of this Court.

Rule 83.2(d) provides, in relevant part:

An attorney who is not a member of the Bar of this Court may be heard in open court only by permission of the judge to whom the case is assigned. Any attorney seeking to appear pro hac vice must file a motion signed by a sponsoring member of the Bar of this Court accompanied by a declaration by the non-member . . .

All requirements have been met by Messrs. Dichter and Turnbull, as set forth below.

Mark S. Dichter is an attorney practicing law with the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, Pennsylvania 19103, (215) 963-5291. He is not a member of the Bar of this Court, but is a member in good standing of the U.S. Supreme Court, the Bar of the Supreme Court of Pennsylvania, the Court of Common Pleas of Philadelphia, the U.S. District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, Eastern District of Michigan, and District of Connecticut, and the United States Court of Appeals for the First, Second, Third, Fifth, Seventh, Eighth, and Eleventh Circuits. See Declaration of Mark S. Dichter, attached hereto as Exhibit A.

Kenneth J. Turnbull is an attorney practicing law with the law firm of Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, (212) 309-6055. He is not a member of the Bar of this Court, but is a member in good standing of the Bars of New York and New Jersey, the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York. See Declaration of Kenneth J. Turnbull, attached hereto as Exhibit B.

In the event that papers are submitted by the above-identified out-of-state attorneys, they will also be signed by Grace E. Speights, Esq. in compliance with LCvR 83.2(c)(1). The undersigned counsel, therefore, respectfully requests that the Motion to Admit Mark S. Dichter and Kenneth J. Turnbull *Pro Hac Vice* be granted.

Dated: August 3, 2006                    Respectfully submitted,

                                         /s/
                                         _____
                                         Grace E. Speights (Bar No. 392091)
                                         MORGAN, LEWIS & BOCKIUS LLP
                                         1111 Pennsylvania Avenue, N.W.
                                         Washington, D.C. 20004
                                         (202) 739-5189

                                         Attorney for Defendant Morgan Stanley DW, Inc.,