# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>                      Defendant. | CIVIL ACTION NO.1:06-CV-01142 (RWR)<br><br>CLASS ACTION |

## DECLARATION OF MARK S. DICHTER IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

I, Mark S. Dichter, make this declaration in support of the Motion to Admit Mark S. Dichter *Pro Hac Vice,* from my personal knowledge, to which I could testify if called to do so and declare that,

1. I am an attorney practicing law with the law firm of Morgan, Lewis & Bockius LLP. My office resides at 1701 Market Street, Philadelphia, Pennsylvania 19103. My telephone number is (215) 963-5291.

2. I am a member in good standing of the U.S. Supreme Court, the Bar of the Supreme Court of Pennsylvania, the Court of Common Pleas of Philadelphia, the U.S. District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, Eastern District of Michigan, and District of Connecticut, and the United States Court of Appeals for the First, Second, Third, Fifth, Seventh, Eighth, and Eleventh Circuits.

2

3.  I certify that I have not been disciplined by or the subject of any investigations by any bar.

4.  I have not sought to be admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 31 day of July, 2006 in Philadelphia, Pennsylvania.

_____
Mark S. Dichter

2