# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>Defendant. | CIVIL ACTION NO.1:06-CV-01142 (RWR)<br><br>CLASS ACTION |

### DECLARATION OF KENNETH J. TURNBULL IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

I, Kenneth J. Turnbull, make this declaration in support of the Motion to Admit Kenneth J. Turnbull *Pro Hac Vice,* from my personal knowledge, to which I could testify if called to do so and declare that,

1. I am an attorney practicing law with the law firm of Morgan, Lewis & Bockius LLP. My office resides at 101 Park Avenue, New York, NY 10178. My telephone number is (212) 309-6055.

2. I am a member in good standing of the Bars of New York and New Jersey, the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York.

3. I certify that I have not been disciplined by or the subject of any investigations by any bar.

4.  I have not sought to be admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of July, 2006 in New York, NY.

_____
Kenneth J. Turnbull

2