UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Morgan Stanley DW, Inc., <br><br> Defendant. | CIVIL ACTION NO.1:06-CV-01142 (RWR) <br><br> CLASS ACTION |

## ORDER GRANTING *PRO HAC VICE* ADMISSION

The Court has reviewed the Motion to Admit Counsel Mark S. Dichter and Kenneth J. Turnbull *Pro Hac Vice* and the supporting memorandum and declarations. The Court finds that the requirements for *pro hac vice* practice set forth in LCvR 83.2(c)(1) have been satisfied. Accordingly,

**IT IS HEREBY ORDERED** this _____ day of August 2006:

That the motion to admit Mark S. Dichter and Kenneth J. Turnbull *Pro Hac Vice* in this case is **GRANTED**.

_____
Richard W. Roberts, United States District Judge

1-WA/2595209.1