## CERTIFICATE OF SERVICE

I hereby certify that copies of (1) Motion to Admit Mark S. Dichter and Kenneth J. Turnbull *Pro Hac Vice*; (2) Memorandum in Support of The Motion to Admit Mark S. Dichter and Kenneth J. Turnbull *Pro Hac Vice*; (3) Declaration of Mark S. Dichter in Support of Motion to Admit *Pro Hac* Vice; (4) Declaration of Kenneth J. Turnbull in Support of Motion to Admit *Pro Hac* Vice; and (5) proposed Order granting *Pro Hac* Vice Admission were served this 3rd day of August, 2006 by e-filing and first-class mail, postage prepaid, upon the following counsel of record:

>Steven M. Sprenger, Esq.
>SPRENGER & LANG, PLLC
>1400 Eye Street, N.W.
>Suite 500
>Washington, D.C. 20005
>
>Mara R. Thompson, Esq.
>SPRENGER & LANG, PLLC
>310 Fourth Avenue S.
>Suite 600
>Minneapolis, MN 55415
>
>Cyrus Mehri, Esq.
>Steven A. Skalet, Esq,
>Lisa M. Bornstein, Esq.
>Sandi Farrell, Esq.
>MEHRI & SKALET, PLLC
>1300 19th Street, N.W.
>Suite 400
>Washington, D.C. 20036
>
>Christopher M. Moody, Esq.
>Whitney Warner, Esq.
>MOODY & WARNER, P.C.
>4169 Montgomery Boulevard, N.E.
>Albuquerque, NM 87109

_____
Richard W. Black