UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO. 1:06-CV-01142 (RWR)<br><br>CLASS ACTION |

## DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant Morgan Stanley DW, Inc. ("Defendant"), with the consent of Plaintiffs, and, through its undersigned counsel, hereby moves this Honorable Court for an Order extending the date by which Defendant must respond to Plaintiff's Complaint. Specifically, because the parties are currently engaged in ongoing settlement discussions regarding this matter, Defendant respectfully requests that this Court enter an order extending the date by which it must respond to Plaintiffs' Complaint until November 1, 2006. In support of this consent motion, the undersigned counsel submits the accompanying memorandum.

I-WA/2607369.2

Dated: August 8, 2006

                        Respectfully submitted,

                        _____/s/_____

                        Grace E. Speights (Bar No. 392091)
                        MORGAN, LEWIS & BOCKIUS LLP
                        1111 Pennsylvania Avenue, N.W.
                        Washington, D.C. 20004
                        (202) 739-5189

                        Attorney for Defendant Morgan Stanley DW, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>     Defendant. | CIVIL ACTION NO. 1:06-CV-01142 (RWR)<br><br>CLASS ACTION |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S CONSENT
MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

This memorandum is submitted in support of Defendant's Consent Motion to Extend Time to Respond to the Complaint. On July 7, 2006, the parties filed a Joint Motion to Set Status Conference. That joint motion respectfully requested that the Court order a Rule 16 status conference, at the Court's earliest convenience, for the purpose of allowing the parties the opportunity to advise the Court of: (1) the parties' selection of a private mediator to facilitate settlement discussions; (2) the status of the parties' ongoing settlement discussions; and (3) the recent filing of a similar lawsuit in the United States District Court of the Northern District of California styled *Jaffe v. Morgan Stanley DW, Inc.*, Case No. C 06 3903 EDL. On July 28, 2006, counsel for the parties jointly called chambers to inquire about the status of the pending joint motion.

Because the parties are currently engaged in ongoing settlement discussions regarding this matter, Defendant respectfully requests that this Court enter an order extending the date by which Defendant must respond to Plaintiffs' Complaint until November 1, 2006, so that the parties will have had an opportunity to participate in a status conference with the Court before a response to the Complaint must be filed. As required by LCvR 7(m), counsel for Defendant conferred with counsel for Plaintiffs regarding this motion. Plaintiffs do not oppose and, in fact, consent to, the requested extension.

Dated: August 8, 2006

                                              Respectfully submitted,

                                                  /s/
                                            Grace E. Speights (Bar No. 392091)
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1111 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20004
                                            (202) 739-5189

                                            Attorney for Defendant Morgan Stanley DW, Inc.