UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:06-CV-01142 (RWR)<br>)<br>)  CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The Court has reviewed Defendant's Consent Motion to Extend Time to Respond to the Complaint and the accompanying memorandum in support. Accordingly,

**IT IS HEREBY ORDERED** this _____ day of August 2006:

That Defendant's Consent Motion to Extend Time to Respond to the Complaint is **GRANTED**. Defendant shall file its Answer or other responsive pleading in response to Plaintiffs' Complaint no later than November 1, 2006.

_____
Richard W. Roberts, United States District Judge

1-WA/2607369.2