## **CERTIFICATE OF SERVICE**

I hereby certify that copies of (1) Defendant's Consent Motion to Extend Time to Respond to the Complaint; (2) Memorandum in Support of Defendant's Consent Motion to Extend Time to Respond to the Complaint and (3) proposed Order granting Defendant's Consent Motion to Extend Time to Respond to the Complaint were served this 8th day of August, 2006 by e-filing and first-class mail, postage prepaid, upon the following counsel of record:

    Steven M. Sprenger, Esq.
    SPRENGER & LANG, PLLC
    1400 Eye Street, N.W.
    Suite 500
    Washington, D.C. 20005

    Mara R. Thompson, Esq.
    SPRENGER & LANG, PLLC
    310 Fourth Avenue S.
    Suite 600
    Minneapolis, MN 55415

    Cyrus Mehri, Esq.
    Steven A. Skalet, Esq,
    Lisa M. Bornstein, Esq.
    Sandi Farrell, Esq.
    MEHRI & SKALET, PLLC
    1300 19th Street, N.W.
    Suite 400
    Washington, D.C. 20036

    Christopher M. Moody, Esq.
    Whitney Warner, Esq.
    MOODY & WARNER, P.C.
    4169 Montgomery Boulevard, N.E.
    Albuquerque, NM 87109

                                      */s/ Richard W. Black*
                                      Richard W. Black