UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>Defendant. | CIVIL ACTION NO. 1:06-CV-01142 (RWR)<br><br>CLASS ACTION |

### ORDER GRANTING DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The Court has reviewed Defendant's Consent Motion to Extend Time to Respond to the Complaint and the accompanying memorandum in support. Accordingly,

IT IS HEREBY ORDERED this __10th__ day of August 2006:

That Defendant's Consent Motion to Extend Time to Respond to the Complaint is **GRANTED**. Defendant shall file its Answer or other responsive pleading in response to Plaintiffs' Complaint no later than November 1, 2006.

_____
Richard W. Roberts, United States District Judge

1-WA/2607369.2