UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn,<br><br>On behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>Morgan Stanley DW, Inc.,<br><br>           Defendant. | Civil Action No. 1:06-CV-01142 (RWR)<br><br>Class Action |

## NOTICE OF CHANGE OF FIRM ADDRESS

The Clerk of Court will please take notice that effective immediately the undersigned counsel for Plaintiff has a change of firm address. Please address all future pleadings, correspondence, etc. for this matter to the address listed below:

MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, D.C. 20036
Tel: (202) 822-5100
Fax: (202) 822-4997

Respectfully Submitted,

*Cyrus Mehri / CMP*
Cyrus Mehri
Steven A. Skalet
Lisa Bornstein
Sandi Farrell
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, D.C. 20036
Tel: (202) 822-5100
Fax: (202) 822-4997

## CERTIFICATE OF SERVICE

I hereby certify that filing of the foregoing was made via the CM/ECF System on this 23rd day of October, 2006, which will send notification to the counsel of record in this matter who are registered on the CM/ECF. Copies have also been sent via US Mail First Class to the following:

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 Eye Street, NW
Suite 500
Washington, DC 20005

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Ave. S.
Suite 600
Minneapolis, MN 55415

Christopher M. Moody
Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, NE
Albuquerque, NM 87109

Grace E. Speights
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

Chris Planicka
Documents Clerk
Mehri & Skalet, PLLC