IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GUISTINIANO, and LAURIE BLACKBURN,<br><br>**Plaintiffs**<br><br>v.<br><br>**MORGAN STANLEY DW, INC.,**<br><br>**Defendant.** | CIVIL ACTION NO. 1:06-cv-01142 (RWR)<br><br>ELECTRONICALLY FILED |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT MORGAN STANLEY DW, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Defendant Morgan Stanley DW, Inc. ("Defendant"), certifies that to the best of my knowledge and belief, the following is the parent company of Defendant that has any outstanding securities in the hands of the public: Morgan Stanley, a holding company whose shares are publicly traded on the New York and Pacific Stock Exchanges. Defendant does not have affiliates or subsidiaries that have outstanding securities in the hands of the public.

Respectfully submitted,

Dated: November 13, 2006

  s/ Grace E. Speights
Grace E. Speights (D.C. Bar # 392091)
Mark S. Dichter, *Pro Hac Vice*
Kenneth J. Turnbull, *Pro Hac Vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
202.739.3000
*Counsel for Defendant Morgan Stanley DW Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2006, a true and correct copy of the foregoing Corporate Disclosure Statement was filed electronically and was served via e-mail and First-Class U.S. mail upon the following:

Cyrus Mehri
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Email: cmehri@findjustice.com

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 I Street, NW
Suite 500
Washington, DC 20005
Email: ssprenger@sprengerlang.com

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415
 mthompson@sprengerlang.com

Christopher M. Moody
and Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, NE
Albuquerque, NM 87109
Email: moody@nmlaborlaw.com; warner@nmlaborlaw.com

        __s/ Grace E. Speights_____
        Grace E. Speights