IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, and LAURIE BLACKBURN,<br><br>**Plaintiffs,**<br><br>v.<br><br>**MORGAN STANLEY DW INC.**<br><br>**Defendant.** | CIVIL ACTION NO. 1:06-cv-01142 (RWR/DAR)<br><br>ELECTRONICALLY FILED |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's request during the settlement conference held on November 13, 2006, Plaintiffs Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn ("Plaintiffs") and Defendant Morgan Stanley DW Inc. ("Morgan Stanley"), by and through their respective attorneys, hereby submit the following Joint Status Report regarding this action.

On June 22, 2006, Plaintiffs filed this action, a nationwide gender discrimination class action on behalf of themselves and all others similarly situated. This action purports to cover women employed by Morgan Stanley as Financial Advisors ("FAs") from August 5, 2003 through the present. The Complaint in this action contains, among others, causes of action for gender discrimination on behalf of a nationwide class of female employees, under Title VII, 42 U.S.C. §2000(e) and under parallel state and local laws prohibiting gender discrimination. Plaintiffs seek, *inter alia*, declaratory and injunctive relief as well as compensatory and punitive damages.

Well before the Complaint in this action was filed, the interests of the putative

nationwide class of current and former female FAs of Morgan Stanley had been represented by the law firms of Mehri & Skalet, PLLC, Sprenger & Lang, PLLC, and, more recently, Moody & Warner, P.C. ("Plaintiffs' Class Counsel") in intense and extensive settlement negotiations with Morgan Stanley. In the course of representing the putative class in this action, Plaintiffs' Class Counsel has interviewed more than 200 putative class members. Plaintiffs' Class Counsel filed this action on June 22, 2006, in order to protect and preserve the putative class they represented, as well as the significant benefits that had already been achieved through approximately 14 months of extensive settlement negotiations. A nearly identical class action in the U.S. District Court for the Northern District of California was filed the same day (*Jaffe, et al. v. Morgan Stanley DW Inc.*, Case No. C-06-3903 TEH).

Settlement discussions between Morgan Stanley and Plaintiffs' Class Counsel began in April 2005, after Plaintiffs' Class Counsel informed Morgan Stanley of their allegations that Morgan Stanley engaged in nationwide gender discrimination against its female FAs. To facilitate these settlement discussions, the parties entered into a series of tolling agreements, the first of which was in March 2005, tolling the time period within which Plaintiffs needed to file individual and class claims of gender discrimination.

During the course of the settlement negotiations, there have been extensive discussions about the claims of the class, and extensive exchanges of information concerning company policies and practices relating to those claims, including information on such topics as: account assignments and distributions; compensation; FA movement into management; training and development; retirement programs; personnel policies and practices; and diversity initiatives. Further, the parties have identified and discussed industrial psychologists for assistance in implementing settlement terms, some of whom have already been interviewed by at least one of

the parties. Significant progress has been made in the settlement negotiations, and, in fact, Morgan Stanley has already implemented some of the agreed upon changes to its business practices based upon these settlement negotiations with Plaintiffs' Class Counsel.

To aid with the settlement negotiations, the parties in this action have engaged the services of a prominent mediator, Hunter Hughes. Mr. Hughes has successfully mediated several complex, high profile nationwide employment class actions. Mr. Hughes commented publicly, through a June 22, 2006 press release, that the settlement discussions to date in this action have been "fruitful" and that the reforms to Morgan Stanley's business practices are expected to be "meaningful, novel and far-reaching."

In light of the advanced stage of the settlement discussions in this action, the parties believe that it is in the best interests of the putative class members to allow those discussions to continue without disruption or distraction. Thus, the parties do not believe that it is necessary for the Court to impose any deadlines for discovery or other litigation matters in this action while the parties attempt to complete their long-ongoing settlement discussions. The parties suggest that this Court allow them additional time to attempt to resolve this matter and that the Court schedule periodic status conferences to allow the parties to report on their progress.

Respectfully submitted,

Dated: November 16, 2006

  s/ Grace E. Speights
Grace E. Speights (D.C. Bar # 392091)
Mark S. Dichter, *Pro Hac Vice*
Kenneth J. Turnbull, *Pro Hac Vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
202.739.3000

Counsel for Defendant Morgan Stanley DW Inc.

Dated: November 16, 2006

    __s/ Cyrus Mehri_____
Cyrus Mehri (D.C. Bar # 420970)
Sandi Farrell (D.C. Bar # 491677)
Mehri & Skalet, PLLC
1250 Connecticut Ave.
Suite 300
Washington, D.C. 20036
202.822.5100

Steven M. Sprenger (D.C. Bar # 418736)
Mara R. Thompson, *Pro Hac Vice*
Sprenger & Lang, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20005
202.265.8010

Christopher M. Moody, *Pro Hac Vice*
Whitney Warner, *Pro Hac Vice*
Moody & Warner, P.C.
4169 Montgomery Boulevard, N.E.
Albuquerque, NM 87109
505.944.0033

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2006, a true and correct copy of the foregoing Parties' Joint Status Report was filed electronically and was served via e-mail and First-Class U.S. mail upon the following:

Cyrus Mehri
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Email: cmehri@findjustice.com

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 I Street, NW
Suite 500
Washington, DC 20005
Email: ssprenger@sprengerlang.com

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415
 mthompson@sprengerlang.com

Christopher M. Moody
and Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, NE
Albuquerque, NM 87109
Email: moody@nmlaborlaw.com; warner@nmlaborlaw.com


                                        __s/ Grace E. Speights_____
                                        Grace E. Speights