IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, and LAURIE BLACKBURN,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY DW INC.<br><br>Defendant. | CIVIL ACTION NO. 1:06-cv-01142 (RWR/DAR)<br><br>FILED<br>NOV 17 2006<br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

The parties to the above-captioned matter appeared before this Court for a settlement conference on November 13, 2006. During that settlement conference, the Court and counsel for the parties discussed the status of this action, including the long-standing, ongoing efforts of the parties to reach a settlement of the putative class claims asserted by the Plaintiffs in their Complaint filed June 22, 2006. During the settlement conference, this Court requested that the parties submit a Joint Status Report that addressed the status of this action, including the parties' private settlement efforts. The parties filed the requested Joint Status Report on November 16, 2006. This Court has reviewed the parties' Joint Status Report in its entirety.

Based on the representations of the parties during the November 13, 2006 settlement conference, as well as the parties' Joint Status Report, the Court believes that the parties are making significant progress in their efforts to reach a settlement of the claims without court intervention. As a result, this Court does not believe that a formal scheduling order implementing deadlines for discovery, motions and pre-trial practice is necessary at this time.

Rather, the Court believes that the parties' best interests are served by allowing them the opportunity to continue to engage in their mediated settlement discussions without the looming presence of Court-imposed deadlines.

PURSUANT TO the representations of the parties at the settlement conference held before this Court on November 13, 2006, as well as the parties' Joint Status Report filed November 16, 2006, IT IS HEREBY ORDERED, SUBJECT TO THE APPROVAL OF THE ASSIGNED UNITED STATES DISTRICT COURT JUDGE, THE HONORABLE RICHARD W. ROBERTS, that no scheduling order shall be issued by the Court at this time and that the parties shall continue to engage in their efforts to reach a settlement of this action. Moreover, the parties shall reappear before this Court for a STATUS CONFERENCE on January 30, 2007 at 9:30 a.m. in Courtroom 4.

So ordered this 17th day of November, 2006.

Deborah A. Robinson
United States Magistrate Judge
District of the District of Columbia