IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, and LAURIE BLACKBURN,<br><br>**Plaintiffs,**<br><br>v.<br><br>**MORGAN STANLEY DW INC.**<br><br>**Defendant.** | CIVIL ACTION NO.  1:06-cv-01142 (RWR/DAR)<br><br>ELECTRONICALLY FILED |

### PARTIES' JOINT STATUS REPORT

Plaintiffs Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn ("Plaintiffs") and Defendant Morgan Stanley DW Inc. ("Morgan Stanley"), by and through their respective attorneys, hereby submit the following Joint Status Report regarding this action.

On June 22, 2006, Plaintiffs filed this action, a nationwide gender discrimination class action on behalf of themselves and all others similarly situated.  This action purports to cover women employed by Morgan Stanley as Financial Advisors ("FAs") from August 5, 2003 through the present.  The Complaint in this action contains, among others, causes of action for gender discrimination on behalf of a nationwide class of female employees, under Title VII, 42 U.S.C. §2000(e) and under parallel state and local laws prohibiting gender discrimination. Plaintiffs seek, *inter alia*, declaratory and injunctive relief as well as compensatory and punitive damages.

Settlement discussions between Morgan Stanley and Plaintiffs' Class Counsel began in April 2005, after Plaintiffs' Class Counsel informed Morgan Stanley of their allegations that

Morgan Stanley engaged in nationwide gender discrimination against its female FAs. To facilitate these settlement discussions, the parties entered into a series of tolling agreements, the first of which was in March 2005, tolling the time period within which Plaintiffs needed to file individual and class claims of gender discrimination. To aid with the settlement negotiations, the parties in this action engaged the services of a prominent mediator, Hunter Hughes.

In an Order dated November 17, 2006, this Court ordered, subject to the approval of the Honorable Richard W. Roberts, the assigned United States District Court Judge, the parties to continue to engage in their efforts to reach a settlement of this action and that no scheduling order would be issued by the Court at that time. On January 30, 2007, the parties appeared before the Court for a status conference. At that time, the parties advised the Court that they expected to execute a memorandum of understanding regarding a settlement of this action.

The parties are pleased to report to the Court that they have reached a settlement of this action, that they have executed a memorandum of understanding regarding that settlement, and they expect to file with the Court, within the next 4 to 6 weeks, the formal settlement papers and a request for preliminary approval of such settlement.

Respectfully submitted,

Dated: February 26, 2007

  s/ Grace E. Speights
Grace E. Speights (D.C. Bar # 392091)
Mark S. Dichter, *Pro Hac Vice*
Kenneth J. Turnbull, *Pro Hac Vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
202.739.3000

Counsel for Defendant Morgan Stanley DW Inc.

Dated: February 26, 2007

    s/ Cyrus Mehri
Cyrus Mehri (D.C. Bar # 420970)
Sandi Farrell (D.C. Bar # 491677)
Mehri & Skalet, PLLC
1250 Connecticut Ave.
Suite 300
Washington, D.C. 20036
202.822.5100

Steven M. Sprenger (D.C. Bar # 418736)
Mara R. Thompson, *Pro Hac Vice*
Sprenger & Lang, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20005
202.265.8010

Christopher M. Moody, *Pro Hac Vice*
Whitney Warner, *Pro Hac Vice*
Moody & Warner, P.C.
4169 Montgomery Boulevard, N.E.
Albuquerque, NM 87109
505.944.0033

Counsel for Plaintiffs