IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GUISTINIANO, and LAURIE BLACKBURN,**<br><br>**On behalf of themselves and all others similarly situated,**<br><br>          **Plaintiffs,**<br><br>                    v.<br><br>**MORGAN STANLEY DW INC.,**<br><br>          **Defendant.** | CIVIL ACTION NO. 1:06-cv-01142 (RWR/DAR)<br><br>CLASS ACTION |

### ERRATA TO JOINT EMERGENCY APPLICATION FOR AN INJUNCTION

On April 6, 2007, the parties in the above-captioned action electronically filed their Joint Emergency Application for An Injunction. One of the attachments to that pleading was the Declaration of Mark S. Dichter In Support of the Parties' Joint Emergency Application for An Injunction (the "Dichter Declaration"). The Dichter Declaration attached four exhibits identified as Exhibits A-D. It has come to the parties' attention that unexecuted copies of Exhibits A and B were inadvertently attached to the Dichter Declaration when that document was earlier electronically filed. As such, the parties hereby electronically file this Errata attaching a corrected Dichter Declaration containing executed copies of Exhibits A and B. The parties respectfully request that the attached, corrected copy of the Dichter Declaration be substituted for the earlier filed version of the same.

Respectfully submitted,

_____/s/_____
Cyrus Mehri (D.C. Bar #4209070)
Sandi Ferrell (D.C. Bar #491677)
Mehri & Skalet, PLLC
1240 Connecticut Ave., Suite 300
Washington, D.C. 20036
202.822.5100

*Counsel for Plaintiffs*


_____/s/_____
Grace E. Speights (D.C. Bar # 392091)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
202.739.5000

Mark S. Dichter, Esq. (*Pro Hac Vice*)
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103

*Counsel for Defendant Morgan Stanley DW Inc.*