**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, and LAURIE BLACKBURN,**<br><br>　　　**Plaintiffs,**<br><br>　　　**v.**<br><br>**MORGAN STANLEY DW INC.**<br><br>　　　**Defendant.** | **CIVIL ACTION NO.  1:06-cv-01142 (RWR/DAR)**<br><br>**ELECTRONICALLY FILED** |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 27, 2007, Plaintiffs Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn ("Plaintiffs") and Defendant Morgan Stanley DW Inc. ("Morgan Stanley"), by and through their respective attorneys, hereby submit the following Joint Status Report regarding this action.

On February 26, 2007, the parties filed a Joint Status Report advising the Court that they had executed a Memorandum of Understanding and expected to file formal settlement papers and a request for preliminary approval of such settlement in the next four to six weeks.  In a Minute Order dated February 27, 2007, the Court directed the parties to file another joint status report by April 12, 2007, unless the settlement documents had been submitted for review before that date.

Since the execution of the Memorandum of Understanding, the parties have been working to draft the formal settlement papers.  The parties expect to file, in the next ten (10) business days, the formal settlement papers and a request for preliminary approval of such settlement.

Respectfully submitted,

Dated: April 12, 2007

   s/ Grace E. Speights
Grace E. Speights (D.C. Bar # 392091)
Mark S. Dichter, *Pro Hac Vice*
Kenneth J. Turnbull, *Pro Hac Vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
202.739.3000

Counsel for Defendant Morgan Stanley DW
Inc.


Dated: April 12, 2007

   s/ Cyrus Mehri
Cyrus Mehri (D.C. Bar # 420970)
Sandi Farrell (D.C. Bar # 491677)
Mehri & Skalet, PLLC
1250 Connecticut Ave.
Suite 300
Washington, D.C. 20036
202.822.5100

Steven M. Sprenger (D.C. Bar # 418736)
Mara R. Thompson, *Pro Hac Vice*
Sprenger & Lang, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20005
202.265.8010

Christopher M. Moody, *Pro Hac Vice*
Whitney Warner, *Pro Hac Vice*
Moody & Warner, P.C.
4169 Montgomery Boulevard, N.E.
Albuquerque, NM 87109
505.944.0033

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2007, a true and correct copy of the

foregoing Parties' Joint Status Report was filed electronically and was served via e-mail and

First-Class U.S. mail upon the following:

Cyrus Mehri
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Email: cmehri@findjustice.com

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 I Street, NW
Suite 500
Washington, DC 20005
Email: ssprenger@sprengerlang.com

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415
 mthompson@sprengerlang.com

Christopher M. Moody
and Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, NE
Albuquerque, NM 87109
Email: moody@nmlaborlaw.com; warner@nmlaborlaw.com


    s/ Grace E. Speights
    Grace E. Speights