IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino and Elizabeth Reinke,<br><br>On behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Morgan Stanley & Co. Incorporated, f/k/a Morgan Stanley DW Inc.,<br><br>　　　　　Defendant. | Civil No. 1:06-cv-01142<br>(RWR/DAR)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

**DEFENDANT'S CONSENT TO
PLAINTIFFS' FILING OF AMENDED COMPLAINT**

Defendant Morgan Stanley & Co. Incorporated, by and through its counsel and pursuant to Fed. R. Civ. P. 15(a), hereby consents to Plaintiffs' filing of the Amended Complaint attached hereto.

This 24th day of April, 2007.

Respectfully submitted,

_____/s/_____
Grace E. Speights (DC Bar No. 392091)
Mark S. Dichter *
Kenneth J. Turnbull *
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 739-3000

ATTORNEYS FOR DEFENDANT
MORGAN STANLEY & CO.
INCORPORATED

* Admitted *Pro Hac Vice*

72880

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2007, a true and correct copy of the foregoing Defendant's Consent to Plaintiffs' Filing of Amended Complaint was filed electronically and was served via e-mail and First-Class U.S. mail upon the following:

Cyrus Mehri
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Email: cmehri@findjustice.com

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 I Street, NW
Suite 500
Washington, DC 20005
Email: ssprenger@sprengerlang.com

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415
 mthompson@sprengerlang.com

Christopher M. Moody
and Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, NE
Albuquerque, NM 87109
Email: moody@nmlaborlaw.com; warner@nmlaborlaw.com

                                            __s/ Grace E. Speights_____
                                                 Grace E. Speights

72880