# Exhibit A to Settlement Agreement

# C.A. No. 1:06-cv-01142 (RWR/DAR)

## RELEASE AND INDEMNIFICATION AGREEMENT
### (CLASS MEMBERS, EXCLUDING NAMED PLAINTIFFS)

In consideration of my receipt of a court-approved monetary distribution from the Claims Portion of the Settlement Fund in *Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated*, Case No. 1:06-CV-01142, I hereby agree to be bound by the terms of this Release and Indemnification Agreement (the "Agreement"), as follows:

**I.     DEFINITIONS**

Unless otherwise specified in this Agreement, the terms used herein shall have the same meanings as those set forth in the Settlement Agreement.

**II.    LIMITED RELEASE OF CLAIMS AGAINST MORGAN STANLEY & CO. INCORPORATED**

I hereby waive, release and discharge Morgan Stanley & Co. Incorporated ("Morgan Stanley"), including its officers, directors, subsidiaries, affiliates, predecessors, successors, fiduciaries, insurers, employees and agents ("Released Parties"), from any and all claims of sex discrimination that I may have against the Released Parties relating to my employment or the termination thereof. I understand that this release includes all sex discrimination claims that I have or may have arising at any time on or before **[INSERT DATE OF PRELIMINARY APPROVAL]**, 2007. I also understand that my release includes all related claims for monetary damages, injunctive, declaratory or equitable relief, and costs and attorneys' fees, whether arising under Title VII of the Civil Rights Act of 1964, as amended, or any other federal, state, local or common laws or regulations.

I understand that my release does not include other claims of discrimination such as claims of race, age, or national origin discrimination, or claims arising under the Fair Labor Standards Act or the Employment Retirement Income Security Act.

**III.   INDEMNIFICATION**

I understand that I am responsible for payment of any and all federal, state or local taxes (excluding the employer share of employment taxes and unemployment taxes and excluding amounts properly withheld from the distributions) resulting from or attributable to the distributions that I receive. Accordingly, I agree to indemnify and hold harmless the Released Parties, Class Counsel, and the Depository Bank from any tax liability, including penalties and interest and costs of any proceedings. I further agree to indemnify and hold harmless the Claims Administrator and Trustee of the Settlement Fund from any tax liability, including penalties and interests and costs of any proceedings, that is attributable to my own acts or omissions. In the event a tax liability arises with respect to my monetary award that is not attributable to my own acts or omissions, I agree to indemnify and hold harmless the Claims Administrator and Trustee of the Settlement Fund from any tax liability only to the extent of the taxes due and payable, but not with respect to penalties and interest, or the costs of any proceedings related to such tax liability.

2019385

IV. **OTHER AGREEMENTS AND REPRESENTATIONS**

    A.    <u>Confidentiality</u>. I agree to keep the amount of any and all distributions I receive from the Settlement Fund strictly confidential to the fullest extent permitted by law, except that I may disclose the same to my attorneys, tax advisors and immediate family members.

    B.    <u>Ownership of Claims.</u> I represent and warrant that I have not assigned or transferred any claim I am purporting to release, nor have I attempted to do so.

    C.    <u>Entire Agreement.</u> This Agreement may not be modified in any manner, except by a writing signed by both me and an authorized Morgan Stanley attorney. I acknowledge that Morgan Stanley has made no representations or promises to me, other than those in or referred to by this Agreement and the Settlement Agreement.

    D.    <u>Successors and Assigns.</u> This release binds my heirs, administrators, representatives, executors, successors, and assigns.

    E.    <u>Interpretation.</u> This Agreement shall be construed as a whole according to its fair meaning. Unless the context indicates otherwise, the term "or" shall be deemed to include the term "and" and the singular or plural number shall be deemed to include the other. This Agreement shall be governed by the statutes and common law of the District of Columbia (excluding any that mandate the use of another jurisdiction's laws).

    F.    <u>Knowing and Voluntary Waiver and Release of Claims</u>. I understand and agree that:

        a.    I am entering into this Agreement knowingly and voluntarily;

        b.    I understand the terms of this Agreement;

        c.    I have been advised of my right to consult with an attorney prior to signing this Agreement; and

        d.    I have had a sufficient amount of time to consider this Agreement before signing it.

**AGREED:**

_____
[SIGNATURE]

_____
[PRINT NAME]

DATE  _____

2019385