IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

Joanne Augst-Johnson, Nancy Reeves,
Debra Shaw, Jan Tyler, Cheryl Giustiniano,          Case No. 1:06-cv-01142 (RWR)
Laurie Blackburn, Erna Tarantino,
and Elizabeth Reinke

On behalf of themselves and all others similarly
situated,                                          CLASS ACTION

                    Plaintiffs,                    JURY TRIAL DEMAND

v.

Morgan Stanley & Co., Incorporated, f/k/a
Morgan Stanley DW Inc.,

                    Defendant.

## DECLARATION OF ERNA TARANTINO

I, Erna Tarantino, a resident of Reno, Nevada, am a 57-year-old woman. I make this declaration freely and truthfully. I have first-hand, personal knowledge of the facts I describe and could testify to these facts. I hereby declare that the following is true and accurate:

1.      I understand that a class action lawsuit alleging employment discrimination has been filed against Morgan Stanley & Co., Incorporated, formerly known as Morgan Stanley DW Inc., ("Morgan Stanley") and that this Declaration may be used by the plaintiffs in connection with this case.

2.      I understand that I am a named plaintiff in the Amended Complaint in the above-caption lawsuit alleging that Morgan Stanley has engaged in a pattern of sex

discrimination against female financial advisers and registered financial adviser trainees with respect to compensation, promotions and other terms and conditions of employment.

3.    I began working for Morgan Stanley, formerly known as Dean Witter, as a financial advisor in January 1990. I am currently an Associate Vice-President, a position earned only through distinctive service and high levels of production as a financial advisor at Morgan Stanley.

4.    In August 2006, I filed an EEOC charge against Morgan Stanley asserting class-wide sex discrimination claims. I believe that Morgan Stanley has discriminated and continues to discriminate against me because of my sex in compensation, promotions, business opportunities and other terms and conditions of my employment.

5.    I understand that Class Counsel is moving for approval of a proposed settlement which would require Morgan Stanley to make certain changes to its policies and practices and to pay $46 million into an interest bearing settlement fund within ten days of preliminary approval. After final approval, Morgan Stanley will also be required to fund additional payments for the employer's share of payroll taxes on the Settlement funds distributed to class members. The money in the settlement fund will be distributed to the named plaintiffs and eligible class members and Class Counsel for attorneys' fees and costs, and costs for the claims administration process.

6.    I have read the Settlement Agreement and I support the proposed settlement. I believe the proposed settlement provides a fair resolution of the claims involved in this matter. I understand that I may participate in the claims process, described in the Settlement Agreement, which will determine the allocation of the claims portion of the settlement fund among class members and named plaintiffs. I

2

73772

believe that the special master process is a fair and reasonable process to distribute monies.

7.      I also understand that I am eligible to receive contribution credit from the special master for my participation in the prosecution of this litigation, which included becoming a named plaintiff, providing documents and other information to my attorneys' requests, providing input regarding the programmatic relief portion of the settlement, and assisting with information gathering and referring other people with knowledge about the claims to my attorneys. I believe it is fair and reasonable to grant a contribution credit to those plaintiffs and claimants who contributed to the prosecution of this case.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of April, 2007 at Reno, Nevada.

Erna Tarantino

73772

3