IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Morgan Stanley & Co., Incorporated, f/k/a Morgan Stanley DW Inc.,<br><br>Defendant. | Case No. 1:06-cv-01142 (RWR)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

I, Elizabeth Reinke, a resident of Sleepy Hollow, Illinois, am over the age of majority, and make this declaration freely and truthfully. I have first-hand, personal knowledge of the facts I describe and could testify to these facts. I hereby declare that the following is true and accurate:

1. I understand that a class action lawsuit alleging employment discrimination has been filed against Morgan Stanley & Co., Incorporated, formerly known as Morgan Stanley DW Inc. ("Morgan Stanley") and that this Declaration may be used by the plaintiffs in connection with this case.

2. I began working for Morgan Stanley as a sales assistant in the May 2000. In the spring of 2004, I became an associate financial advisor. In September 2005, I became a registered financial advisor trainee, a step toward becoming a full-fledged financial advisor. I was not afforded the same opportunities as male registered financial

73774

advisor trainees. As a result of the inequitable training and business opportunities afforded me compared to the male registered financial advisor trainees, I would not have met the required production numbers in order to complete training and become a full financial advisor. Therefore, I was forced to find another job and resigned my position with Morgan in September 2006.

3.  I filed an EEOC charge against Morgan Stanley in August 2006 asserting class-wide sex discrimination claims. I believe Morgan Stanley discriminated against me on the basis of my sex in compensation, promotions, business opportunities, training, account distributions, membership in joint production agreements/groups and other terms and conditions of my employment. I also believe that Morgan Stanley discriminated against me on the basis of my sex by not providing me assistance to complete my training period and become a financial advisor as was provided to my male counterparts. I became a named plaintiff in the amended complaint in this matter filed with the Court in April 2007.

4.  I understand that Class Counsel is moving for approval of a proposed settlement which would require defendant Morgan Stanley to make certain changes to its policies and practices and to pay forty-six million dollars ($46,000,000) into an interest bearing Settlement Fund within ten days of preliminary approval. After final approval, Morgan Stanley will also be required to fund additional payments for the employer's share of payroll taxes on the Settlement funds distributed to class members. The money in the Settlement Fund will be distributed to the named plaintiffs, eligible class members and Class Counsel for attorneys' fees and costs, and costs for the claims administration process.

5. I have read the Settlement Agreement and I approve of the proposed settlement. I believe the proposed settlement provides a fair resolution of the claims involved in this matter. I understand that I may participate in the claims process, described in the Settlement Agreement, which will determine the allocation of the Class Claims portion of the Settlement Fund.

6. Class Counsel has informed me that the distribution of the Class Claims Portions of the Settlement Fund will be completed based on (1) an Earnings Regression model and (2) a mathematical formula applied uniformly to responses on claim forms received from eligible class members. Although I do not yet know the details of the formula that will be used, I believe that a consistently and uniformly-applied formula is a fair, reasonable, and adequate way of distributing the monies in the Class Claims Portions of the Settlement Fund to eligible claimants and plaintiffs.

8. I also understand that I am eligible to receive contribution credit from the Special Master for my participation in the prosecution of this litigation, which included filing an EEOC charge, becoming a named plaintiff, submitting documents and other information at my attorneys' requests, providing input regarding the programmatic relief portion of the settlement, and assisting with information gathering and referring other people with knowledge about the claims to my attorneys. I believe it is fair and reasonable to grant a contribution credit to those plaintiffs and claimants who contributed to the prosecution of this case.

73774

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this ___ day of April, 2007 at Sleepy Hollow, Illinois.

_____
Elizabeth Reinke

4

73774