IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino and Elizabeth Reinke, | ) ) ) ) | Civil No. 1:06-cv-01142 (RWR/DAR) |
| On behalf of themselves and all others similarly situated, | ) ) ) | CLASS ACTION |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., | ) ) ) | |
| Defendant. | ) ) | |

## CLASS COUNSEL'S MOTION FOR AN AWARD
## OF ATTORNEYS' FEES AND EXPENSES

Pursuant to Fed. R. Civ. P. 23(h)(1) and 54(d)(2), Class Counsel Sprenger + Lang, PLLC, Mehri & Skalet, PLLC, and Moody & Warner, PC, hereby move the Court for an award of attorneys' fees and expenses in connection with the parties' proposed class action settlement. In support of their motion, Class Counsel state as follows:

1.      Fed. R. Civ. P. 23(h)(1) permits the Court to award reasonable attorneys' fees and nontaxable costs authorized by law or agreement of the parties in any action certified as a class action upon motion of class counsel. Such motion must be made pursuant to Fed. R. Civ. P. 54(d), and directed to class members in a reasonable manner.

2.      In connection with final approval of the parties' proposed class action settlement in this case, Class Counsel will be entitled to attorneys' fees and nontaxable costs in this action pursuant to the common fund doctrine, *see generally Swedish Hospital Corp. v. Shalala*, 1 F.3d 1261 (D.C. Cir. 1993), and by agreement of the parties as set forth in Sections VIII.A. and XII of

the Settlement Agreement, which is the subject of the parties' joint motion for approval under Fed. R. Civ. P. 23(e). Class Counsel requests reasonable attorneys' fees and nontaxable costs in the amount of 26% of the proposed $46 million common fund plus $300,000.00 annually on each anniversary date of final approval during the five-year term of the Settlement Agreement, plus interest earned on those amounts from the date on which the settlement fund is funded until the date(s) of disbursement to Class Counsel.

3.      Notice of Class Counsel's motion should be directed to members of the Settlement Class pursuant to the agreed form of Notice attached to the Settlement Agreement as Exhibit C.

4.      In further support of their motion, Class Counsel respectfully refers the Court to Plaintiffs' Memorandum in Support of Joint Motion for Preliminary Approval of Class Action Settlement Agreement and Class Counsel's Motion for Award of Attorneys' Fees and Expenses and the supporting declarations of Steven M. Sprenger and Cyrus Mehri.

2019387

WHEREFORE, Class Counsel respectfully request that the Court grant their motion and award them attorneys' fees and expenses in connection with final approval of the parties' proposed class action settlement.

This 24th day of April, 2007.

Respectfully submitted,

/s/ Steven M. Sprenger
Steven M. Sprenger (DC No. 418736)
SPRENGER + LANG, PLLC
Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010

Mara R. Thompson (MN No. 196125)*
SPRENGER + LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55415
(612) 871-8910

/s/ Cyrus Mehri
Cyrus Mehri (DC No. 420970)
Steven A. Skalet (DC No. 359804) 1400
Lisa M. Bornstein (DC No. 485933)
Sandi Farrell (DC No. 491677)
MEHRI & SKALET, PLLC
1250 Connecticut Ave., N.W.
Suite 300
Washington, DC 20036
(202) 822-5100

Chris Moody (NM No. 1850)*
Whitney Warner (NM No. 10600)*
MOODY & WARNER, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
(505)944-0033

*ATTORNEYS FOR PLAINTIFFS*
*AND THE CLASS*

*        Admitted *Pro Hac Vice*

3

Certificate of Service

I hereby certify the foregoing motion and supporting memorandum were served via the

Court's ECF notification system and by first-class mail, postage prepaid, this 24th day of April,

2007, upon the following:

| Grace E. Speights | Mark S. Dichter |
|---|---|
| MORGAN, LEWIS & BOCKIUS, LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| 1111 Pennsylvania Avenue, NW | 1701 Market Street |
| Washington, DC 20004 | Philadelphia, PA 19103-2921 |
| Kenneth J. Turnbull | |
| MORGAN, LEWIS & BOCKIUS, LLP | |
| 101 Park Avenue | |
| New York, NY 10178 | |

_____

Steven M. Sprenger