IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, and Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, ) ) ) ) | |
| On behalf of themselves and all others similarly situated, ) ) ) | Case No. 1:06-cv-01142 (RWR) |
| Plaintiffs, ) ) | CLASS ACTION |
| v. ) ) | JURY TRIAL DEMAND |
| Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., ) ) ) ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the parties' Joint Motion for Leave to File Appendices 1 and 2 to the Settlement Agreement Under Seal, it is hereby **ORDERED** that the Joint Motion is **GRANTED**.

IT IS FURTHER ORDERED that the parties shall deliver Appendices 1 and 2 to the Clerk of Court in a sealed envelope, and that the Clerk of Court shall thereafter file Appendices 1 and 2 to the parties' proposed Settlement Agreement under seal.

So ordered this __ day of May, 2007.

_____
Richard W. Roberts
United States District Judge

Copies to:

| | |
|---|---|
| Steven M. Sprenger<br>SPRENGER & LANG, PLLC<br>1400 Eye Street, N.W.<br>Suite 500<br>Washington, DC 20005 | Grace E. Speights<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| Mara R. Thompson<br>SPRENGER & LANG, PLLC<br>310 Fourth Avenue S.<br>Suite 600<br>Minneapolis, MN 55415 | Mark S. Dichter<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 |
| Cyrus Mehri<br>Steven A. Skalet<br>Lisa M. Bornstein<br>Sandi Farrell<br>MEHRI & SKALET, PLLC<br>1250 Connecticut Ave. NW<br>Suite 300<br>Washington, DC 20036 | Kenneth J. Turnbull<br>MORGAN, LEWIS & BOCKIUS, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Christopher M. Moody<br>Whitney Warner<br>MOODY & WARNER, P.C.<br>4169 Montgomery Blvd. NE<br>Albuquerque, NM 87109 | |