IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, LAURIE BLACKBURN, ERNA TARANTINO AND ELIZABETH REINKE,<br><br>**Plaintiffs,**<br><br>v.<br><br>**MORGAN STANLEY & CO. INCORPORATED F/K/A MORGAN STANLEY DW INC.**<br><br>**Defendant.** | CIVIL ACTION NO.  1:06-cv-01142 (RWR/DAR)<br><br>ELECTRONICALLY FILED |

**JOINT MOTION TO SET STATUS CONFERENCE**

COME NOW Plaintiffs Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino and Elizabeth Reinke ("Plaintiffs") and Defendant Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc. ("Morgan Stanley"), by and through their respective counsel and pursuant to Fed. R. Civ. P. 16, hereby move the Court to order a status conference for the purpose of facilitating the settlement of this action by allowing counsel for the parties to: (1) address with the Court the current posture of the parties' Joint Motion for Preliminary Approval and (2) answer any questions that the Court may have regarding the pending Joint Motion for Preliminary Approval and the proposed Settlement. The parties also hereby give notice to the Court that all parties to this action consent to referring this case to United States Magistrate Judge Deborah A. Robinson with respect to all matters going forward, if the Court deems such referral to be appropriate.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court order a Rule 16 status conference (by telephone or in chambers) at the Court's earliest convenience.

Respectfully submitted,

Dated: June 26, 2007

__s/ Grace E. Speights_____
Grace E. Speights (D.C. Bar # 392091)
Mark S. Dichter, *Pro Hac Vice*
Kenneth J. Turnbull, *Pro Hac Vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
202.739.3000

Counsel for Defendant Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc.

Dated: June 26, 2007

__s/ Cyrus Mehri_____
Cyrus Mehri (D.C. Bar # 420970)
Sandi Farrell (D.C. Bar # 491677)
Mehri & Skalet, PLLC
1250 Connecticut Ave.
Suite 300
Washington, D.C. 20036
202.822.5100

Steven M. Sprenger (D.C. Bar # 418736)
Mara R. Thompson, *Pro Hac Vice*
Sprenger & Lang, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20005
202.265.8010

Christopher M. Moody, *Pro Hac Vice*
Whitney Warner, *Pro Hac Vice*
Moody & Warner, P.C.
4169 Montgomery Boulevard, N.E.
Albuquerque, NM 87109
505.944.0033

Counsel for Plaintiffs and the Proposed Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2007, a true and correct copy of the foregoing Joint Motion to Set Status Conference, and Memorandum in Support, was filed electronically and was served via e-mail and First-Class U.S. mail upon the following:

Cyrus Mehri
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Email: cmehri@findjustice.com

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 I Street, NW
Suite 500
Washington, DC 20005
Email: ssprenger@sprengerlang.com

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415
 mthompson@sprengerlang.com

Christopher M. Moody
and Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, NE
Albuquerque, NM 87109
Email: moody@nmlaborlaw.com; warner@nmlaborlaw.com


            __s/ Grace E. Speights_____
             Grace E. Speights

1-WA/2782039.1