IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, LAURIE BLACKBURN, ERNA TARANTINO AND ELIZABETH REINKE,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**MORGAN STANLEY & CO. INCORPORATED F/K/A MORGAN STANLEY DW INC.**<br><br>**Defendant.** | CIVIL ACTION NO. 1:06-cv-01142 (RWR/DAR)<br><br><br>ELECTRONICALLY FILED |

**MEMORANDUM IN SUPPORT OF
JOINT MOTION TO SET STATUS CONFERENCE**

Plaintiffs Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino and Elizabeth Reinke ("Plaintiffs") and Defendant Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc. ("Morgan Stanley"), by and through their respective counsel and pursuant to LCvR 7.1, hereby submit this memorandum in support of their Joint Motion to Set Status Conference in the above-captioned action.

**I.     ARGUMENT**

Pursuant to Fed. R. Civ. P. 16, the Court "may in its discretion direct the attorneys for the parties . . . to appear before it for a conference . . . before trial for such purposes as (1) expediting the disposition of the action; . . . [and] (5) facilitating the settlement of the case." Fed R. Civ. P. 16(a)(1) and (5). Further, under Rule 16, an appropriate subject for such a status conference is the "disposition of pending motions." See Fed. R. Civ. P. 16(b)(11). It is thus on the basis of

Rule 16 that the parties respectfully request a status conference so that they may have an opportunity to confer with the Court regarding the parties' pending Joint Motion for Preliminary Approval, including answering any questions that the Court may have regarding the Joint Motion and the proposed Settlement of this case, originally filed by the parties on April 24, 2007.  The parties believe that such a status conference will serve both to expedite the disposition of this action and to facilitate the settlement of this action.

Additionally, the parties hereby give notice to the Court that all parties to this action consent to referring this case to United States Magistrate Judge Deborah A. Robinson with respect to all matters going forward, if the Court deems such referral to be appropriate.

## II.   CONCLUSION

Plaintiffs and Defendants respectfully request that the Court order a Rule 16 status conference (by telephone or in chambers) at the Court's earliest convenience.

Respectfully submitted,

Dated: June 26, 2007

__s/ Grace E. Speights_____
Grace E. Speights (D.C. Bar # 392091)
Mark S. Dichter, *Pro Hac Vice*
Kenneth J. Turnbull, *Pro Hac Vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
202.739.3000

Counsel for Defendant Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc.

Dated: June 26, 2007

__s/ Cyrus Mehri_____
Cyrus Mehri (D.C. Bar # 420970)
Sandi Farrell (D.C. Bar # 491677)
Mehri & Skalet, PLLC
1250 Connecticut Ave.
Suite 300
Washington, D.C. 20036
202.822.5100

Steven M. Sprenger (D.C. Bar # 418736)
Mara R. Thompson, *Pro Hac Vice*
Sprenger & Lang, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20005
202.265.8010

Christopher M. Moody, *Pro Hac Vice*
Whitney Warner, *Pro Hac Vice*
Moody & Warner, P.C.
4169 Montgomery Boulevard, N.E.
Albuquerque, NM 87109
505.944.0033

Counsel for Plaintiffs and the Proposed Class