IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, LAURIE BLACKBURN, ERNA TARANTINO AND ELIZABETH REINKE,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**MORGAN STANLEY & CO. INCORPORATED F/K/A MORGAN STANLEY DW INC.**<br><br>**Defendant.** | CIVIL ACTION NO. 1:06-cv-01142 (RWR/DAR)<br><br><br>ELECTRONICALLY FILED |

## ORDER SETTING STATUS CONFERENCE

Upon consideration of the parties' Joint Motion to Set Status Conference, it is hereby ordered that the motion is GRANTED. A status conference is set for _____ ____, 2007 at _____ _.m. (in chambers/by telephone initiated by plaintiffs' counsel).

This ____ day of _____, 2007

_____
Richard W. Roberts
United States District Judge

1-WA/2782088.1

Copies to:

Christopher M. Moody
Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, N.E.
Albuquerque, NM 87109

Cyrus Mehri
Steven A. Skalet
Sandi Farrell
MEHRI & SKALET, PLLC
1250 Connecticut Ave.
Suite 300
Washington, D.C. 20036

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20005

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Minneapolis, MN 55415

Grace E. Speights
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921