UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Beth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., <br><br>     Defendant. | ) <br> ) <br> ) <br> )   Case No. 1:06-cv-01142 <br> )   (RWR/DAR) <br> ) <br> ) <br> )   CLASS ACTION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING
REVISED SETTLEMENT AGREEMENT,
REVISED NOTICE TO CLASS MEMBERS AND
REVISED PROPOSED ORDER**

PLEASE TAKE NOTICE that on Wednesday, July 11, 2007, pursuant to the court's order of July 5, 2007, the plaintiffs have filed a Revised Settlement Agreement, Revised Notice to Class Members, Proposed Settlement Agreement and Settlement Hearing and Revised Proposed Order. These documents were originally filed on April 24, 2007 as part of the parties Joint Motion for Preliminary Approval (Docket No. 20).

75108

|  |  |
|---|---|
| Dated: July 11, 2007 | /s/ Steven M. Sprenger |
|  | Steven M. Sprenger, Esq. |
|  | SPRENGER + LANG, PLLC |
|  | 1400 Eye Street, N.W. Suite 500 |
|  | Washington, DC 20005 |
|  | Telephone: (202) 265-8010 |
|  | Facsimile: (202) 332-6652 |

Mara R. Thompson, Esq.
SPRENGER + LANG, PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN 55415
Telephone: (612) 486-1820
Facsimile: (612) 871-9270

Cyrus Mehri, Esq.
Steven A. Skalet, Esq.
Lisa M. Bornstein, Esq.
Sandi Farrell, Esq.
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, N.W. – Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile:  (202) 822-4997

Christopher Moody, Esq.
Whitney Warner, Esq.
MOODY & WARNER, P.C.
4169 Montgomery NE
Albuquerque, NM 87109
Telephone: (505) 944-0033

***Attorneys for Plaintiffs and the Class***