UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Beth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:06-cv-01142 <br> ) (RWR/DAR) <br> ) <br> ) <br> ) CLASS ACTION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2007 I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Notice of Filing Revised Settlement Agreement, Revised Notice to Class Members, Proposed Settlement Agreement and Settlement Hearing and Proposed Order;

2. Revised Settlement Agreement;

3. Revised Notice to Class Members, Proposed Settlement Agreement and Settlement Hearing;

4. Revised Proposed Order;

5. Certificate of Service.

Copies of these documents will be electronically served on the following counsel of record via ECF:

75109

Grace E. Speights
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202) 739-5189
Fax: (202) 739-3001
Email: gspeights@morganlewis.com

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6055
Fax: (212) 309-6001
Email: kturnbull@morganlewis.com

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5291
Fax: (215) 963-5001
Email: mdichter@morganlewis.com

                                        **/s/ Steven M. Sprenger**