UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Beth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., <br><br> Defendant. | Case No. 1:06-cv-01142 (RWR/DAR) <br><br> CLASS ACTION |

**NOTICE REGARDING FILING OF SEALED MATERIALS**

Notice is given that Sealed Attachment (revised Appendix 2 to the proposed Revised Settlement Agreement) was filed in paper format with the Court. This document is not available for public viewing.

Dated: July 13, 2007

/s/ Steven M. Sprenger
Steven M. Sprenger, Esq.
SPRENGER + LANG, PLLC
1400 Eye Street, N.W. Suite 500
Washington, DC 20005
Telephone: (202) 265-8010
Facsimile: (202) 332-6652

Mara R. Thompson, Esq.
SPRENGER + LANG, PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN 55415
Telephone: (612) 486-1820
Facsimile: (612) 871-9270

75235

Cyrus Mehri, Esq.
Steven A. Skalet, Esq.
Lisa M. Bornstein, Esq.
Sandi Farrell, Esq.
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, N.W. – Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile:   (202) 822-4997


Christopher Moody, Esq.
Whitney Warner, Esq.
MOODY & WARNER, P.C.
4169 Montgomery NE
Albuquerque, NM 87109
Telephone: (505) 944-0033

*Attorneys for Plaintiffs and the Class*

75235