IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, | ) ) ) ) ) Civil No. 1: 06-cv-01142 ) (RWR/DAR) ) |
| On behalf of themselves and all others similarly situated, | ) CLASS ACTION ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., | ) ) ) |
| Defendant. | ) ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED FINAL APPROVAL ORDER AND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiffs, by and through their undersigned counsel, respectfully request that the Court grant an enlargement of time up to and including Wednesday, October 3, 2007 for Class Counsel to file their Proposed Final Approval Order and Supplemental Memorandum in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Expenses.  Defendant consents to the relief sought in this Motion.

A memorandum in support of this motion and a proposed order accompany this Motion.

October 1, 2007

                                                        Respectfully submitted,

| | |
|---|---|
| /s/ Steven M. Sprenger | /s/ Cyrus Mehri |
| Steven M. Sprenger (DC No. 418736) | Cyrus Mehri (DC No. 420970) |
| SPRENGER + LANG, PLLC | Steven A. Skalet (DC No. 359804) |
| 1400 Eye Street, N.W. | Lisa Bornstein (DC No. 485933) |
| Suite 500 | Anna M. Pohl (DC No. 489407) |
| Washington, DC 20005 | MEHRI & SKALET, PLLC |
| (202) 265-8010 | 1250 Connecticut Ave., N.W. |
| | Suite 300 |
| | Washington, DC 20036 |
| | (202) 822-5100 |
| | |
| | Chris Moody (NM No. 1850)* |
| Mara R. Thompson (MN No. 196125)* | Whitney Warner (NM No. 10600)* |
| SPRENGER + LANG, PLLC | MOODY & WARNER, P.C. |
| 310 Fourth Avenue S. | 4169 Montgomery Blvd. N.E. |
| Suite 600 | Albuquerque, NM 87109 |
| Minneapolis, MN 55415 | (505) 944-0033 |
| (612) 871-8910 | |

*ATTORNEYS FOR PLAINTIFFS*
*AND THE CLASS*

\*     *Admitted Pro Hac Vice*

Dated: October 1, 2007

Certificate of Service

      I herby certify the foregoing motion and supporting memorandum were served via the Court's ECP notification system and by first-class mail, postage prepaid, this 1st day of October, 2007, upon the following:

Grace E. Speights  
MORGAN, LEWIS & BOCKIUS, LLP  
1111 Pennsylvania Avenue, NW  
Washington, DC 20004

Mark S. Dichter  
MORGAN, LEWIS & BOCKIUS, LLP  
1701 Market Street  
Philadelphia, PA 19103-2921

Kenneth J. Turnbull  
MORGAN, LEWIS & BOCKIUS, LLP  
101 Park Avenue  
New York, NY 10178

                                                   /s/ Cyrus Mehri  
                                                   Cyrus Mehri