IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Joanne Augst- Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, | ) ) ) ) ) ) | Civil No. 1: 06-cv-01142 (RWR/DAR) |
| On behalf of themselves and all others similarly situated, | ) ) ) ) | CLASS ACTION |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED FINAL APPROVAL ORDER AND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiffs, by and through their undersigned counsel, state, as follows:

This Court entered a Preliminary Approval Order in the above-captioned case on July 17, 2007. That Order stated: "The deadline for the parties to file motions for final approval of their proposed class action settlement and to address any objections to the Settlement Agreement, including Class Counsel's motion for an award of attorneys' fees and non-taxable costs, shall be October 1, 2007" *see* Preliminary Approval Order (Doc. 30) ¶11.

On April 24, 2007, as part of their filing for preliminary approval, Class Counsel filed a Motion for An Award of Attorneys' Fees and Expenses and a Memorandum in Support of that Motion. Class Counsel now intend to file a Supplemental Memorandum in Support of that

Motion, in order to update the Court on the developments in the case since the preliminary approval hearing. Today, Class Counsel are filing their briefing in support of final approval. In order to provide the Court with the most up-to-date lodestar and expenses figures, Class Counsel is requesting this enlargement of time for their Supplemental Memorandum to be due in order to provide accurate fees and expenses figures up through September 30, 2007. The Proposed Final Approval Order will incorporate information contained in Class Counsel's supplemental memorandum and therefore, plaintiffs request that the due date for the Proposed Final Approval Order be extended as well.

There will be no prejudice caused by this Court granting the requested enlargement of time. No objections to Class Counsel's fees have been lodged by any class member. Class Counsel and counsel for Morgan Stanley have conferred regarding this request. Counsel for Morgan Stanley has consented to such a motion.

Plaintiffs respectfully request that the Court grant an enlargement of time up to and including Wednesday, October 3, 2007 for Class Counsel to file their Proposed Final Approval Order and Supplemental Memorandum in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Expenses.

Dated: October 1, 2007

                Respectfully submitted,

/s/ Steven M. Sprenger
Steven M. Sprenger (DC No. 418736)
SPRENGER + LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010

/s/ Cyrus Mehri
Cyrus Mehri (DC No. 420970)
Steven A. Skalet (DC No. 359804)
Lisa Bornstein (DC No. 485933)
Anna M. Pohl (DC No. 489407)
MEHRI & SKALET, PLLC
1250 Connecticut Ave., N.W.
Suite 300
Washington, DC 20036
(202) 822-5100

Mara R. Thompson (MN No. 196125)*
SPRENGER + LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55415
(612) 871-8910

Chris Moody (NM No. 1850)*
Whitney Warner (NM No. 10600)*
MOODY & WARNER, P.C.
4169 Montgomery Blvd. N.E.
Albuquerque, NM 87109
(505) 944-0033

*ATTORNEYS FOR PLAINTIFFS
AND THE CLASS*

\*     *Admitted Pro Hac Vice*