IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke ) ) ) ) | |
| On behalf of themselves and all others similarly situated, ) ) ) | Case No. 1:06-cv-01142 (RWR) |
| Plaintiffs, ) ) ) | CLASS ACTION |
| v. ) | |
| Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., ) ) ) | |
| Defendant. ) | |

**ORDER**

This matter having come before the Court on plaintiffs' Consent Motion for Enlargement of Time to File Proposed Final Approval Order and Supplemental Memorandum in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Expenses, and the Court having reviewed the Motion and supporting Memorandum, and for good cause shown:

**IT IS SO ORDERED** that plaintiffs' Consent Motion for Enlargement of Time to File Proposed Final Approval Order and Supplemental Memorandum in Support of Class Counsel's Motion for An Award of Attorneys' Fees and Expenses is **GRANTED.** Plaintiffs' Proposed Final Approval Order and Supplemental Memorandum in Support of Class Counsel's Motion for An Award of Attorneys' Fees and Expenses are now due on October 3, 2007.

_____         _____
Date                                    U. S. District Court Judge