UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br> Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br> CLASS ACTION |

**JOINT MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs and Defendant Morgan Stanley & Co. Incorporated ("Morgan Stanley"), by and through their respective counsel and pursuant to Fed. R. Civ. P. 23(e), hereby move the Court for final approval of their proposed Settlement Agreement, including all orders necessary to effectuate their proposed class action settlement. A memorandum in support of this Motion accompanies this Motion. A proposed Final Order Approving Class Representatives, Certifying Class, Appointing Class Counsel, Approving Settlement Agreement, Awarding Fees and Costs and Dismissing Action Subject to the Court's Continuing Jurisdiction will accompany Class Counsel's Supplemental Motion in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Expenses, which will be filed within two days of this Motion.

Dated:  October 1, 2007

*/s/* Cyrus Mehri
Cyrus Mehri (DC No. 420970)
Steven A. Skalet (DC No. 359804)
Lisa M. Bornstein (DC No. 485933)
Anna M. Pohl (DC No. 489407)
MEHRI & SKALET, PLLC
1250 Connecticut Ave. NW
Suite 300
Washington, DC  20036
(202)822-5100

Steven M. Sprenger (DC No. 418736)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010

Mara R. Thompson (*Pro Hac Vice*)
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55415
(612) 871-8910

Christopher M. Moody (*Pro Hac Vice*)
Whitney Warner (*Pro Hac Vice*)
MOODY & WARNER, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
(505)944-0033

*Attorneys for Plaintiffs and the Class*

Certificate of Service

      I herby certify the foregoing motion and supporting memorandum were served via the Court's ECF notification system and by first-class mail, postage prepaid, this 1st day of October, 2007, upon the following:

| | |
|---|---|
| Grace E. Speights<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Mark S. Dichter<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 |

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178

                                        /s/ Cyrus Mehri
                                        Cyrus Mehri