# EXHIBIT A



**National Council Of Women's Organizations**
1050 17th Street, NW, Suite 250   Washington, DC 20036
(p) 202-293-4505   (f) 202-293-4507

October 1, 2007

Honorable Richard W. Roberts
U.S. District Court Judge
District of Columbia
U.S. Courthouse
Room 4453
333 Connecticut Avenue NW
Washington, DC  20001

Dear Judge Roberts:

The National Council of Women's Organizations (NCWO) is the nation's oldest and largest coalition of women's groups, with 220 member organizations collectively representing twelve million women nationwide.  Our groups range from large old-line organizations such as the League of Women Voters and Business and Professional Women USA, to newer groups such as the National Younger Women's Task Force and Digital Sisters.  We engage in a wide range of activities on behalf of women and girls, including advocacy, legal analysis, direct service, education, and policy research.  A list of member groups is attached.

We heard from many brave women nationwide as to ongoing sex discrimination in the financial sector in the wake of a national controversy in 2004 over sex discrimination at the Augusta National Golf Club, whose CEOs were members of the club.  In 2004, NCWO formed a partnership with Mehri & Skalet PLLC to investigate claims of sex discrimination at financial firms, called the Women on Wall Street Project.

Thanks to the remarkable courage and fortitude of the named plaintiffs, this project resulted in the action against Morgan Stanley and proposed settlement now under consideration.  In this case there are eight women who have bravely come forward to prosecute this case.  I have had the opportunity to speak with most of them.  We continue to hear from women who are or have been employees of a number of other financial firms, highlighting the need for ongoing work in this most important area of civil rights.

The programmatic relief contained in the settlement is significant and has the potential to influence the rest of the industry and to lead to improved outcomes for women far into the future. Notable features of the settlement include:

- The Allocation Process gives every class member an opportunity to receive payment quickly without the risks and burden of minitrials such as those in controversial cases in the industry in the 1990's.  In those cases many women received no payments and the arbitrations are still on-going.

- The Claim Form allows each class member to confidentially share her experiences at Morgan Stanley to a special master. This allows for women to share their evidence without recourse.

- The account distribution system will be revamped and it will be reexamined by noted independent experts in one year. There will be greater transparency in the allocation of business opportunities and there will be restrictions on undue favoritism in the allocations from partnerships and retiring brokers. There will be efforts made to have the state of the art programs for training and mentoring.

- The settlement calls for independent, jointly selected experts who are charged with creating state of the art programs. The settlement will have a jointly selected Diversity Monitor overseeing the settlement for five years. These features give the settlement credibility and independence.

We have thoroughly reviewed the settlement and talked with the named plaintiffs, and we also have the utmost confidence in class counsel and their commitment to achieve the goals of the settlement. We enthusiastically support the settlement.

Sincerely,

*Martha Burk*

Martha Burk, Ph.D.
Director, Corporate Accountability Project
CC: Cyrus Mehri, Mehri & Skalet PLLC

2

NCWO Member Organizations 2007

| | | | |
|---|---|---|---|
| 9 to 5 | Fairfield University Women's Studies Program | National Congress of Black Women | U.S. Committee for UNIFEM |
| African American Women's Clergy | FAIR Fund | National Council for Research on Women | U.S. Women Connect |
| Alexandria Commission for Women | Federally Employed Women (FEW) | National Council of Jewish Women | U.S. Women's Chamber of Commerce |
| Alice Paul Institute Inc | Females United Network | National Council of Negro Women | Utah Women's Alliance for Building Community (UWABC) |
| Alliance for National Defense | Feminist Caucus of the American Humanist Association | National Council of Women of the U.S | Veteran Feminists of America |
| Alliance of Faith and Feminism | Feminist Majority Foundation | National Family Planning & Reproductive Health Association | Vital Voices Global Partnership |
| American College Of Nurse-Midwives | Financial Women International | National Foundation for Women Legislators | Voters for Choice |
| American College of Women's Health Physicisans | First Freedom First | National Hispana Leadership Institute | Wages for Housework Campaign |
| American Forum | Florida Women's Consortium | National Hook-up of Black Women | Women's Action for New Directions (WAND) |
| American Medical Women's Association | Friends of MO Women's Council | National Latina Institute for Reproductive Health | Washington Area Women's Foundation |
| American Nurses Association | Gender Action | National Network of Abortion Funds | WECAI Network |
| American Physical Therapy Association | Gender PAC | National Organization for Women | Westside Women's Organization |
| American Psychological Association | GenderWatchers | National Osteoporosis Foundation | White House Project |
| American Women in Radio and Television | General Federation of Women's Clubs | National Partnership for Women & Families | Wider Opportunities for Women |
| American Association of University Women | Girls Incorporated | National Women's Conference | Woman Activist Fund |
| Aquinas College Women's Studies Center | Guttmacher Institute | National Women's Hall of Fame | Women & Philanthropy |
| Ariadne Institute for the Study of Myth and Ritual | HADASSAH | National Women's Health Network | Women & Politics Institute |
| Association for Women in Science | HealthonStage | National Women's Health Research Center | Women Employed |
| Association of Academic Women's Health Programs | Helping Our Pain and Exhaustion | National Women's History Museum | Women Executives In State Government |
| Association of Reproductive Health Professionals | Institute For Health & Aging | National Women's History Project | Women for Afghan Women |
| Black Women in Sports Foundation | Institute for Women's Policy Research | National Women's Law Center | Women for Women International |
| Black Women United for Action | InterAction-CAW | National Women's Political Caucus | Women in Community Service |
| Black Women's Agenda | International Black Women For Wages For Housework | National Women's Studies Association | Women in Government |
| Black Women's Health Imperative | International Center for Research on Women | NCA Union Retirees | Women in Military Service for America |
| Break the Chain Campaign | International Women's Democracy Center | Network Lobby | Women In Non-Traditional Employment Roles (WINTER) |
| Business & Professional Women/USA | International Women's Media Foundation | Network of East-West Women | Women, Men and Media |
| Buying Influence | Jewish Women International | New Life Ministries | Women of NACo Leadership Network (WON) |
| Catholics for a Free Choice | Jewish Women's Coalition | Nontraditional Employment for Women | Women Soaring |
| Center for Health and Gender Equity | Law Students for Choice | Northern Illinois Univ. Women's Studies Program | Women Under Forty Political Action Committee, Inc. |
| Center for Policy Alternatives | League of Women Voters | Oregon State University Women's Studies Program | Women Waging Peace-Hunt Alternatives Fund |

| | | | |
|---|---|---|---|
| Center for Reproductive Rights | Legal Momentum | ORUWOCA, Inc. | Women Work! |
| Center for the Advancement of Public Policy | Lifetime | Older Women's League | Women's Business Development Center |
| Center for the Child Care Workforce | Maine Women's Lobby | Ovarian Cancer National Alliance | Women's Campaign Forum |
| Center for Women Policy Studies | MANA | Peace X Peace | Women's Caucus for Political Science |
| Chellis House Women's Resource Center and Women's Gender Studies Program, Middlebury College | Manasota Women's Roundtable | Planned Parenthood Federation of America | Women's Center for Ethics in Action |
| Chicago Foundation for Women | Maryland Women's Coalition for Health Care Reform | Project Kid Smart | Women's City Club of New York |
| Child Care Action Campaign | McAuley Institute | PROMISE Central | Women's Committee Of 100 |
| Choice USA | Miami University Women's Studies Center | Public Leadership Education Network (PLEN) | Women's Division, General Board of Global Ministries, United Methodist Church |
| Christian Women of Elegance | Million Mom March w/Brady | Religious Coalition for Reproductive Choice | Women's EDGE |
| Church Women United | Ms. Foundation for Women | Running Start | Women's Environment & Development Organization |
| Claremont Graduate University, Applied Women's Studies | Na'Amat USA | Sewall-Belmont House and Museum/National Woman's Party | Women's Housing & Economic Development Corporation |
| Clearinghouse on Women's Issues | NARAL | SisterSong | Women's Information Network (WIN) |
| Coalition of Labor Union Women | National Abortion Federation | Sisters Supporting Sisters, Inc | Women's Institute for a Secure Retirement (WISER) |
| Code Pink | National Alliance for Caregiving | Sister To Sister | Women's Institute for Freedom of the Press |
| CommonWell Institute International | National Asian Pacific American Women's Forum | Society for Women's Health Research | Women's International League for Peace and Freedom |
| Cornell University Institute for Women & Work | National Asian Women's Health Organization | Stanford University Feminist Studies Interdisciplinary Program | Women's International News Gathering Service |
| Counselling for Women | National Association for Female Executives (NAFE) | Start Smart America | Women's International Public Health Network |
| DC Rape Crisis Center | National Association of Commissions For Women | The Banyan Tree, Inc. | Women's Law Center of Maryland |
| Department for Professional Employees, AFL-CIO | National Association of Mothers' Centers (NAMC) | The Stories Center | Women's National Democratic Club |
| Dialogue on Diversity | National Association of Nurse Practitioners in Women's Health | The Wage Project | Women's Opportunity Link of Delaware, Inc. |
| Digital Sisters, Inc. | National Association of Orthopaedic Nurses | The Women's Center | Women's Ordination Conference |
| Eating Disorders Coalition | National Association of Women Business Owners | The Women's Museum | Women's Party |
| Economist's Policy Group on Women's Issues | National Research Center for Women & Families | Third Wave Foundation | Women's Policy, Inc. |
| Emerging Women Projects | National Coalition for Women With Hearth Disease | Turning Anger into Change | Women's Research & Education Institute |
| Equality Now | National Coalition of Abortion Providers | United American Nurses | Women's Sports Foundation |
| Equal Rights Advocates | National Committee of Women for a Democratic Iran | United Methodist Church, General Board of Church and Society | Women's Studies at San Diego State University |
| ERA Campaign Network | National Committee on Pay Equity | University of Michigan | Women's Transportation Seminar |
| YWCA USA | W-SPARC | | |