# Exhibit A

MEHRI & SKALET, PLLC
<u>Joanne Augst-Johnson v. Morgan Stanley</u>
SUMMARY LODESTAR REPORT FOR THE PERIOD FROM
Inception THROUGH September 30, 2007

| <u>Name</u> | <u>Number of Hours</u> | <u>Hourly Rate</u> | <u>Lodestar</u> |
|---|---|---|---|
| **Partners** | | | |
| Cyrus Mehri | 831.75 | $550.00 | $457,462.50 |
| Steve Skalet | 240.75 | $550.00 | $132,412.50 |
| **Of Counsel** | | | |
| Pamela Coukos | 4.00 | $475.00 | $ 1,900.00 |
| **Associates** | | | |
| Anna Pohl | 212.50 | $295.00 | $ 62,613.75 |
| Christopher McGinn | 0.50 | $350.00 | $ 175.00 |
| Gabriel Eber | 0.75 | $300.00 | $ 225.00 |
| Gurjit K. Chima | 8.50 | $230.00 | $ 19,550.00 |
| Lisa Bornstein | 407.95 | $375.00 | $152,981.25 |
| N. Jeremi Duru | 2.25 | $365.00 | $ 821.25 |
| Nicole Austin-Hillery | 1.50 | $350.00 | $ 525.00 |
| Sandi Farrell | 792.50 | $300.00 | $237,750.00 |
| **Law Clerks** | | | |
| Niknaz Moghbeli | 18.25 | $180.00 | $ 3,285.00 |
| Shannon L. Daspit | 19.00 | $180.00 | $ 3,420.00 |
| **Paralegals** | | | |
| Behzad Malek-Madini | 18.00 | $140.00 | $ 2,520.00 |
| Bernadette Wittschen | 398.84 | $140.00 | $ 55,836.66 |
| C. Joy Bodycomb | 16.91 | $140.00 | $ 2,368.34 |
| Cariza Arnedo | 272.00 | $140.00 | $ 38,080.00 |
| James P. Chambers | 6.75 | $140.00 | $ 945.00 |
| Lauren Pearlman | 17.75 | $140.00 | $ 2,485.00 |
| LeeAnn Foster | 1.00 | $140.00 | $ 140.00 |
| Meti Zegeye | 14.00 | $140.00 | $ 1,960.00 |
| Philip Barber | 19.50 | $140.00 | $ 2,730.00 |
| Runa Rajagopal | 5.25 | $140.00 | $ 945.00 |
| Stacey A. King | 1.25 | $140.00 | $ 175.00 |
| **GRAND TOTAL** | <u>3,312.70</u> | | <u>$1,163,921.25</u> |

EXHIBIT "A"