# Exhibit B

Mehri & Skalet, PLLC
Joanne Augst-Johnson v. Morgan Stanley
SUMMARY EXPENSE REPORT FOR THE PREIOD FROM
Inception THROUGH September 30, 2007

| | |
|---|---|
| Postage/Express mail | $ 619.52 |
| Telephone | $ 170.25 |
| Online Research/Reference | $ 188.94 |
| Photocopying/Supplies | $ 2,952.90 |
| Travel/Lodging/Meals | $ 3,904.91 |
| Courier | $ 156.96 |
| Transcripts | $ 495.50 |
| Filing Fees | $ 350.00 |
| Litigation Fund Contributions | $33,758.75 |
| Total | $42,597.73 |

Exhibit B