# Exhibit C

Released:                                  June 23, 2006

Contact Info:                              Cyrus Mehri, 202-822-5100
                                           Steven M. Sprenger, 202-265-8010

## Female Brokers File Class Action Suit and
## Announce Progress Toward Nationwide Settlement With Morgan Stanley

Mehri & Skalet, PLLC and Sprenger & Lang, PLLC, two preeminent employment class action law firms, filed a nationwide class action lawsuit against Morgan Stanley yesterday. The lawsuit is brought on behalf of all female financial advisors at Morgan Stanley who were employed at any time from August 5, 2003 to the present. The lawsuit derives from the Women on Wall Street Project, announced in April of 2004 by the National Council of Woman's Organizations (NCWO) in partnership with Mehri & Skalet. The investigation into claims of gender discrimination at Morgan Stanley's retail division began in earnest later that year and a confidential tolling agreement was entered into between the parties effective December 27, 2004. The lawsuit was filed in federal court in the District of Columbia.

The two law firms and Morgan Stanley jointly announced that the parties have been engaged in a productive dialogue and plans for rolling out programmatic relief are expected to be announced later this year. Noted Mediator Hunter Hughes of Atlanta-based Rogers & Hardin, LLP, stated that the yet to be announced reforms are "meaningful, novel and far-reaching." Cyrus Mehri, who has been lead counsel in major settlements involving Texaco and The Coca-Cola Company, as well as diversity efforts in the National Football League, declared "the plaintiffs have courageously stepped forward to be a catalyst for change at Morgan Stanley that will have a ripple effect throughout the industry." Morgan Stanley stated, "the Firm is committed to enhancing the performance of its female financial advisors and will continue to work with class counsel on changes to accomplish this objective."

The filing of the lawsuit is designed to protect the rights of the named plaintiffs and the prospective class members. Mr. Hughes noted that he expected the parties to continue "their fruitful discussions" and anticipates a comprehensive nationwide settlement to be achieved in the relatively near future.

Also representing plaintiffs is Moody & Warner, PC, an employment law firm that works primarily in the Rocky Mountain region.

EXHIBIT "C"