# Exhibit A

Price $810.00

# THE SURVEY OF LAW FIRM ECONOMICS

## 2006 Edition

Conducted by
**ALTMAN WEIL®, INC.**
**CONSULTANTS TO THE LEGAL PROFESSION**

Published by
**ALTMAN WEIL® PUBLICATIONS, INC.**
Two Campus Boulevard, Suite 200
Newtown Square, PA 19073
(888) 782-7297, toll free in the U.S.
(610) 886-2025

Visit our website: http://www.altmanweil.com
Shop our new on-line store: https://store.altmanweil.com

Suite 200
Two Campus Boulevard
Newtown Square, PA 19073
610-886-2000

Suite 202
8555 W. Forest Home Avenue
Milwaukee, WI 53228
414-427-5400

Authorization to photocopy information contained in this survey for the internal or personal use of the purchaser, or the internal or personal use of specific individuals in the purchaser's organization, or for use in court proceedings and arbitrations, is granted by Altman Weil Publications, Inc., provided that the source and Altman Weil Publications, Inc. copyright is noted on the reproduction. Copying for purposes other than internal or personal reference or court/arbitration proceedings requires the express permission of Altman Weil Publications, Inc. For permission, contact Dan DiLucchio at Altman Weil Publications, Inc., Two Campus Boulevard, Suite 200, Newtown Square, PA 19073.

COPYRIGHT © 2006, ALTMAN WEIL® PUBLICATIONS, INC., NEWTOWN SQUARE, PA  19073

# INTRODUCTION

The *Survey of Law Firm Economics, 2006 Edition* (based on 2005 data) is the most complete, accurate and up-to-date set of economic statistics and financial data available about the legal profession. This year's survey contains information from 17,285 lawyers including 6,988 associates, 8,991 partners/shareholders (equity and non-equity), 967 active counsels, and 339 staff lawyers working in 285 U.S. law firms. In its 34th year, the survey remains an invaluable tool for managers of law firms.

To be a useful tool, the survey must provide the relevant information required by law firm managers. Altman Weil recently partnered with the International Paralegal Management Association, formerly LAMA, to develop and publish a more comprehensive tool for managing paralegal positions. If you are interested in paralegal data, please contact Altman Weil Publications for product information and pricing.

Altman Weil, Inc. is committed to meeting the information needs of the legal profession and as such, invites you as a purchaser and/or participant to call or write us with your candid critique, suggestions and questions. The survey will continue to improve only through our ability to understand your evolving needs for information. If you know one of our consultants, please call with your thoughts and questions. If you do not, please call Dan DiLucchio at (610) 886-2000.

## USE OF THE SURVEY

The survey is designed to provide the information necessary for law firm managers to evaluate their firm's performance relative to comparable law firms. The statistics included in the survey represent broad performance benchmarks against which an individual firm can be measured. Using this information, law firm management can compare their firm's performance and figures with those of the profession as a whole, as well as with firms of similar size, geographic location, population, practice specialty, etc.

This survey is particularly useful to firm management, administrators, strategic planners and office or department heads, who are able to efficiently develop comparative analyses of the various statistical data with their firm's data. Many are experienced in development of these analyses and in development of effective presentation charts and graphs. However, over the years we have encountered others who have found the analysis more difficult. Accordingly, we have developed a program that will prepare customized tabulation of your data against relative benchmarks.

Please contact Altman Weil Publications at (888) 782-7297, toll free in the U.S. or (610) 886-2025 if you wish to discuss development of comparative charts for your firm.

## STATE BY YEARS OF LEGAL EXPERIENCE
## STANDARD HOURLY BILLING RATES
### As of January 1, 2006

| State/Years of Experience | | Number of Offices | Number of Lawyers | RATE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| CO | 6 or 7 Years | 6 | 20 | 170 | 140 | 145 | 199 | 259 |
| | 8 to 10 Years | 6 | 13 | 198 | -- | 200 | -- | -- |
| | 11 to 15 Years | 5 | 23 | 205 | 165 | 170 | 270 | 278 |
| | 21 to 30 Years | 7 | 46 | 265 | 165 | 288 | 336 | 353 |
| | 31 or More Years | 5 | 19 | 338 | 325 | 345 | 375 | 400 |
| CT | 8 to 10 Years | 5 | 8 | 266 | -- | -- | -- | -- |
| | 11 to 15 Years | 6 | 20 | 292 | 260 | 290 | 315 | 374 |
| | 16 to 20 Years | 6 | 10 | 286 | -- | -- | -- | -- |
| | 21 to 30 Years | 7 | 25 | 337 | 288 | 350 | 375 | 414 |
| | 31 or More Years | 5 | 16 | 338 | -- | 325 | -- | -- |
| DC | Under 2 Years | 5 | 27 | 232 | 220 | 220 | 235 | 294 |
| | 2 or 3 Years | 8 | 42 | 266 | 229 | 260 | 290 | 344 |
| | 4 or 5 Years | 10 | 39 | 299 | 260 | 305 | 330 | 350 |
| | 6 or 7 Years | 9 | 40 | 316 | 274 | 328 | 370 | 390 |
| | 8 to 10 Years | 10 | 39 | 373 | 325 | 360 | 425 | 475 |
| | 11 to 15 Years | 10 | 43 | 390 | 340 | 400 | 450 | 496 |
| | 16 to 20 Years | 11 | 37 | 404 | 345 | 405 | 450 | 569 |
| | 21 to 30 Years | 13 | 66 | 451 | 368 | 433 | 525 | 608 |
| | 31 or More Years | 10 | 34 | 466 | 399 | 438 | 528 | 645 |
| DE | 21 to 30 Years | 5 | 25 | 423 | 338 | 375 | 475 | 666 |

(continued on next page)