# Exhibit B

$395.00

International Paralegal Management Association's

# Annual Compensation Survey for Paralegals/Legal Assistants and Managers
## 2006 Edition

Published in Partnership with the

**INTERNATIONAL PARALEGAL MANAGEMENT ASSOCIATION**
P. O. Box 659
Avondale Estates, GA 30002-0659
Voice (404) 292-IPMA (4762) ▲ Fax (404) 292-2931
www.paralegalmanagement.org

by

**ALTMAN WEIL PUBLICATIONS, INC.**
Two Campus Boulevard, Suite 200
Newtown Square, PA 19073
Voice (610) 886-2000 ▲ Fax (610) 355-7419
www.altmanweil.com

Release Date: May 2006

Authorization to photocopy information contained in this survey for the internal or personal use of the purchaser, or the internal or personal use of specific individuals in the purchaser's organization, or for use in court proceedings and arbitrations, is granted by Altman Weil Publications, Inc., provided that the source and Altman Weil Publications, Inc., copyright is noted on the reproduction. Copying for purposes other than internal or personal reference or court/arbitration proceedings requires the express permission of Altman Weil Publications, Inc. For permission, contact Dan DiLucchio at Altman Weil Publications, Inc., Two Campus Boulevard, Suite 200, Newtown Square, PA 19073.

COPYRIGHT© 2006, ALTMAN WEIL® PUBLICATIONS, INC., NEWTOWN SQUARE, PA  19073

## INTRODUCTION

Established in 1984, the International Paralegal Management Association (IPMA), formerly known as the Legal Assistant Management Association (LAMA), is an international association of managers of legal assistant programs in law firms, corporate law departments, government, judicial and legal agencies. IPMA's mission includes:

- Promoting the professional standing and visibility of legal assistant managers;
- Becoming the pre-eminent source of the professional development for legal assistant managers;
- Maximizing legal assistant managers' contributions to quality, efficiency, and economy in delivery of legal services;
- Advocating for legal assistant managers on business, educational, governmental and community issues that affect the legal profession; and
- Being the primary source of information regarding legal assistant management.

Visit the International Paralegal Management Association website at www.paralegalmanagement.org/ipma.

As part of its services, IPMA in past years conducted a biannual National Compensation Survey of the legal assistant profession. The purpose of the survey was to produce a comprehensive report analyzing compensation and benefit practices for legal assistant managers, legal assistants, and other related job titles. In 2001, IPMA leadership committed to improving this service, focused on methods to increase survey participation and improve the usefulness of the compensation data provided to its membership.

To help achieve this goal, IPMA entered into a partnership with Altman Weil Publications, Inc. of Newtown Square, PA. Altman Weil, Inc. provides management consulting services exclusively to legal organizations. Clients include law firms, law departments, governmental legal organizations and legal vendors of all sizes and types throughout North America, the U.K. and abroad. Altman Weil Publications, Inc. is known for the many legal economic surveys it conducts and publishes, including the *Survey of Law Firm Economics* and the *Law Department Compensation Benchmarking Survey*. For additional information, visit the website at www.altmanweil.com.

Started in 2002, the IPMA/Altman Weil *Annual Compensation Survey* now serves as the primary resource for legal assistant compensation data. Altman Weil no longer collects legal assistant compensation data elsewhere, making the *Survey* the definitive source for the legal community.

This year's collaborative effort resulted in the collection of data from 341 organizations. Consequently, the *Survey* expands to include not only base salary analysis, but also bonus, overtime and total cash compensation comparisons. Detailed analysis is also included for billing rates and billable hours. Even more exciting, is the additional analysis of law firm and law department positions separately.

## Position Descriptions

**Legal Assistant/Paralegal Manager:** This position is sometimes titled Supervisor, Director of Legal Assistant Services or Paralegal Coordinator. This person reports to an Administrative Partner or Director of Administration. This person is responsible for recruiting, interviewing, and hiring Legal Assistants/Paralegals. The position may also include training Legal Assistants/Paralegals, monitoring work assignments, and handling personnel, financial, and administrative matters for the Legal Assistant/Paralegal program. This person spends 100% of his/her time as a Manager and does not bill to clients and therefore does not have billable hours and/or a chargeable hours requirement.

**Legal Assistant/Paralegal Coordinator:** This person reports to a Legal Assistant/Paralegal Manager or Director of Legal Assistants/Paralegals and supervises legal assistants/paralegals. He/she may spend some portion of his/her time working as a legal assistant/paralegal and may have a billable hours requirement.

**Working Manager/Supervisor:** This position is sometimes titled Supervisor, Director of Legal Assistant Services or Paralegal Coordinator. This person reports to an Administrative Partner or Director of Administration. This person is responsible for all the same duties listed for Legal Assistant/Paralegal Managers; however, the differentiating factor is that this person has billable hours and/or a chargeable hours requirement.

**Case Manager:** This person reports to a Legal Assistant/Paralegal Manager or Director and supervises legal assistants/paralegals. He/She spends some portion of his/her time working as a legal assistant/paralegal and has a billable hour requirement.

**Litigation Support/Technology Manager:** This position is sometimes titled Litigation Support Director or Litigation Support Supervisor. This person reports to a Legal Assistant/Paralegal Manager, Director, or Paralegal Coordinator. This person is responsible for the firm's litigation support function as well as a direction for use and purchase of practice support technology. Responsibilities also include the training and management of litigation support personnel, the development of litigation support procedures and protocols and the education of attorneys and paralegals on document management databases. The litigation support manager may have billable hour requirements.

**Senior Legal Assistant/Paralegal:** This person has been a Legal Assistant/Paralegal, and has demonstrated the ability to supervise or train other Legal Assistants/Paralegals. May have also met firm criteria for senior status and/or is a specialist in a specific practice area.

**Legal Assistant/Paralegal:** This person assists attorneys in the practice of law. Responsibilities may include factual research, document analysis, cite checking and shepherdizing, drafting certificates and corporate transactional documentation, drafting pleadings, coordinating document productions, administering trusts and estates, assisting with pension plan, administration, assisting with real estate transactions, and handling substantive functions in practice areas that do not require a law degree.

**Specialist:** This person provides special services to clients based on training or expertise, such as Nurse Consultants, Environmental Technicians, or CPAs.

**Litigation Support/Technology Specialist:** This position reports to a Legal Assistant/Paralegal Manager or Director or Litigation Support Manager. This person carries out the day to day assignments including the construction and coding of case management and document management databases, provides training and ongoing support, and interacts with case teams and clients regarding electronic delivery requests. This position has billable hour requirements.

*Legal Assistant Clerk/Project Assistant:* This position may have a variety of clerical titles. The person typically works under the supervision of a Legal Assistant and performs various clerical tasks, such as: document numbering, alphabetizing of documents, labeling folders, filing and other various projects that do not require substantive knowledge of the transaction or litigation.

**Region**

Region represents the geographic location of each individual employee's work location, and is defined as follows:

- **New England**
- **Middle Atlantic**
- **South Atlantic**
- **East South Central**
- **West South Central**
- **East North Central**
- **West North Central**
- **Mountain**
- **Pacific**

For some positions, analysis includes additional stratifications using the Metropolitan Statistical Areas as defined by the U.S. Office of Management and Budget (OMB). OMB defines metropolitan areas (MA's) according to published standards that are applied to Census Bureau data. The general concept of an MA is that of a core area containing a large population nucleus, together with adjacent communities having a high degree of economic and social integration with that core.

See map at end of section for state classifications. Visit http://www.whitehouse.gov/omb/bulletins/95-04attachintro.html for more information on metropolitan areas.

**Type of Industry (Law Department Only)**

Industry stratifications are included in selected compensation sections where appropriate. We combined industry classifications as follows:

- **Manufacturing** - Includes Petro-Chemical, Pharmaceutical, Computer/Electronics and all other Manufacturing Industries
- **Utilities**
- **Information** - Includes Telecommunications, Media and Data Processing services
- **Wholesale/Retail Trade**
- **Insurance**
- **Finance**
- **Other** - Includes all other industries

**STATISTICAL TERMS AND DEFINITIONS**

The statistical terms used in the survey are defined below and illustrated in the example.

**Quartiles**

Quartiles are the percentage points that break down the data set into quarters—first quarter, second quarter, third quarter, and fourth quarter. The first quartile, or lower quartile, is the 25th percentile point. It is the point below which lie one-quarter of the data. The second quartile is the 50th percentile or median. The median is the point below which lie half the data. The third quartile, or upper quartile, is the 75th percentile point. It is that point below which three quarters of the data.

Metropolitan Area - Law Firms
Washington, DC-MD-VA-WV

## 2006 BILLING RATES BY YEARS IN PROFESSION
### Metropolitan Area
### Washington, DC-MD-VA-WV

| Position | Years | Number of Firms | Number of Positions Reported | Average $ | Billing Rate Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
|---|---|---|---|---|---|---|---|---|
| Case Manager | 11 to 15 | 7 | 8 | 189 | --- | --- | --- | --- |
|  | 16 to 20 | 5 | 9 | 216 | --- | --- | --- | --- |
| Senior Legal Assistant/Paralegal | 3 to 5 | 12 | 25 | 184 | 160 | 175 | 200 | 231 |
|  | 6 to 10 | 22 | 102 | 185 | 170 | 190 | 196 | 219 |
|  | 11 to 15 | 26 | 75 | 188 | 170 | 195 | 200 | 227 |
|  | 16 to 20 | 20 | 65 | 186 | 170 | 195 | 200 | 215 |
|  | 21 to 25 | 15 | 21 | 187 | 175 | 185 | 198 | 214 |
|  | Over 25 | 5 | 7 | 186 | --- | --- | --- | --- |
| Legal Assistant/Paralegal | 0 to 2 | 39 | 402 | 146 | 130 | 145 | 165 | 175 |
|  | 3 to 5 | 38 | 158 | 152 | 140 | 150 | 165 | 185 |
|  | 6 to 10 | 32 | 106 | 167 | 145 | 160 | 190 | 200 |
|  | 11 to 15 | 21 | 43 | 176 | 160 | 180 | 200 | 213 |
|  | 16 to 20 | 16 | 24 | 181 | 160 | 185 | 200 | 210 |
|  | 21 to 25 | 12 | 13 | 184 | --- | 185 | --- | --- |
| Specialist | 6 to 10 | 5 | 9 | 202 | --- | --- | --- | --- |
|  | 11 to 15 | 12 | 17 | 181 | 160 | 180 | 203 | 217 |
|  | 16 to 20 | 7 | 11 | 220 | --- | 210 | --- | --- |
|  | 21 to 25 | 8 | 13 | 197 | --- | 195 | --- | --- |
|  | Over 25 | 9 | 22 | 224 | 188 | 230 | 251 | 284 |
| Legal Assistant or Paralegal Clerk/Project Assistant | 0 to 2 | 19 | 153 | 114 | 105 | 115 | 120 | 135 |
|  | 3 to 5 | 9 | 12 | 101 | --- | 105 | --- | --- |