# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino and Elizabeth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., <br><br> Defendant. | Civil No. 1:06-cv-01142 (RWR/DAR) <br><br> CLASS ACTION |

**DECLARATION OF CHRISTOPHER M. MOODY IN SUPPORT OF FINAL APPROVAL OF THE PROPOSED CLASS SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Christopher M. Moody, hereby declare and state, as follow:

Introduction

1. I am over the age of eighteen years. I have personal knowledge of the facts set forth herein, and am competent to testify thereto.

2. I am making this declaration in connection with plaintiffs' motion for final approval of the class settlement, including class counsel's request for an award of attorneys' fees and litigation expenses.

Opinion that Settlement is Fair, Reasonable and Adequate

3. It is my opinion, shared by all class counsel, that the settlement is fair, reasonable and adequate in light of all of the facts and circumstances. The response to the class notice

suggests that most class members believe the settlement is fair. Virtually all of the class members with whom I or others in my firm have spoken have indicated they believe the settlement is fair to the class.

Calculation of Moody & Warner, P.C.'s Lodestar Attorneys' Fees

4. Moody & Warner, P.C. sets its hourly billing rates for all attorneys and legal assistants at the commencement of each calendar year using information regarding rates charged by law firms performing the same types of legal work as performed by Moody & Warner, P.C. in the various geographic locales in which cases we litigate are brought. This includes lodestar hourly rates approved by courts in those jurisdictions.

5. Moody & Warner, P.C.'s hourly rates for the attorneys, law clerk and legal assistants who worked on the Morgan Stanley matter are as follows:

| Name | Title/Role | Years of Experience | Billing Rate |
|---|---|---|---|
| Christopher M. Moody | Partner | 23 | $450.00 |
| Whitney Warner | Partner | 9 | $395.00 |
| Repps D. Stanford | Associate | 5 | $340.00 |
| Laura Oropeza | Law Clerk | NA | $150.00 |
| Michelle Gonzales | Legal Assistant | 5 | $150.00 |
| Jesse Tauer | Legal Assistant | 2 | $150.00 |
| Deborah Pollack | Legal Assistant | 18 | $150.00 |

6. During the relevant time period, Moody & Warner, P.C. required all attorneys, law clerks and legal assistants to record their time contemporaneously to the nearest one-tenth or one-quarter hour increment, and to input it into the Firm's computer system using the Amicus Attorney software program, which then posted the time to the firm's TABS accounting system. All attorneys' and legal assistant time entries were contemporaneous or nearly contemporaneous

2

with the services performed. A Morgan Stanley billing account was established for billing time and expenses to this case.

7. In connection with our motion for an award of attorneys' fees and expenses, I asked the Firm's accountant/bookkeeper, Connie Roybal, to generate a detailed time report on the Morgan Stanley billing account from case inception through September 30, 2007 and I then reviewed the report and eliminated time entries not appropriately chargeable to the case, entries for which the time appeared to be excessive and entries not supported by a sufficiently detailed narrative description.

8. The final time billing report is 79 pages long. I am prepared to provide it to the Court for *in camera* review upon request. A summary of the lodestar fee calculation for each timekeeper as well as the Firm's total lodestar through September 30, 2007 after the exercise of billing judgment is reflected in the table below:

| Name | Total Hours | Hourly Rate | Total Dollar Amount |
|---|---|---|---|
| Christopher M. Moody | 930 | $450.00 | $428,950.00 |
| Whitney Warner | 251 | $395.00 | $99,145.00 |
| Repps D. Stanford | 59.7 | $340.00 | $20,298.00 |
| Law Clerk/Legal Assistants | 292.85 | $150.00 | $43,927.50 |
| **GRAND TOTAL** | 1,534.55 | | $582,320.50 |

Thus, Moody & Warner, P.C.'s current lodestar is $582,320.50.

Litigation Expenses Advanced by Moody & Warner, P.C.

9. In the course of representing the plaintiffs in this case, Moody & Warner, P.C. has advanced external litigation related expenses for electronic and computer-related research costs; overnight mail and messenger costs; outside litigation consultants; and travel costs. External

3

expenses are generally entered into the Firm's computerized accounting program as they are paid or incurred.

10. In connection with class counsel's motion for an award of attorneys' fees and expenses, I instructed the Firm's accountant/bookkeeper, Connie Roybal, to generate a detailed litigation expense report on the Morgan Stanley billing account from case inception through September 30, 2007. I then reviewed the report to identify and eliminate incorrect expense charges and expenses not appropriately chargeable to the case.

11. The final expense billing report is 3 pages long and I am prepared to provide it to the Court for *in camera* review upon request. A summary of the expenses by category is reflected in the table below:

| Expense Category/Type | Dollar Amount |
| --- | --- |
| Electronic & Computer-related Research Costs | $2,642.21 |
| Overnight Mail & Messenger Costs | $48.86 |
| Outside Litigation Consultants | $1,335.94 |
| Travel | $11,688.39 |
| **TOTAL** | $15,715.40 |

Thus, Moody & Warner, P.C.'s current out-of-pocket case expenses are $15,715.40. The above expenses were reasonably necessary to represent the plaintiff classes in this case.

Future Attorneys' Fees

12. I anticipate that Moody & Warner, P.C. will perform additional legal work in connection with the settlement. This will consist principally of preparing for and attending the final approval hearing and responding to inquiries from class members on issues relating to the settlement. I estimate that the value of this additional legal work will be approximately $40,000.00.

I declare under penalty of perjury that the foregoing is true and correct. Executed

4

this 1st day of October, 2007 in Albuquerque, N.M.

/s/ Christopher M. Moody
Christopher M. Moody