UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br>    Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br> CLASS ACTION |

## ADMINISTRATIVE ORDER NO. 2

This Court has entered an order granting final approval of the Settlement Agreement and awarding Class Counsel attorneys' fees and expenses. Consistent with its rulings, the Court enters this Administrative Order No. 2 in furtherance of the Settlement.

**I.   ALLOCATION OF THE SETTLEMENT FUND PORTIONS.**

On July 27, 2007, Morgan Stanley paid by wire transfer to the MS-GWMG Financial Advisor Sex Discrimination Settlement Fund the sum of Forty-Six Million Dollars $46,000,000.00 pursuant to the terms of the Settlement Agreement. The Court hereby allocates the settlement amount to the Settlement Fund Portions established in Administrative Order No. 1, as follows:

75798

A. **Claims Portion**. The sum of Thirty-Two Million Five Hundred Forty Thousand Dollars $32,540,000.00 shall be allocated to the Claims Portion.

B. **Attorneys' Fees & Monitoring Portion.** The sum of Thirteen Million Four Hundred Sixty Thousand Dollars $13,460,000.00 plus all income earned thereon since July 27, 2007 shall be allocated to the Attorneys' Fees & Monitoring Portion.

C. **Administrative Portion.** All income earned on the sum allocated to the Claims Portion since July 27, 2007 shall be allocated to the Administrative Portion.

II. **PAYMENTS FROM THE SETTLEMENT FUND.**

A. **General Payment Restrictions.** The Trustee shall not pay any amounts from the above-referenced Settlement Fund Portions until the Settlement Agreement is final.

B. **Payments from the Claims Portion.** The Trustee shall not pay any awards to eligible Claimants, including Named Plaintiffs, until the Court approves such awards pursuant to Section VIII.C.-D. of the Second Revised Settlement Agreement.

C. **Payments from the Attorneys' Fees & Monitoring Portion.** The Trustee shall pay Class Counsel their respective attorneys' fees and expenses in six installments. The Trustee shall make such payments only after receipt of a statement signed by all Class Counsel as to the specific allocation of such attorneys' fees and expenses to each firm.

1. **First Installment.** The first installment shall be in the sum of Eleven Million Nine Hundred Sixty Thousand Dollars $11,960,000.00 plus all income earned thereon since July 27, 2007, representing all past and future attorneys' fees and expenses, except those associated with settlement monitoring provided by Lead Class Counsel.

2. **Second – Sixth Installments.** The second through sixth installments shall each be in the sum of Three Hundred Thousand Dollars $300,000.000 plus all income earned

thereon since July 27, 2007, representing attorneys' fees and expenses for settlement monitoring provided by Lead Class Counsel. The second installment shall be payable after the first anniversary of the Settlement Agreement, and the remaining installments shall likewise be payable after each applicable anniversary date.

      **D.**    **Cy Pres.** Any balance remaining in the Settlement Fund at the time of termination shall be distributed by the Trustee to one or more charitable organizations that qualify for charitable donations under Section 501(c)(3) of the Internal Revenue Code. The Trustee shall make such donations upon receipt of a statement signed by Lead Class Counsel and Morgan Stanley.

**IT IS SO ORDERED.**

Dated: _____

                                                          _____
                                                          Richard W. Roberts
                                                          United States District Judge

Copies to:

Cyrus Mehri, Esq.
Steven A. Skalet, Esq.
Lisa Bornstein, Esq.
Washington, DC 20005
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, N.W.  Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

Christopher Moody, Esq.
Whitney Warner, Esq.
MOODY & WARNER, P.C.
4169 Montgomery NE
Albuquerque, NM 87109
Telephone: (505) 944-0033

Steven M. Sprenger, Esq.
SPRENGER + LANG, PLLC
1400 Eye Street, N.W. Suite 500
Telephone: (202) 265-8010
Facsimile: (202) 332-6652

Mara R. Thompson, Esq.
SPRENGER + LANG, PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN 55415
Telephone: (612) 871-8910
Facsimile: (612) 871-9270

*Attorneys for Plaintiffs and the Class*

Mark S. Dichter, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5291
Facsimile: (215) 963-5299

*Attorneys for Defendant*
*Morgan Stanley & Co. Incorporated,*
  *formerly known as Morgan Stanley DW Inc.*

Thomas Warren, Esq.
Post Office Box 1657
Tallahassee, FL 32302
Telephone: (850) 385-1551

*Trustee of the MS-GWMG Financial Advisor Sex*
*Discrimination Settlement Fund*

75798                                4