UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Beth Reinke,<br><br>On behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc.,<br><br>　　　　　　Defendant. | Case No. 1:06-cv-01142<br>(RWR/DAR)<br><br>CLASS ACTION |

## NOTICE OF FILING REDACTED EXHIBITS

Notice is hereby given that redacted copies of Exhibits C and D to the Declaration of Cyrus Mehri (dated October 1, 2007 – Docket No. 33) have been filed. The un-redacted versions of these exhibits have been sealed because they contain personal identifiers.

Dated: October 5, 2007

s/ Steven M. Sprenger
Steven M. Sprenger, Esq.
SPRENGER + LANG, PLLC
1400 Eye Street, N.W. Suite 500
Washington, DC 20005
Telephone: (202) 265-8010
Facsimile: (202) 332-6652

Mara R. Thompson, Esq.
SPRENGER + LANG, PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN 55415
Telephone: (612) 486-1820
Facsimile: (612) 871-9270

76294

Cyrus Mehri, Esq.
Steven A. Skalet, Esq.
Lisa M. Bornstein, Esq.
Sandi Farrell, Esq.
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, N.W. – Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile:   (202) 822-4997

Christopher Moody, Esq.
Whitney Warner, Esq.
MOODY & WARNER, P.C.
4169 Montgomery NE
Albuquerque, NM 87109
Telephone: (505) 944-0033

***Attorneys for Plaintiffs and the Class***

76294