# EXHIBIT C

09-07-07

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

RE: Augst-Johnson, et al. v. Morgan Stanley & Co., Inc. f/k/a Morgan Stanley DW inc.,
      No. 1:06-cv-01142

Dear Mr. Mehri,

Please use this letter as authorization to exclude me, Nirvana Fahmy, SS# , residing at
, Plano, TX 75093,                    from the monetary relief provisions of the above-
referenced Settlement. I understand that, by this request to be excluded from the monetary settlement
in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from
the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring
a separate legal action seeking damages, but might receive nothing or less than what I would have
received if I had filed a claim under the class monetary settlement procedure in this case. I also
understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the
injunctive provisions of the Settlement Agreement.

Please see to it that my request to opt-out is duly recorded.

Sincerely,

Nirvana Fahmy

RECEIVED
SEP 10 2007

**REDACTED**

se with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express℠**
**UPS 2nd Day Air®**

7) or visit UPS.com®.

Apply shipping documents on th

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select℠**
**UPS Worldwide Expedited℠**

Express Envelope may
ommercial value. There
of pages you can enclose.

s to send letters weighing
UPS 2nd Day Air services,
e pound or more are subject
plicable weight.





NIRVANA FAHMY
(972) 781-6825
THE UPS STORE #3902
SUITE 306
6505 W PARK BLVD
PLANO TX 75093

LTR      1 OF 1
SHP WT: LTR
DATE: 08 SEP 2007

SHIP CYRUS MEHRI, ES
TO: MEHRI & SKALET, PLLC
    STE 300
    1250 CONNECTICUT AVE NW

WASHINGTON DC 20036-2654

MD 201 9-76



**UPS NEXT DAY AIR SAVER    1P**

TRACKING #: 1Z 042 8AR 13 7620 8606

BILLING: P/P

8.00 E2442 69.0V 07/2007

may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on
ad (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101   11/03  BL  United Parcel Service, Louisville,

September 5, 2007

Centennial, CO 80015

Cyrus Mehri, Esq
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW  Suite 300
Washington, DC  20036

Dear Sir or Madam:

This letter is to inform you that I wish to opt out of the pending Morgan Stanley case, to wit:

a)    Bonnie M Gibbs,                                          , Centennial, CO  80015
                   Home                     , Work;

b)    Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a/Morgan Stanley DW Inc., No 1:06-cv-01142;

c)    I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case.  I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

Sincerely,

Bonnie M Gibbs

**REDACTED**


RECEIVED
SEP  6 2007

300-742-5877) or visit UPS.com®.

**Apply shipping documents on this**

s no weight limit for
s urgent documents,
ext Day Air service
ntaining items other
the corresponding

**Do not use this envelope for:**

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select℠**
UPS Worldwide Expedited®

1 OF

LITR

MD 201 9-76

1

UPS NEXT DAY AIR

TRACKING #: 1Z 715 7AR 01 9792 6099

BILLING: P/P

™

UPS 9.5.16.0

MORGAN STANLEY
730-488-2300
MORGAN STANLEY
6465 S. GREENWOOD PLAZA BLVD.
CENTENNIAL CO 80111

SHIP TO:
CYRUS MEHRI, ESQ
202-822-5100
MEHRI & SKALET, PLLC
1250 CONNECTICUT AVE, NW, SUITE 300
WASHINGTON DC 20036-2654

MEHRI & SKALET PLLC
1250 CONNECTICUT AVE NW
STE 300
WASHINGTON DC 20036

P:8          S:BLUE          I:8
**813-1986**
1Z7157AR019792**6099**

https://www.ups.com/uis/create?ActionOriginPair=print___PrinterPage&POPUP_LEVEL=1&Printer1...

r may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and
Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101    11/03   BL   United Parcel Service, Louisvill

September 10, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921



Dear Sirs:

  I, Alice I. Hughes, hereby request to opt out of the monetary relief provisions of the class settlement in Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., No. 1:06-cv-01142.

  I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case. I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

    Sincerely,

    Alice I. Hughes
    SS#:

    Flower Mound, Texas 75028

**REDACTED**

7) or visit **UPS.com®**.

**Apply shipping documents on this side.**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select**SM

---

UPS **UPS Next Day Air®**
**UPS Worldwide Express**SM

**S H I P P I N G   D O C U M E N T**

| WEIGHT | WEIGHT | DIMENSIONAL WEIGHT | LARGE PACKAGE | SHIPPER RELEASE |
|--------|--------|--------------------|--------------|-----------------|

EXPRESS (INT'L)
DOCUMENTS ONLY

**SHIPMENT FROM**

UPS ACCOUNT NO.  **45E56R**

REFERENCE NUMBER

Augst Johnson (Kyred)

**ALICE HUGHES**   TELEPHONE **972-539-4883**

**REDACTED**

**FLOWER MOUND**   **TX 75028**

**SATURDAY DELIVERY**

1Z 45E 56R 22 1000 0063

1Z 45E 56R 22 1000 0063

**UPS Next Day Air®**   **1**

**DELIVERY TO**   TELEPHONE

Cyrus Mehri Esq. 202-822-~
Mehri & Skalet PLLC
1250 Connecticut Ave, NW Ste 300
Washington DC 20036

0101911202609 1/07 S   United Parcel Service, Louisville, KY

1Z 45E 56R 22 1000 0063

1Z 45E 56R 22 1000 0063

SHIPMENT ID NUMBER **45E5 6R79 XDT**   DATE OF SHIPMENT **9 17 07**

rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the ...tion"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101   11/03   BL   United Parcel Service, Louisville, KY

September 7, 2007

VIA UPS OVERNIGHT

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, NW, Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921



Re:    Settlement Agreement in *Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a/ Morgan Stanley DW Inc.*

Dear Sirs:

I am writing to opt out of the monetary relief provisions of the Settlement in *Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a/ Morgan Stanley DW Inc.*, No. 1:06-cv-01142.  My social security number is          My current address is              New Berlin, WI 53146.  My telephone number is

I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case.  I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

Very truly yours,

Louise E. Ladd

**REDACTED**

QBMKE\6178715.1

**Urgent**                    This env

CK-UPS® (1-800-742-5877) or visit **UPS.com®**.

Apply shipping docu

ir services, there is no weight limit for
g correspondence, urgent documents,
hen a UPS Next Day Air service
Envelopes containing items other
ove are subject to the corresponding
ble weight.

Express, the UPS Express Envelope may
uments of no commercial value. There
eight or number of pages you can enclose.

Day Air services to send letters weighing
nis envelope. For UPS 2nd Day Air services,
es weighing one pound or more are subject
g rates for the applicable weight.

cash equivalent.

Do not use this envelc

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select℠**
**UPS Worldwide Expe**

JOAN M ZWEBER
(414) 277-5582
QUARLES & BRADY LLP
411 E. WISCONSIN AVE
MILWAUKEE WI 53202

LTR        1 OF 1

**SHIP TO:**
CYRUS MEHRI. ESQ.
MEHRI & SKALET, PLLC
SUITE 300
1250 CONNECTICUT AVENUE. NW
**WASHINGTON  DC 20036**



MD 201 9-76

**UPS NEXT DAY AIR**        **1**
TRACKING #: 1Z 594 242 01 5106 8995



SKALET PLLC
ONNECTICUT AVE NW
0
NGTON DC 20036

I:8
S:**BLUE**
13-1986
3424201 5106 8995

BILLING: P/P

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036

Re: Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley
DW Inc., No. 1:06-cv-01142

To Whom It May Concern:

I understand that, by this request to be excluded from the monetary settlement in this
case, I am foregoing all monetary benefits from this Settlement and will receive no
money from Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I
understand that I may bring a separate legal action seeking damages, but might receive
nothing or less than what I would have received if I had filed a claim under the class
monetary settlement procedure in this case. I also understand that I may not seek
exclusion from the class for injunctive relief and that I am bound by the injunctive
provisions of the Settlement Agreement.

Sincerely,

Jessica Kartzinel
SSN: .

Henderson, NV 89074

**REDACTED**



Suite 100
Henderson, NV 89074

Stanley

 

UNITED STATES POSTAGE
PITNEY BOWES

02 1A
0004360123          JUL 31 2007
**$ 00.41⁰**

MAILED FROM ZIP CODE 89074

RECEIVED
AUG - 2 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036

20036+2654

July 31, 2007

Cyrus Mehri, Esq.
Mehri and Skalet PLLC
1250 Connecitcut Ave NW Suite 300
Washington, DC   20036



re

Karen Ruth Perri

Egg Harbor City NJ 08215

Phone

ssn

Augst-Johnson ,et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanly DW
Inc., No 1:06-cv-01142

Please Exclude me (opt out) from this settlement.

I understand that, by this request to be excluded from the monetary settlement in this
case, I am foregoing all monetary benefits from this Settlement and will receive no
money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund.
I understand that I may bring a separate legal action seeking damages, but might receive
nothing or less than what I would have received if I had filed a claim under the class
monetary settlement procedure in this case.  I also understand that I may not seek
exclusion from the class for injuctive relief and that I am bound by the injuctive
provisions of the Settlement Agreement.

Thank you

Karen Perri, CFP


**REDACTED**

Suite 101
Northfield, NJ 08225

[?]an Stanley

RECEIVED

AUG - 3 2007

UNITED STATES POSTAGE
PITNEY BOWES
02 1A          $ 00.41[?]
0004602512    JUL 31 200[?]
MAILED FROM ZIP CODE 0822[?]

Cyrus Mehri, Esq.
Mehri and Skalet PLLC
1250 Connecitcut Ave NW Suite 300
Washington, DC   20036

200368265‹ C079

09-07-07


Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036

RE:  Augst-Johnson, et al. v. Morgan Stanley & Co., Inc. f/k/a Morgan Stanley DW Inc.,
     No. 1:06-cv-01142

Dear Mr. Mehri,

Please use this letter as authorization to exclude me, Angelyn Russell, SS#
             , TX  75056,              , from the monetary relief
provisions of the above-referenced Settlement.  I understand that, by this request to be
excluded from the monetary settlement in this case, I am foregoing all monetary benefits
from this Settlement and will receive no money from the Morgan Stanley Financial
Advisor Sex Discrimination Settlement Fund.  I understand that I may bring a separate
legal action seeking damages, but might receive nothing or less than what I would have
received if I had filed a claim under the class monetary settlement procedure in this case.
I also understand that I may not seek exclusion from the class for injunctive relief and
that I am bound by the injunctive provisions of the Settlement Agreement.

Please see to it that my request to opt-out is duly recorded.

Sincerely,

Angelyn Russell

Angelyn Russell


**REDACTED**



Apply shipping documents on this side.

Do not use this envelope for:

UPS Groun
UPS Stan
UPS 3 Da
UPS Worl

1250 CONNECTICUT AVE NW

WASHINGTON DC 20036

P:8     S:BLUE     I:8

813-1986

1Z7201AR22106S1370

ATTN:WWW #d16c158 Sep 10 05:40:33 2007
TB 2000 HIP 6.2.1 INT4420

1030

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195112   03/04   BL   United Parcel Service, Louisville, KY

SHIPPER
RELEASE

EXPRESS
(INT'L)

DOCUMENTS
ONLY

LARGE
PACKAGE

DIMENSIONAL
WEIGHT

WEIGHT

SATURDAY DELIVERY

1Z 720 1AR 22 1065 1370

1Z 720 1AR 22 1065 1370

UPS Next Day Air®

1Z 720 1AR 22 1065 1370

DATE OF SHIPMENT  9 7 07

SHIPMENT
ID NUMBER   7201 AR7F NPV

DELIVER

ll 1-800-PICK-UPS® (1-800-742-5877) or visit UPS.com®.

r UPS Next Day Air services, there is no weight limit
r envelopes containing correspondence, urgent documents,
d electronic media. When a UPS Next Day Air service is

UPS Next Day Air®
UPS Worldwide Express℠

Shipping Document

UPS

SHIPMENT FROM:
UPS
ACCOUNT
NO.   7201AR

Ameglyn Russell

REFERENCE NUMBER:

MORGAN STANLEY 100369

5001 SPRING VALLEY RD RM 900W

DALLAS     TX 7524-3981

TELEPHONE
972-774-6500

DELIVERY TO

TELEPHONE

Cyrus McHolta
Mehri & Skalet, PLLC
1250 Connecticut Ave NW Ste 300
Washington, DC 20036

010191120200U 1107 S     United Parcel Service, Louisville, KY

### *OPT-OUT*

*Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc.,*
*No. 1:06-cv-01142*

### *Via e-mail, facsimile, and Federal Express*

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven Sprenger, Esq.
Sprenger & Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan , Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

*RECEIVED*
*SEP - 7 2007*

    Re:    Ms. Barbara Zech

Dear Messrs. Mehri, Sprenger, and Dichter:

I, Barbara Zech, request to opt-out of the following case: *Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., No. 1:06-cv-01142.*

I request to be excluded from the monetary relief provisions of the settlement. I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case. I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

Barbara Jeane Zech
Social Security Number

Juno Beach, Florida 33408

Dated: 9-6-07

**REDACTED**

DEBRA A. JENKS
MY COMMISSION EXPIRES
December 5, 2010
#DD620065
Bonded Thru
Troy Fain Insurance 800-385-7019
NOTARY PUBLIC, STATE OF FLORIDA

09/06/07







FedEx | Ship Manager | Label

Page 1 of 1

From:  Origin ID:FBIA  (561)575-5880
Donna Lee Spinosi
DOBIN & JENKS, LLP
120 INTRACOASTAL POINTE DR
Suite 100
JUPITER, FL 33477

SHIP TO: (202)822-5100          BILL SENDER

**Cyrus Mehri, Esq.**
**Mehri & Skalet, PLLC**
**1250 Connecticut Ave NW**
**Suite 300**
**Washington, DC 20036**



FedEx
Express

Ship Date: 06SEP07
ActWgt: 1 LB
System#: 5294950INET7061
Account#: S ********

Delivery Address Bar Code

Ref #  Zech 758
Invoice #
PO #
Dept #

TRK#  7917 5697 5292
0201

**ZD-JPNA**

**FRI - 07SEP**
**STANDARD OVERNIGHT**

**A1**

**IAD**
**DC-US**
**20036**

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

RE:    Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley
       SW Inc., No. 1:06-cv-01142

To Whom It May Concern:

    I understand that, by this request to be excluded from the monetary settlement in
this case, I am foregoing all monetary benefits from this Settlement and will
receive no money from the Morgan Stanley Financial Advisor Sex Discrimination
Settlement Fund.  I understand that I may bring a separate legal action seeking
damages, but might receive nothing or less than what I would have received if I
had filed a claim under the class monetary settlement procedure in this case.  I
also understand that I may not seek exclusion from the class for injunctive relief
and that I am bound by the injunctive provisions of the Settlement Agreement.

Sincerely,

Vickie Bartholomew
SS#

', Pompano Beach FL 33062

**REDACTED**

 

ƆMEW
ᴿᴰ TERRACE
BEACH FL
33062

WEST PALM BEACH
FL 334 6 1
01 AUG 2007 PM



CYRUS MEHRI, ESQ.
MEHRI & SKALET, PLLC
1250 CONNECTICUT AVENUE, NW, SUITE 300
WASHINGTON DC
20036

20036+2654                    |ı.ı|ıll.ııll....ıll.ıı.ıll.ılı.ıdı.ıll.ılılılılıı|

# KAREN R. PREBONICK

August 27, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, N.W., Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Re: Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc.,
    Case No. 1:06-cv-01142

Dear Mr. Mehri, Mr. Sprenger, and Mr. Dichter,

I understand that, by this request to be excluded from the monetary settlement in this case, I am
foregoing all monetary benefits from this Settlement and will receive no money from the Morgan
Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a
separate legal action seeking damages, but might receive nothing or less than what I would have
received if I had filed a claim under the class monetary settlement procedure in this case. I also
understand that I may not seek exclusion from the class for injunctive relief and that I am bound
by the injunctive provisions of the Settlement Agreement.

Sincerely,

Karen R. Prebonick
s.s. #

 

Medina, OH 44256
Phone #

## REDACTED

3700 Embassy Pkwy., Ste. 340
Akron, Ohio
44333




UNITED STATES POSTAGE                    3000

PITNEY BOWES

02 1A          $ 00.41⁰
0004332065     AUG 27 2007
MAILED FROM ZIP CODE 44333

ɡanStanley



RECEIVED

AUG 2 9 2007

‖ɪ�।ɪ।।ɪɪ।ɪɪ।।ɪɪɪɪ।ɪ।ɪ।।ɪɪ।ɪ।।ɪ।
Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, N.W.
Suite 300
Washington, DC 20036

20036+2654        ‖।ɪɪ।‖ɪɪ।।।ɪɪ।।ɪ।ɪ।ɪ।ɪɪ।ɪ।।ɪɪ।ɪ।ɪ।ɪ।ɪ।।ɪ।।।ɪɪ।।ɪɪ।ɪ।

August 8, 2007

**By U.S. Mail**

Cyrus Mehri
Mehri & Skalet, PLLC
1250 Connecticut Avenue,
NW
Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W.,
Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan Lewis & Bockius
LLP
1701 Market Street
Philadelphia, PA 19103-
2921

Re:    Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan
Stanley DW Inc., No. 1:06-cv-01142

Dear Messrs. Mehri, Sprenger, and Dichter:

My name is Daisy Theodora Madencis-Jaffe. This is my opt out statement
regarding the above referenced case. I am opting out of the monetary portion of the
Settlement.

My social security number is          My current address is
, Hillsborough, CA 94010. My current telephone number is

I wish to be excluded from the monetary relief provisions of the Settlement. I
understand that, by this request to be excluded from the monetary settlement in this case,
I am foregoing all monetary benefits from this Settlement and will receive no money
from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I
understand that I may bring a separate legal action seeking damages, but might receive
nothing or less than what I would have received if I had filed a claim under the class
monetary settlement procedure in this case. I also understand that I may not seek
exclusion from the class for injunctive relief and that I am bound by the injunctive relief
provisions of the Settlement Agreement.

If this statement is deficient in any way, or if you need to contact me for any
reason, please contact my lawyer, Kelly Dermody, Lieff Cabraser, Heimann & Bernstein,
LLP, 275 Battery Street, 30th Floor, San Francisco, CA 94111, 415-956-1000.

Sincerely,

Daisy Theodora Madencis-Jaffe

RECEIVED
AUG 2 0 2007

**REDACTED**

& Mrs. M. Jaffe
Ralston Avenue
rough, CA 94010

7006 3450 0001 0938 3313





U.S. POSTAGE
PAID
BURLINGAME.CA
94010
AUG 17 '07
AMOUNT
$5.21
00029881-58

20036

RETURN RECEIPT
REQUESTED

Mr Cyrus Mehri
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW
NW Suite 300
Washington DC    20036

Receipt Requested    2003692684 C079

## REQUEST TO OPT-OUT OF CLASS ACTION SETTLEMENT

I, Deborah Jean Dodson; Social Security Number _____, Current Address _____ Tacoma, Washington 98445; and Current Telephone Number _____, hereby request to opt-out of the class action settlement concerning the case of Augst-Johnson, et.al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., 1:06-cv-01142.

I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case. I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

DATED this _10th_ day of _August_, 2007.

_Deborah Jean Dodson_
Deborah Jean Dodson

**REDACTED**

# Terry A. Venneberg
## Attorney at Law

Phone: (360) 377-3566
Fax:    (360) 377-4614

1126 Highland Avenue, Suite 101
Bremerton, Washington 98337

Admitted in WA and AK

August 20, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, NW, Suite 500
Washington DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia PA 19103-2921



Re: *Augst-Johnson, et.al. v. Morgan Stanley & Co. Inc., f/k/a Morgan Stanley DW Inc.*

Counsel:

    Please find enclosed the Request to Opt-Out of Class Action Settlement executed by Deborah Jean Dodson in the manner provided by the Notice of Class Action, Proposed Settlement Agreement, and Settlement Hearing in the above-described case, dated July 17, 2007.

    If you have any questions concerning this matter, please do not hesitate to contact me.

Very truly yours,

Terry A. Venneberg

TAV
Enclosure

LAW OFFICES OF
**FRIEDMAN, RUBIN & WHITE**

1126 Highland Avenue
Bremerton, WA 98337





7006 3450 0000 0175 7953



AUG 22 20...

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

2003632654 C079

August 28, 2007


Cyrus Mehri Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC  20036


Re: United States District Court
    For District of Columbia

Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Justinian,
Laurie Blackburn, Erna Tarantino and Elizabeth Reinke, On Behalf of themselves and all
other similarly situated, Plaintiffs, v. Morgan Stanley & Co. Incorporated f/k/a  Morgan
Stanley DW Inc. Defendant.

Case No. 1:06-cv-01142 (RWR)

Class Action Jury Trial Demand

    I wish to opt-out of the above described claim.  I understand that, by this request to be
excluded from the monetary settlement in this case, I am foregoing all monetary benefits
from this Settlement and will receive no money from the Morgan Stanley Financial
Advisor Sex Discrimination Settlement Fund.  I understand that I may bring a separate
legal action seeking damages, but receive nothing or less than what I would have
received if I had filed a claim under the class monetary settlement procedure in this case.
I also understand that I may not seek exclusion from the class for injunctive relief and
that I am bound by the injunctive provisions of the Settlement Agreement.  I hereby,
reserve my rights to pursue any individual claims past/present/or future against Morgan
Stanley & Co. Incorporated f//k/a Morgan Stanley DW Inc. and any of its affiliated
companies.

Sincerely,


Linda C. Mills


Trophy Club, Texas  76262
S.S. #
Phone

RECEIVED
AUG 31 2007


**REDACTED**

**REDACTED**



Ms. Linda C Mills

Roanoke, TX 76262-5529

CERTIFIED MAIL

7007 1490 0004 7874 1236

RETURN RECEIPT
REQUESTED



UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
PAID
SOUTHLAKE, TX
76092
AUG 28 07
AMOUNT

$5.21
00082316-04

20036



RECEIVED

AUG 31 2007

Cyrus Mehri, Esq.
Mehri & Skalet PLLC
1250 Connecticut Avenue, NW, Ste 300
Washington, DC 20036

August 30, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036

To whom it may Concern,

My name is Karen Crovicz and my SS# is            and my current address is
    in Plainsboro, NJ 08536 and my home # is

This letter is in reference to Augst-Johnson, et al.v. Morgan Stanley & Co. Incorporated
f/k/a Morgan Stanley DW Inc., No. 1:06-cv-01142

I understand that, by this request to be excluded from the monetary settlement in this
case, I am foregoing all monetary benefits from this Settlement and will receive no
money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund.
I understand that I may bring a separate legal action seeking damages, but might receive
nothing or less than what I would have received if I had filed a claim under the class
monetary settlement procedure in this case. I also understand that I may not seek
exclusion from the class for injunctive relief and that I am bound by the injunctive
provisions of the Settlement Agreement.

Sincerely,

Karen Crovicz

- CC: Steven Wallach-Attorney at Law
    5 Mapleton Rd.
    Princeton, NJ 08540-9614

RECEIVED
SEP 1 2007

**REDACTED**

100 Franklin Corner Road
P.O. Box 1573
Princeton, NJ 08542



Morgan Stanley

KILMER P&DC NJ 088

30 AUG 2007 PM 1 T



RECEIVED

SEP  1 2007

Cyrus Mehri
Mehri & Skalet PLLC
1250 Connecticut Ave.
NW  Suite 300
Washington. DC. 200:

2003642603

August 13, 2007

Aurora, CO 80015

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036

Dear Sir or Madam:

This letter is to inform you that I wish to opt out of the pending Morgan Stanley case, to wit:

a)    Jane B. McMillan,                                    Aurora, CO 80015,

b)    Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a/Morgan Stanley DW Inc., No 1:06-cv-01142;

c)    I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case. I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

Sincerely,

*Jane B. McMillan*

Jane B. McMillan

**REDACTED**

Michael & Jane McMillan

Aurora CO. 80015



DENVER CO

14 AUG 2007 PM



RECEIVED
AUG 16 2007
Bem

Cyrus Mehri, Esq
Mehri & Skalet, Pllc
1250 Connecticut Ave, NW, Ste 300
Washington, DC 20036

2003842603 C079    |||||||||||||||||||||||||||||||||||||||||

Kelsey Ann Davis

Huntsville, AL 35811



RECEIVED
AUG 2 7 2007
Sprenger & Lang

August 22, 2007

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C. 20005

RE: Request to opt out
Name: Kelsey Ann Davis (formerly: Kelsey Ann Sullivan)
SSN:
Phone #

Augst-Johnsen, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., No.
1:06-cv-01142

To Whom It May Concern:

Please accept this as a letter of instructions whereby I am exercising my right to opt-out of above
mentioned case. I do not wish to be involved in anyway whatsoever with above mentioned case.

I understand that, by this request to be excluded from the monetary settlement in this case, I am
foregoing all monetary benefits from this Settlement and will receive no money from the Morgan
Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a
separate legal action seeking damages, but might receive nothing or less than what I would have
received if I had filed a claim under the class monetary settlement procedure in this case. I also
understand that I may not seek exclusion from the class for injunctive relief and that I am bound by
the injunctive provisions of the Settlement Agreement.

Sincerely,

Kelsey Davis

**REDACTED**

HUNTSVILLE / HVS
AL 358 1 T
23 AUG 2007 PM

Kelsey Davis
Huntsville, AL 35811

REDACTED



Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, D.C. 20005

RECEIVED
AUG 27 2007
Sprenger & Lang

Melinda Sander, CFP®, CWS®        1087 W. River Street
*Senior Vice President*                    Suite 300
*Wealth Advisor*                            Boise, ID 83702
*Retirement Planning Specialist*
                                           toll free  800 733 5231
                                           tel  208 338 6900
                                           direct  208 338 6973
                                           fax 208 338 6933

# Morgan Stanley



August 1, 2007

Cyrus Mehri, Esq.
Mehri and Skalet, PLLC
1250 Connecticut Ave NW, Suite 300
Washington, DC 20036

Dear Sirs or Madams:

I am a class member of the proposed settlement from GWM of Morgan Stanley. It is my request to opt out of any of the class action suit or the settlement proceeds.

Respectfully,

Melinda Sander
Wealth Advisor

1087 West River Street, Suite 300
P.O. Box 3
Boise, ID
83707

73

ñStanley



BOISE
AUG - 1 07
IDAHO

U.S. POSTAGE
0.41
POSTALIA 510408

3000

RECEIVED
AUG - 3 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave NW, Suite 300
Washington DC 20036

Celie Althoff
*First Vice President*
*Wealth Advisor*
*Global Wealth Management*

6410 Poplar Avenue
Suite 600
Memphis, TN 38119

toll free  800 659 6659
tel  901 766 6141
fax  901 766 6197

## Morgan Stanley

August 8, 2007

Dear Claims Administrator:

I would like to be excluded form the monetary relief provisions of the statement of Augst-Johnson, et al v. Morgan Stanley & Co.

Sincerely,

Celie Althoff



RECEIVED
AUG 1 7 2007

Received By
AUG 1 3 2007
....erdement Services, Inc.



2032-D THOMASVILLE ROAD
TALLAHASSEE, FL 32308



FIRST CLASS

UNITED STATES POSTAGE
PITNEY
$ 000
02 1P
0004168063  AUG
MAILED FROM ZIP CODE



RECEIVED
AUG 17 2007

Cyrus Mehri, Esq.
Mehri + Skalet, PLLC
1250 Connecticut Ave, NW
Suite 300
Washington, DC 20036

August 17, 2007

RE:  AUGST-JOHNSON, ET AL. V. MORGAN STANLEY & CO.
      INCORPORATED F/K/A MORGAN STANLEY DW INC.,
      NO. 1:06-CV-01142

This is to ascertain that I wish to be excluded from the monetary relief provisions of the
above settlement.

I understand that, by this request to be excluded from the monetary settlement in this
case, I am foregoing all monetary benefits from this Settlement and will receive no
money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund.
I understand that I may bring a separate legal action seeking damages, but might receive
nothing or less than what I would have received if I had filed a claim under the class
monetary settlement procedure in this case.

*Bonnie Anne Stahlman*

Bonnie Anne Stahlman

Bryn Mawr, PA  19010

Daytime Phone Number:

Witness  *James G. Greger*

James G. Greger

Copies to:  Cyrus Mehri, Esq.
            Steven M. Sprenger, Esq.
            Mark S. Dichter, Esq.

**REDACTED**



RECEIVED
SEP 1 2007

*BST*

'EL
:OLAUS

STIFEL, NICOLAUS & COMPANY, INCORPORATED
MILLENNIUM 1
20 ASH STREET, SUITE 400
CONSHOHOCKEN, PENNSYLVANIA 19428

SOUTHEASTERN PA 193

31 AUG 2007 PM 4 T





RECEIVED
SEP 1 2007

Cyrus Mehri Esq
Mehri & Skalet, PLLC
1250 Connecticut Ave. NW Ste. 300
Washington, D.C. 20036

20036+2654