# EXHIBIT D

KAISER SAURBORN & MAIR, P.C.
COUNSELORS AT LAW

NEW JERSEY OFFICE
3163 KENNEDY BOULEVARD
JERSEY CITY, NJ 07306
TEL: (201) 353-4000
FAX: (201) 798-4627

20 EXCHANGE PLACE
NEW YORK, NEW YORK 10005
TEL: (212) 338-9100
FAX: (212) 338-9088



September 17, 2007

**BY FEDERAL EXPRESS**
Hon. Richard W. Roberts, U.S.D.J.
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Re: Johnson v. Morgan Stanley & Co.
1:06 cv 01142 (RWR)

Dear Judge Roberts:

I represent Ms. Rani Lau, Ms. Chana Schwartz, and Ms. Ellen Baker in three gender discrimination lawsuits which they individually filed last year against Morgan Stanley in, respectively, the United States District Court for the Southern District of New York and the Supreme Court of the State of New York, County of New York.[1]

On behalf of all three women, we write to advise the court of the circumstances under which they have not previously followed the procedure set forth in the Court's Order dated July 17, 2007 (the "July 17 Order") for opting-out of the class that has been provisionally certified by Your Honor in this action, and to seek from this Court an enlargement of time for them to do so or approval to do so late, and lifting the injunctive provisions of that order. The basis for the request is set forth below.

<u>No Notice of the July 17 Order</u>

The first notice that I, and at least two of my clients, received of the July 17 Order, provisionally certifying a class and requiring affirmative action to opt-out of the settlement in the action in this Court by anyone not wishing to be included therein, was the end of the working day

---

[1] The caption, case numbers, and filing dates of the three actions is as follows: <u>Lau v. Morgan Stanley DW Inc.</u>, 06 cv 6241 (DAB) (S.D.N.Y.), August 17, 2006; <u>Schwartz v. Morgan Stanley DW Inc.</u>, No. 06 cv 4906 (DAB) (S.D.N.Y.), June 26, 2006; and <u>Baker v. Morgan Stanley DW Inc.</u>, Index No. 111525/06 (N.Y. Sup. Ct., N.Y. Co.), August 17, 2006.

KAISER SAURBORN & MAIR, P.C.

on Friday, September 14, 2007. I have not yet spoken to Ms. Lau and can not yet confirm she had no notice although she never advised her counsel of having received any notice. At that time, I received by fax a letter from Kenneth Turnbull, Esq. – who I understand is one of the counsel who has appeared for Morgan Stanley in the case before Your Honor, and also represents Morgan Stanley in the three pending actions here in New York – in which he advised me of the order and provided a copy. I have annexed a copy of Mr. Turnbull's letter. Prior to my receiving Mr. Turnbull's September 14 letter, certainly Ms. Schwartz and Ms. Baker had no personal notice of any kind regarding any class certification or the need to take any action in order to be able to continue to pursue their individuals cases.

All three of the New York actions I am counsel of record on have been pending for more than a year, and during that time have been extensively prosecuted by me and defended by Morgan Stanley's counsel, Morgan Lewis & Bochius LLP.

The parties have exchanged and responded to comprehensive written demands for documents and information, and interrogatories, and collectively have exchanged thousands of pages of documents, and had subpoenaed non-parties for deposition and to produce documents.

In addition, on August 8, Mr. Turnbull took a full day of the deposition of Ms. Baker, and on September 5, 2007 deposed Ms. Schwartz for most of the day.

Throughout the summer, my firm had been requesting verbally and in writing, that Morgan Stanley's counsel provide proposed dates for the depositions of Morgan Stanley witnesses, and Mr. Turnbull or his associates had repeatedly promised to do so, had in fact agreed to produce one former employee for deposition on September 6 (which defense counsel later unilaterally canceled), and as recently as a week ago were representing that they were attempting to secure dates. Indeed, later this week, we were scheduled to proceed with the depositions of key non-party witnesses in New York and at the end of September in Florida; defense counsel had previously advised that those dates were acceptable and that they were planning to attend.

Further, in view of defense counsel knowledge that all three women were represented by me as their legal counsel in connection with gender discrimination claims, they had an obligation to provide the Claims Administrator with my firm's address in order to provide actual notice. This would have also been the reasonable and practicable way to so advise Ms. Lau, Ms. Schwartz, and Ms. Baker of their obligations concerning the July 17 Order. [2]

Request for Relief

Ms. Lau, Ms. Schwartz, and Ms. Baker seek the Court's permission, pursuant to Fed. R. Civ. Proc. 6(b)(2), to extend the period in which they can provide notification of their desire to

---

[2] Although it is not directly germane to the matter at this time, the claims of all three women differ in material ways from those raised concerning the provisionally-certified class action, which would prevent their obtaining complete relief as members of that class.

KAISER SAURBORN & MAIR, P.C.

opt out of the certified class beyond on September 10, 2007 or to permit their serving that notice after that date, and lifting the injunctive provisions of the July 17 Order as against them, so that they may continue to pursue their individual discrimination claims in the fora they have chosen.

Mr. Turnbull has advised me that if we present to him affidavits from each of our clients that they did not receive notice of the class certification Morgan Stanley will consent to an enlargement of the opt out period.

I am prepared to present a formal motion seeking the relief outlined above, if Your Honor believes this is necessary, and are also prepared to request and attend a pre-motion conference so that a schedule for presenting such a motion is established by the Court.

Thank you for your time and consideration.

Respectfully submitted,

Daniel J. Kaiser

DJK/pf
attachments

cc: Kenneth Turnbull, Esq.

Mark S. Dichter, Esq.

Cyrus Mehri, Esq.

Steven M. Sprenger, Esq.

Mara R. Thompson, Esq.

Christopher Moody, Esq.

SEP 14 2007 FRI 04:15 PM    FAX NO.    P. 02/08

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kenneth J. Turnbull
212.309.6055
kturnbull@morganlewis.com

September 14, 2007

**VIA FACSIMILE (212) 338-9088**

Daniel J. Kaiser, Esq.
Kaiser Saurborn & Mair, P.C.
20 Exchange Place, 43rd Floor
New York, New York 10005

Re:    Ellen Baker v. Morgan Stanley DW Inc., Index No. 111525/06 (N.Y. Sup. Ct.)
       Rani Lau v. Morgan Stanley DW Inc., Civ. Action No. 06-cv-6241 (S.D.N.Y.)
       Chana Schwartz v. Morgan Stanley DW Inc., Civ. Action No. 06-CV-4906 (SDNY)

Dear Dan:

I am enclosing a copy of the Preliminary Approval Order ("Order") entered by Judge Roberts in Joanne Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated, Civil Action No. 06-CV-01142, currently pending in the U.S. District Court for the District of Columbia. Pursuant to the Order, the D.C. District Court has provisionally certified a class of "all women who were employed as Financial Advisors or Registered Financial Advisor Trainees in the Global Wealth Management Group of Morgan Stanley & Co. Incorporated, or its predecessor(s), at any time from August 5, 2003 through June 30, 2007." Your clients Ellen Baker, Rani Lau and Chana Schwartz fall into the defined class.

Pursuant to the Court's Order, members of the class were required to submit an opt-out statement on or before September 10, 2007 if they wished to exclude themselves from the class action settlement. Your clients did not submit opt-out statements. Consequently, pursuant to paragraph 14 of the Court's Order, Ellen Baker, Rani Lau and Chana Schwartz are members of the Augst-Johnson class action, and they are enjoined from maintaining their individual actions.

In light of the injunction, and consistent with the Court's Order, we ask that you immediately cease any further prosecution of these matters and file a notice of withdrawal in each case.

1-NY/2223060.2

Exhibit A

Morgan Lewis
COUNSELORS AT LAW

Daniel J. Kaiser, Esq.
September 14, 2007
Page 2

Thank you for you anticipated cooperation.  Please call me if you have any questions.

Sincerely,

Kenneth J. Turnbull

Encl.

1-NY/2223060.2

SEP-14-2007 FRI 04:15 PM                    FAX NO.                    P. 04/08

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, | Case No. 1:06-cv-01142 (RWR) |
| On behalf of themselves and all others similarly situated, | CLASS ACTION |
| Plaintiffs, | JURY TRIAL DEMAND |
| v. | |
| Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., | |
| Defendant. | |

### PRELIMINARY APPROVAL ORDER

Upon consideration of the Joint Motion for Preliminary Approval of Class Action Settlement Agreement, and separate supporting memoranda and materials filed by the parties, including the proposed Settlement Agreement, it is hereby ordered that the Motion be, and it is, GRANTED.

The Court further makes the following findings and rulings:

1.    **Jurisdiction.** This Court has jurisdiction over the subject matter of the litigation and over all parties to this litigation, including all members of the Settlement Class as defined below.

2.    **No Determination.** This Court hereby decrees that neither the Settlement Agreement, nor this preliminary approval order, nor the fact of a settlement, are an admission or concession by the Defendant of any liability or wrongdoing whatsoever.

SEP-14-2007  FRI 04:16 PM                              FAX NO.

3.   **Proposed Settlement.**  The Court finds preliminarily that the parties' proposed Settlement Agreement is fair, adequate and reasonable, and, therefore, warrants submission to members of the Settlement Class for their consideration and a formal fairness hearing under Fed. R. Civ. P. 23(e) ("Settlement Hearing").

4.   **Settlement Class Certification.**  The Court provisionally finds that the requirements of Fed. R. Civ. P. 23(a) have been satisfied, and that the class-wide claims asserted in the Amended Complaint may be certified pursuant to Fed. R. Civ. P. 23(b)(2) and 23(b)(3). The Settlement Class shall consist of:

> All women who were employed as Financial Advisers or Registered Financial Advisor Trainees in the Global Wealth Management Group of Morgan Stanley & Co. Incorporated, or its predecessor(s), at any time from August 5, 2003 through June 30, 2007.

This Court's certification of the Settlement Class is for purposes of the Settlement Agreement and is provisional pending final approval of the Settlement Agreement.  If the Settlement Agreement is not approved, this certification will be null and void.

5.   **Appointment of Class Representatives and Class Counsel.**  The Court finds that Plaintiffs and their counsel are adequate representatives of the Settlement Class. Accordingly, the Court appoints Plaintiffs Augst-Johnson, Reeves, Shaw, Tyler, Giustiniano, Blackburn, Tarantino and Reinke as Class Representatives, and Cyrus Mehri, Steven A. Skalet, Sandi Farrell and Lisa M. Bornstein of Mehri & Skalet, PLLC; Steven M. Sprenger and Mara R. Thompson of Sprenger + Lang, PLLC; and Chris Moody and Whitney Warner of Moody & Warner, P.C., as Class Counsel.  The Court further designates Cyrus Mehri and Steven M. Sprenger to serve as Lead Class Counsel.

SEP-14-2007 FRI 04:16 PM                    FAX NO.

6.     **Special Master.**  The Court appoints Tommy Warren of Settlement Services Inc. to serve as the Special Master, whose duties are set forth in Section VIII of the Settlement Agreement.

7.     **Notice and Claim Form.**  The attached Notice of Class Action, Proposed Settlement Agreement and Settlement Hearing ("Notice") and Claim Form are hereby approved as reasonable, adopted and incorporated herein.  The parties are directed to serve the Notice and Claim Form on class members as set forth in the Section IV.C of the Settlement Agreement.

8.     **Requests for Exclusion.**  The Notice sets forth the procedures pursuant to which members of the Settlement Class may exclude themselves ("opt-out") from the monetary benefits of the Settlement Agreement.  Any request for exclusion must be received by September 10, 2007.

9.     **Objections to the Proposed Settlement.**  The Notice sets forth the procedures pursuant to which members of the Settlement Class may object to the terms of the Settlement Agreement.  Any objection must be received by September 10, 2007.

10.     **Claim Forms/Participation in the Proposed Settlement.**  The Notice sets forth procedures pursuant to which members of the Settlement Class may participate in the monetary portion of the proposed Settlement Agreement.  The postmark deadline for Class Members to submit a Claim Form shall be September 24, 2007.

11.     **Motion for Final Approval.**  The deadline for the parties to file motions for final approval of their proposed class action settlement and to address any objections to the Settlement Agreement, including Class Counsel's motion for an award of attorneys' fees and non-taxable costs, shall be October 1, 2007.

SEP-14-2007 FRI 04:18 PM              FAX NO.                       P. 01/03

12.     **Settlement Hearing.** A hearing shall be held in Courtroom 9, United States Courthouse, 333 Constitution Ave., N.W., Washington, D.C., at 10:30 a.m. on October 11, 2007 to consider motions for final approval of the proposed Settlement Agreement and Class Counsel's motion for an award of attorneys' fees and non-taxable costs. The procedures for members of the Settlement Class to object to the Settlement Agreement and to appear at the Settlement Hearing are set forth in the Notice.

13.     **Confidentiality.** The Court hereby enjoins disclosure to third parties of the documents and information discussed or exchanged during the parties' confidential settlement negotiations and mediation to any third party not specified in the parties' confidentiality agreements.

14.     **Other Cases Enjoined.** Pending Final Approval, the Court hereby preliminarily enjoins each member of the Settlement Class, including any member who makes an irrevocable election to exclude herself from the monetary relief provisions of the Settlement Class, from commencing, prosecuting or maintaining in any court other than this Court any claim, action or other proceeding that challenges or seeks review of or relief from any order, judgment, act, decision or ruling of this Court in connection with the Settlement Agreement. Effective as of September 10, 2007, the Court further enjoins any member of the Settlement Class who has not made an irrevocable election to exclude herself from the monetary relief provisions of the Settlement Class from commencing, prosecuting or maintaining, either directly, representatively or in any other capacity, any claim that is subsumed within the Settlement Agreement.

So ORDERED this 17th day of July, 2007.

                                                  /s/
                                        RICHARD W. ROBERTS
                                        United States District Judge

4

SEP-14-2007 FRI 04:16 PM                 FAX NO.

**Copies to:**

Cyrus Mehri, Esq.
Steven A. Skalet, Esq.
Sandi Farrell, Esq.
Lisa Bornstein, Esq.
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, N.W.  Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

Christopher Moody, Esq.
Whitney Warner, Esq.
MOODY & WARNER, P.C.
4169 Montgomery NE
Albuquerque, NM 87109
Telephone: (505) 944-0033

Steven M. Sprenger, Esq.
SPRENGER + LANG, PLLC
1400 Eye Street, N.W. Suite 500
Washington, DC 20005
Telephone: (202) 265-8010
Facsimile: (202) 332-6652

Mara R. Thompson, Esq.
SPRENGER + LANG, PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN 55415
Telephone: (612) 871-8910
Facsimile: (612) 871-9270

*Attorneys for Plaintiffs and the Class*

Mark S. Dichter, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5291
Facsimile: (215) 963-5299

*Attorneys for Defendant*
*Morgan Stanley & Co. Incorporated,*
*    formerly known as Morgan Stanley DW Inc.*

FedEx | Ship Manager | Label

Page 1 of 1

From:    Origin ID: FIDA   (212)338-9100
Paul Filipanics
Kaiser-Saurborn & Mair, P.C.
20 Exchange Place, 43rd Floor

New York, NY 10005



Ship Date: 17SEP07
ActWgt: 1 LB
System#: 9226287/INET7061
Account#: S *********

**Delivery Address Bar Code**

SHIP TO:    (202)265-8010         BILL SENDER
**Steven M. Sprenger, Esq.**
**Sprenger + Lang, PLLC**
**1400 Eye Street, NW**
**Suite 500**
**Washington, DC 20005**

Ref #    Baker
Invoice #
PO #
Dept #

TUE - 18SEP        **A1**

TRK#
0201   **7903 3866 8870**     **PRIORITY OVERNIGHT**



**ZD-JPNA**

**IAD**
**DC-US**
**20005**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# KAISER SAURBORN & MAIR, P.C.

### COUNSELORS AT LAW

NEW JERSEY OFFICE
3163 KENNEDY BOULEVARD
JERSEY CITY, NJ 07306
TEL: (201) 353-4000
FAX: (201) 798-4627

20 EXCHANGE PLACE
NEW YORK, NEW YORK 10005
TEL: (212) 338-9100
FAX: (212) 338-9088

September 21, 2007

**VIA FEDERAL EXPRESS**
Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger & Lang, PLLC
1400 Eye Street, N.W., suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921



Re: **Augst-Johnson v. Morgan Stanley, et. al.**
   **1:06-cv-01142 (RWR)**

Counselors:

I enclose an affidavit from my client, Ellen Baker, in which she expresses her intention to opt out of the class settlement. As her affidavit makes clear she first received the information package concerning the class settlement on September 17, 2007. The package was mailed, as demonstrated by the mailing label, on September 14, 2007 after the expiration of the opt-out period.

My client, Chanie Schwartz, has still not received any material regarding the class action. As my letter to Judge Roberts makes clear she too intends to opt-out of the class.

KAISER SAURBORN & MAIR, P.C.

Counselors
September 21, 2007
- page 2 -

If you have any questions, please call me.

Very truly yours,

Daniel J. Kaiser

**REDACTED**

Ellen Baker, being duly sworn, deposes and says:

1.      My current address and telephone number is: :

New York, New York 10128

2.      My social security number is:

3.      I received in the mail on September 17, 2007 an information packet concerning a class action lawsuit captioned: Augst-Johnson, et. al. V. Morgan Stanley & Co. Inc. f/k/a/ Morgan Stanley DW Inc., No. 1:06-cv-01142 (RWR). A photocopy of the mailing label, indicating it was mailed on September 14, 2007, for the information package is attached as Exhibit "A."

4.      I had no prior notice of any kind regarding this lawsuit or the certification of a class in connection therewith.

5.      I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action, and indeed I already commenced a legal proceeding, seeking damages, but I might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case.

6.      I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

7.      I hereby, by this submission, opt out from any and all portion of the class

settlement.

Ellen Baker

Sworn to before me this
21st day of September 2007

_____
Notary Public
DANIEL J. KAISER
Notary Public, State of New York
No. 02KA6135385
Qualified in New York County
Commission Expires October 17, 20__

2

Page 1 of 1

FedEx | Ship Manager | Label

From:    Origin ID: FIDA  (212)338-9100
Paul Filipanics
Kaiser Saurborn & Mair, P.C.
20 Exchange Place, 43rd Floor

New York, NY 10005



Ship Date: 21SEP07
ActWgt: 1 LB
System#: 9226287/INET7061
Account#: S *********

Delivery Address Bar Code



SHIP TO:    (212)338-9100         BILL SENDER
Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036

Ref #      Baker
Invoice #
PO #
Dept #

TRK#  7925 6771 4444
0201

MON - 24SEP          A1
PRIORITY OVERNIGHT

IAD
DC-US
20036

ZD-JPNA

international shipments, call your local FedEx office if you are outside the U.S.

© 2005 FedEx 155476/155475 REV 9/05 RT





**BOARD OF ADVISORS**

Hon. William P. Barr
Former Attorney General
of the United States

Prof. Stephen L. Carter
Yale Law School

His Eminence
Francis Cardinal George, O.M.I.,
Archbishop of Chicago

Prof. Mary Ann Glendon
Harvard Law School

Hon. Orrin G. Hatch
United States Senator

Prof. Douglas Kmiec
Pepperdine School of Law

Prof. Douglas Laycock
University of Michigan Law School

Rev. Richard John Neuhaus
President, Institute of Religion
and Public Life

Eunice Kennedy Shriver
Founder and Honorary Chairman,
Special Olympics International

Sargent Shriver
Chairman of the Board,
Special Olympics International

Dr. Ronald B. Sobel
Senior Rabbi Emeritus, Congregation
Emanu-El of the City of New York

John M. Templeton, Jr., M.D.
Bryn Mawr, Pennsylvania

September 18, 2007                                    **HAND DELIVERED**

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Ste. 300
Washington, DC 20036

**OPT OUT REQUEST**

Re:      Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a
              Morgan Stanley DW Inc., No. 1:06-cv-01142

Name:     Mary Horan Musso
SS#:
Address:
            Alexandria, VA 22301       **REDACTED**
Phone:

To Whom It May Concern:

I wish to opt out as a Class Member in the above referenced matter.

I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case. I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

My request to opt out has been delayed due to receiving my claims packet too late to meet the September 10th deadline. My address was incorrect and my packet was delayed in the mail. Please accept my request to opt out as a Class Member.

If you have any questions please feel free to contact me using the contact information provided.

I appreciate your help in this matter.

Sincerely,

*May M. Musso*

Mary H. Musso
Finance and Administrative Director

1350 Connecticut Avenue, NW
Suite 605
Washington, DC 20036-1735
202-955-0095 Fax:202-955-0090
www.becketfund.org

cc:     Steven M. Sprenger, Esq.        Mark S. Dichter, Esq.
         Sprenger + Lang, PLLC          Morgan, Lewis & Bockius LLP
         1400 Eye Street, NW, Ste. 500    1701 Market Street
         Washington, DC 20005          Philadelphia, PA 19103-2921

. Musso
ak Street
Iria, VA  22301



Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Ste. 300
Washington, DC  20036

ATTN: LISA BORNSTEIN

Sarah Cugini

**REDACTED**

Somerville, MA
02143

Augst-Johnson, et al. v. Morgan Stanley & C. Incorporated f/k/a Morgan Stanley DW Inc., No. 1:06-cv-01142

Please exclude me from this case.

I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than I would have received if I had filed a claim under the class monetary settlement procedure in this case. I also understand that I may not seek exlusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

ED
ARD
ATIVE

mpany

lanced Scorecard Collaborative
Old Bedford Road
ncoln, MA 01773

CENTRAL MA 015

24 SEP 2007 PM 5 T



Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave, NW
Suite 300
Washington, DC 20036



RECEIVED
SEP 26 2007

20036+2654

Emily B. Hill

**REDACTED**

Lawrence, KS 66044

September 22, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921



Re: *Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., No. 1:06-cv-01142*

Dear Sirs:

This letter is in regards to my status in the above-captioned case. I choose to opt out of the monetary relief provisions of this case. Pursuant to that choice, I include the following language in this letter:

I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I could have received if I had filed a claim under the class monetary settlement procedure in this case. I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

In the event that I am not allowed to opt out according to the terms of this settlement, please contact me directly. I hereby assert my right to use information related to and evidence of sex discrimination by Morgan Stanley between August 5, 2003 through June 30, 2007, to the extent that such information and evidence is relevant to any sex discrimination by Morgan Stanley against me.

Yours sincerely,

*Emily Borenbach Hill*

Emily B. Hill

wence KS 66044

22 SEP 2007 PM 3 T



RECEIVED
SEP 2 5 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036.

20036$2654 C079    [barcode]

**BAKER & PATTERSON, L.L.P.**
Attorneys at Law
THE ISIS THEATRE BUILDING
1004 Prairie, Suite 300
Houston, Texas 77002
713-623-8116
713-623-0290 - fax

kpatterson@bakpatlaw.com

Kip Patterson
Board Certified – Personal Injury Trial Law -
Texas Board of Legal Specialization

September 24, 2007

*Via Federal Express*
Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036



*Via Federal Express*
Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

*Via Federal Express*
Mark S. Dichter, Esq.
Morgan, Lewis & Bokius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dear Gentlemen:

    I represent Leigh-Ann McWherter in claims against Morgan Stanley. Ms. McWherter missed the opt-out date in this matter. Ms McWherter wishes to opt out of the monetary portion of the Settlement. The reason Ms. McWherter missed the opt-out date is because she was under the impression that since she had ongoing claims against Morgan Stanley she did not have to do anything.

    I have enclosed the required written document from Ms. McWherter requesting to opt out.

    Further, I am submitting the claim form on behalf of Ms. McWherter. This form is only being submitted in the event the Court denies Ms. McWherter's request to opt out.

Cyrus Mehri, Esq.
Steven M. Sprenger, Esq.
Mark S. Dichter, Esq.
September 24, 2007
Page 2

Please let me know if I need to do anything further on behalf of Ms. McWherter in this matter. Please let me know if attendance at the hearing is needed.

Very truly yours,

Kip Patterson
For the Firm

KP:lb

Enclosures

c:    *Via CM/RRR No. 7006 0810 0001 8779 0444*
      *And Via 1st Class U.S. Mail*
      Claims Administrator
      Morgan Stanley Financial Advisor
      Sex Discrimination Litigation

September 24, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bokius LLP
1701 Market Street
Philadelphia, PA 19103-2921

     I wish to opt out of the monetary potion of the Settlement.  Pursuant to the notice I am providing the following information:

    a.    name:       Leigh Ann McWherter
            SS#:
            Address:                           **REDACTED**
                          Pearland, Texas 77584
            Phone No.:

    b.  Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., No 1:06-cv-01142

     I wish to be excluded from the monetary relief provisions of the Settlement.  I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund.  I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case.  I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

                     Sincerely,

                     *Leigh Ann McWherter*

                     Leigh Ann McWherter

c:      Claims Administrator
        Morgan Stanley Financial Advisor
        Sex Discrimination Litigation
        Post Office Box 10646
        Tallahasee, FL 32302-2646

use    FedEx Service:

**Extremely Urge**

**FedEx.**
TRK# 0200 8604 2876 5637

**TUE - 25 SEP  A1**
**STANDARD OVERNIGHT**

**XC-JPNA**

**IAD**
DC-US
**20036**

Emp# 405306 24SEP07 HOUA

0200                    Recipient's Copy

**4a Express Package Service** /    *Packages up to 150 lbs.*
☐ FedEx Priority Overnight    ☑ FedEx Standard Overnight    ☐ FedEx First Overnight
☐ FedEx 2Day    ☐ FedEx Express Saver

**4b Express Freight Service**    *Packages over 150 lbs.*
☐ FedEx 1Day Freight*    ☐ FedEx 2Day Freight    ☐ FedEx 3Day Freight

**5  Packaging**
☑ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6  Special Handling**    Include FedEx address in Section 3.
☐ SATURDAY Delivery    ☐ HOLD Weekday    ☐ HOLD Saturday

Does this shipment contain dangerous goods?
One box must be checked.
☑ No    ☐ Yes    ☐ Yes    ☐ Dry Ice    ☐ Cargo Aircraft Only

**7  Payment**  Bill to:
☐ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages    Total Weight    Total Declared Value    Total Charges

**8  NEW Residential Delivery Signature Options**  If you require a signature, check Direct or Indirect.
☐ No Signature Required    ☐ Direct Signature    ☐ Indirect Signature

520

---

bill    FedEx Tracking Number  **8604 2876 5637**



Phone 713 6_3 ___
_____ LLP
___ S__ __0
State  T__  ZIP 77___
_ WHEELER
___ Phone  2_2 8__ ___
S___T
____ A__ NW # 3__
print FedEx address here.
_ NC  ZIP  20_3_

8604 2876 5637

September 24, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave, NW, Ste 300
Washington, DC 20036

Re: Augst-Johnson, et al. v. Morgan Stanley & Co.
Incorporated f/k/a Morgan Stanley DW Inc., No. 1:06-cv-01142

To Whom It May Concern:

I am hereby exercising my right to opt-out of the monetary relief provisions of the above
mentioned case.

"I understand that, by this request to be excluded from the monetary settlement in this
case, I am foregoing all monetary benefits from this Settlement and will receive no
money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund.
I understand that I may bring a separate legal action seeking damages, but might receive
nothing or less than I would have received if I had filed a claim under the class monetary
settlement procedure in this case. I also understand that I may not seek exclusion from
the class for injunctive relief and that I am bound by the injunctive provisions of the
Settlement Agreement.

Again, I wish to retain all my rights.

Thanking you in advance for your anticipated cooperation. Should you have any
questions, please feel free to call me.

Norma Sepulveda

Winter Park, Fl. 32789

**REDACTED**



Norma F.
winter Park, FL 32789

MID FLORIDA PDC
FL 327 1 L
24 SEP 2007 PM

THE SETTLEMENT OF JA

SEP 2 4 20

USPS

SEP 27 2007

Cyrus Mehri, Esq
Mehri & Skalet PLLC
1250 Connecticut Ave NW
ste 300
Washington DC 20036

20036+2654

**BAKER & PATTERSON, L.L.P.**
Attorneys at Law

THE ISIS THEATRE BUILDING
1004 Prairie, Third Floor
Houston, Texas 77002
713-623-8116
713-623-0290 - fax

Kip Patterson
Board Certified – Personal Injury Trial Law -
Texas Board of Legal Specialization

kpatterson@bakpatlaw.com

September 21, 2007

*Via Federal Express*
Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bokius LLP
1701 Market Street
Philadelphia, PA 19103-2921



Dear Gentlemen:

I represent Audray Lohn. Ms. Lohn missed the opt out date in this matter. Ms. Lohn wishes to opt out of the monetary portion of the Settlement. One reason Ms. Lohn missed the opt out date was that she was under the impression because she had an ongoing lawsuit against Morgan Stanley she did not have to do anything.

I have enclosed the required written document from Ms. Lohn requesting to opt out. Also, enclosed is the docket control order for Ms. Lohn's case.

Further, I am submitting the claim form on behalf of Ms. Lohn. This form is only being submitted in the event the Court denies Ms. Lohn's request to opt out.

Please let me know if I need to do anything further on behalf of Ms. Lohn in this matter. Please let me know if attendance at the hearing is needed.

Very truly yours,

Kip Patterson

Cc:     Claims Administrator
        Morgan Stanley Financial Advisor
        Sex Discrimination Litigation
        Post Office Box 10646
        Tallahasee, FL 32302-2646

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUDRAY LOHN, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-06-3690 |
| | § | |
| MORGAN STANLEY, | § | |
| Defendant, | § | |

## SCHEDULING ORDER

1.  MOTIONS FOR LEAVE TO AMEND PLEADINGS
    AND JOIN NEW PARTIES will be filed by:          APRIL 27, 2007
    Party requesting joinder will furnish copy of this
    Scheduling Order to new parties.

2.  EXPERT WITNESSES for the **plaintiff** will be named
    and a report of the experts's opinion furnished by:   JUNE 1, 2007

3.  EXPERT WITNESSES for the **defendant** will be named
    and a report of the expert's opinion furnished by:   JULY 16, 2007

4.  DISCOVERY must be completed by:          DECEMBER 21, 2007
    Counsel may, by agreement, continue discovery beyond the
    deadline, but no continuance will be granted because of
    information acquired in post-deadline discovery.

5.  DISPOSITIVE MOTIONS will be filed and served by:   DECEMBER 21, 2007

6.  NON-DISPOSITIVE MOTIONS will be filed by:      DECEMBER 21, 2007

7.  JOINT PRETRIAL ORDER will be filed by:         MARCH 31, 2008
    Plaintiff is responsible for filing the Pretrial Order on time.

8.  DOCKET CALL is set for 1:30 P.M.             APRIL 11, 2008

9.  TRIAL is set for the two weeks starting:        APRIL 14, 2008

Signed at Houston, Texas this 9th day of March, 2007.

_Melinda Harmon_
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

# BAKER & PATTERSON, L.L.P.
Attorneys at Law

THE ISIS THEATRE BUILDING
1004 Prairie, Third Floor
Houston, Texas 77002
713-623-8116
713-623-0290 - fax

Kip Patterson
Board Certified – Personal Injury Trial Law -
Texas Board of Legal Specialization

kpatterson@bakpatlaw.com

September 21, 2007

*__Via Federal Express__*
Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036



Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bokius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dear Gentlemen:

    I represent Sharon Abbey in claims against Morgan Stanley. Ms. Abbey missed the opt out date in this matter. Ms Abbey wishes to opt out of the monetary portion of the Settlement. Ms. Abbey missed the opt out date was that she was under the impression because she had an ongoing claims against Morgan Stanley she did not have to do anything. Also, Ms. Abbey moved her residence in March 2007. The notice went to the previous address.

    I have enclosed the required written document from Ms. Abbey requesting to opt out. Also, enclosed is the docket control order for Ms. Abbey case.

    Further, I am submitting the claim form on behalf of Ms. Abbey. This form is only being submitted in the event the Court denies Ms. Abbey request to opt out.

    Please let me know if I need to do anything further on behalf of Ms. Abbey in this matter. Please let me know if attendance at the hearing is needed.

Very truly yours,

Kip Patterson

Cc:    Claims Administrator
       Morgan Stanley Financial Advisor
       Sex Discrimination Litigation
       Post Office Box 10646
       Tallahasee, FL 32302-2646

September 21, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bokius LLP
1701 Market Street
Philadelphia, PA 19103-2921

     I wish to opt out of the monetary potion of the Settlement.  Pursuant to the notice
I am providing the following information:

    a.    name:      Sharon  Abbey
        SS#:
        Address:                   **REDACTED**
                  Houston, Texas 77030
        Phone No.:

    b.    Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan
       Stanley DW Inc., No 1:06-cv-01142

     I wish to be excluded from the monetary relief provisions of the Settlement.  I
understand that, by this request to be excluded from the monetary settlement in this case,
I am foregoing all monetary benefits from this Settlement and will receive no money
from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund.  I
understand that I may bring a separate legal action seeking damages, but might receive
nothing or less than what I would have received if I had filed a claim under the class
monetary settlement procedure in this case.  I also understand that I may not seek
exclusion from the class for injunctive relief and that I am bound by the injunctive
provisions of the Settlement Agreement.

                          Sincerely,

                          Sharon Abbey

Cc:    Claims Administrator
Morgan Stanley Financial Advisor
Sex Discrimination Litigation
Post Office Box 10646
Tallahasee, FL 32302-2646

September 21, 2007

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger + Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bokius LLP
1701 Market Street
Philadelphia, PA 19103-2921

     I wish to opt out of the monetary potion of the Settlement.  Pursuant to the notice I am providing the following information:

    a.    name:     Audray Lohn
            SS#:
            Address:                        **REDACTED**
                     Spring, Texas 77388
            Phone No.:

    b.  Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., No 1:06-cv-01142

     I wish to be excluded from the monetary relief provisions of the Settlement.  I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund.  I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case.  I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

                                   Sincerely,

                                   Audray Lohn

Cc:    Claims Administrator
Morgan Stanley Financial Advisor
Sex Discrimination Litigation
Post Office Box 10646
Tallahasee, FL 32302-2646

area is provided for your internal use
ust be marked on airbill.

**FedEx Service:**

**FedEx**
TRK# 8604 2876 5578
0200

### SATURDAY ### A1
PRIORITY OVERNIGHT
DSR

IAD
DC-US

**X0-JPNA**    20036

**FedEx** Express

# SDR

FedEx® Saturday Delivery
151967 REV 10/04 MWI

Emp# 405306 21SEP07 HOUA

---

**FedEx** US Airbill
Express

FedEx Tracking Number  8604 2876 5578    0200

Door Tag Number → DT1014 73

**From**

Date 9.21.0

Sender's Name K. KELLER    Phone 713 693 Xill

Company Baker & Patterson, LLP

Address 1221 Maine    ste. 30

City Houston    State TX    ZIP 7707

2 Your Internal Billing Reference Lohn

3 To
Recipient's Name Cyrus Nehni (Morgan, Stanley & Hunter)

Company Nehni & Skalet PLC

Recipient's Address 1250 Connecticut Ave. NW ste 30

Address
To arrange a package to be held at a specific FedEx location, print FedEx address here.

City Wilmington D.C.    State    ZIP 2003

8604 2876 5578

**4a Express Package Service**
- FedEx Priority Overnight
- FedEx 2Day
- FedEx Standard Overnight

**4b Express Freight Service**
- FedEx 1Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Large

**6 Special Handling**
SATURDAY Delivery

Dangerous goods (including dry ice) cannot be shipped
No ☐    Yes ☐

**7 Payment** Bill to:
Sender ☐    Recipient ☐

Total Packages    Total Weight    Total Declared Value    Total Charges

**8 NEW Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

520

This was our: ☐ 1st Attempt
On (day/date) 9/22/07
we tried to pick up/deliver.
Courier Employee No. 29/60

We were unable to pick up your package
☐ This is a FedEx ExpressTag® shipment. Contact to reschedule a pickup.
☐ Other

We could not leave your package(s) because:
A signature is required in person.
☐ Shipper requests direct signature option.
☐ Shipper requests adult signature option.
☐ Package contains dangerous goods.
☐ Security reasons/restrictions.
☐ C.O.D. amount due $
☐ Unsecured    ☐ Secured    See back
☐ Bill Recipient option was selected by Shipper. Ple

☐ Shipper requests indirect signature option.
Leave this signed form on your door, and we'll...

Dallas, Texas 75225
September 7, 2007

Claims Administrator
Morgan Stanley Financial Advisor
Sex Discrimination Litigation
Post Office Box 10646
Tallahassee, FL 32302-2646

Re:     Augst-Johnson, ET AL. v. Morgan Stanley & Co.

I opt out of the monetary provisions of this above referenced  lawsuit.

You may contact me at my office at

**REDACTED**

Sincerely,

*Deborah Konigsberg*

Deborah Konigsberg



DALLAS-TX 75

10 SEP 2007 PM 2 T

Claims Administrator
Morgan Stanley Financial Advisor
 Sex Discrimination Litigation
Post Office Box 10646
Tallahassee, FL 32302-2646

ılıllııılıdıllııııldııldıllıdıldllıılılıllııılıll

September 8, 2007


Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC  20036

RE:  Augst-Johnson, et al v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley
     DW Inc., No. 1:06-cv-01142

Dear Sirs:

I understand that, by this request to be excluded from the monetary settlement in this
case, I am foregoing all monetary benefits from this Settlement and will receive no
money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund.
I understand that I may bring a separate legal action seeking damages, but might receive
nothing or less than what I would have received if I had filed a claim under the class
monetary settlement procedure in this case.  I also understand that I may not seek
exclusion from the class for injunctive relief and that I am bound by the injunctive
provisions of the Settlement Agreement.

Sincerely yours,

*Carol A. Smith*

Carol A. Smith

Santa Fe, NM  87504                              **REDACTED**


Social Security #

**REDACTED**



vid and Carol Smith

nta Fe, NM 87504

RECEIVED
SEP **20** 2007
Bew



SANTA FE
SEP 06 '07
NM

U.S. POSTAGE
0.41
H METER 531818

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave, NW, Suite 30
Washington, DC 20036