IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br>On behalf of themselves and all others similarly situated, <br><br>      Plaintiffs, <br><br>v. <br><br>Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br>      Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br>CLASS ACTION |

### NOTICE OF FILING

As part of the filing in the above captioned case, undersigned counsel requests that this Court take Notice of the following two filings, attached to this Notice of Filing:

1) Proposed Final Order Approving Class Representatives, Certifying Class, Appointing Class Counsel, Approving Settlement Agreement, Awarding Fees and Costs and Dismissing Action Subject to the Court's Continuing Jurisdiction

2) Administrative Order No. 2

These two Orders shall be linked to the parties' Joint Motion for Settlement Final Approval (Docket No. 33).

Dated: October 5, 2007

    Respectfully submitted,

*/s/* Cyrus Mehri
Cyrus Mehri (DC No. 420970)
Steven A. Skalet (DC No. 359804)
Lisa M. Bornstein (DC No. 485933)
Anna M. Pohl (DC No. 489407)
MEHRI & SKALET, PLLC
1250 Connecticut Ave. NW
Suite 300
Washington, DC  20036
(202)822-5100

Steven M. Sprenger (DC No. 418736)
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, DC 20005
(202) 265-8010

Mara R. Thompson (*Pro Hac Vice*)
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55415
(612) 871-8910

Christopher M. Moody (*Pro Hac Vice*)
Whitney Warner (*Pro Hac Vice*)
MOODY & WARNER, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
(505)944-0033

*Attorneys for Plaintiffs and the Class*

<u>Certificate of Service</u>

I herby certify the foregoing Notice of Filing and the attached Filings were served via the Court's ECP notification system and by first-class mail, postage prepaid, this 5th day of October, 2007, upon the following:

Grace E. Speights
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178

_____/s/Cyrus Mehri_____
Cyrus Mehri