# Exhibit A

305 Charles Alexander Court
Alexandria, VA 22301
September 3, 2007

Clerk of U. S. District Court
RE: Augst-Johnson, et al.v.Morgan Stanley & Co. Incorporated (No.1:06-cv-01142)
P. O. Box 34782
Washington, DC   20043

Dear Sir:

    RE:  Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated (No.1:06-cv-01142

    I have been a female employee and Wealth (Financial) Advisor in the Morgan Stanley Alexandria, Virginia office since 1987. I am writing to express my opposition to the above referenced Class Action Suit, unless absolute sex discrimination can be proven.

    I would like to begin by giving you my background, employment history, and the opportunities afforded me by Morgan Stanley. I began as the Branch Manager's Assistant in 1981 and was given the opportunity to go into our Financial Advisor training program in 1983 after passing several required exams. I became a registered Financial Advisor in 1984 and was given this opportunity without a college degree. Unless you have unlimited financial resources or excellent contacts in the legal or accounting field, building a business as a Financial Advisor with Morgan Stanley requires good marketing skills, ingenuity and a great deal of energy and effort. I failed at my first attempt to build a successful business due to the fact that I did not possess some of these skills and could not devote the time and energy needed to build my business (nor did I have the resources). I resigned in 1985 but, again, rejoined in 1987 as the Branch Manger's assistant, with the understanding that I could put in extra time to build a clientele. I was given a second chance and, since then, have become a successful $1 million producer, and I am the #3 producer in the office (all of the top 3 producers are women). I also became a Certified Financial Planner™ and am close to completing a degree in Finance (all educational expenses paid by Morgan Stanley).

    I am specifically opposed to any settlement proposed or already given to Laurie Blackburn. Laurie and I worked together at Morgan Stanley for approximately 8 years—from 1997 to 2005. During this time, Laurie and I had a male and female Branch Manager.

    I believe Laurie Blackburn was given many opportunities by Morgan Stanley as I had. I recall that Laurie Blackburn attended and enjoyed a few women's forums hosted by Morgan Stanley. Laurie received a private office when her sales production reached the required level. I never remember any discriminatory acts against Laurie Blackburn as a woman, and in 2005, I recall an opportunity granted to her (when a large producer (Financial Advisor) left Morgan Stanley), Ellen Cleary and Laurie Blackburn were given

the chance to work an account worth $5 million to $6 million – a physician's group retirement plan.

Laurie was an assiduous employee when hired by Morgan Stanley. From our conversations, she was quite impressive and understood what it took to become successful in our business. My understanding was that Laurie was well-educated and when Laurie was hired, she was a licensed attorney. She chose to build her business by networking rather than the traditional means of prospecting/marketing often used by other Financial Advisors. Laurie complained to me on several occasions that this type of networking took time to cultivate relationships. However, Laurie's career seemed to be blossoming.

Then, Laurie decided some time between 2000 and 2001 to adopt a child from an Eastern European country. She had to make several 3-week trips overseas to firm up the adoption. Management in the Alexandria, Virginia, Morgan Stanley office seemed to be accommodative. When she adopted her son, Laurie and her husband opted to take care of the child without childcare. Therefore, Laurie and her husband adjusted their schedules to cover the care. It appeared to me for quite some time that Laurie was hardly in the office. Then after a year or so, she decided to work from 10 am to 3 pm. All Financial Advisors work on commission and due to Laurie's part time commitment, her sales production began to suffer.

Laurie Blackburn's career did not suffer from sex discrimination. Her decline in sales production and then dismissal by Morgan Stanley was in direct relation to Laurie's part-time work schedule in a position that requires a full-time commitment. I do not feel Laurie Blackburn should receive any compensation from this lawsuit.

Sincerely,

*Maria J. Smith*

Maria J. Smith

My letter of complaint was sent 9-4-2007 but it shows a return postmark of 9-10-2007. Someone is playing games. Please forward my complaint to the court.

thanks
Marion Smith

Received By
OCT 08 2007
Docket Services





Maria J. Smith
305 Charles Alexander Ct.
Alexandria, VA 22301-1500



Claims Administrator
Morgan Stanley Financial Advisor
Sex Discrimination Litigation
Post Office Box 10646
Tallahassee, FL 32302-2646