UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br>On behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br>Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br><br><br><br><br>**WITHDRAWAL OF COUNSEL** |

# NOTICE OF WITHDRAWAL

Please take notice that effective immediately, Sandi Farrell, formerly of Mehri & Skalet, PLLC is withdrawing as counsel of record for Plaintiffs in this action.

Dated: October 10, 2007

                                                 Respectfully Submitted

                                                 By:

*/s/* Cyrus Mehri
Cyrus Mehri (DC No. 420970)
Steven A. Skalet (DC No. 359804)
Lisa M. Bornstein (DC No. 485933)
Anna M. Pohl (DC No. 489407)
MEHRI & SKALET, PLLC
1250 Connecticut Ave. NW
Suite 300
Washington, DC  20036
(202)822-5100

*Attorneys for Plaintiffs and the Class*