UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br>On behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br>Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br>CLASS ACTION |

## NOTICE OF FILING REDACTED EXHIBITS

Notice is hereby given that redacted copies of Exhibits E, F, and G to the Declaration of Cyrus Mehri (dated October 1, 2007 – Docket No. 33) have been filed. The un-redacted versions of these exhibits have been sealed because they contain personal identifiers.

76294

| | |
|---|---|
| Dated:  October 11, 2007 | */s/* Cyrus Mehri |
| | Cyrus Mehri (DC No. 420970) |
| | Steven A. Skalet (DC No. 359804) |
| | Lisa M. Bornstein (DC No. 485933) |
| | Anna M. Pohl (DC No. 489407) |
| | MEHRI & SKALET, PLLC |
| | 1250 Connecticut Ave. NW |
| | Suite 300 |
| | Washington, DC  20036 |
| | (202)822-5100 |
| | |
| | Steven M. Sprenger (DC No. 418736) |
| | SPRENGER & LANG, PLLC |
| | 1400 Eye Street, N.W. |
| | Suite 500 |
| | Washington, DC 20005 |
| | (202) 265-8010 |
| | |
| | Mara R. Thompson (*Pro Hac Vice*) |
| | SPRENGER & LANG, PLLC |
| | 310 Fourth Avenue S. |
| | Suite 600 |
| | Minneapolis, MN 55415 |
| | (612) 871-8910 |
| | |
| | Christopher M. Moody (*Pro Hac Vice*) |
| | Whitney Warner (*Pro Hac Vice*) |
| | MOODY & WARNER, P.C. |
| | 4169 Montgomery Blvd. NE |
| | Albuquerque, NM 87109 |
| | (505)944-0033 |
| | |
| | *Attorneys for Plaintiffs and the Class* |

76294