# EXHIBIT E

JENNIFER L. CROPPER

OCEAN CITY, MARYLAND 21843
Home)
Office)
(Cell)



September 7, 2007

To Whom It May Concern:

I object to the settlement of the case of Joanne August-Johnson, et al., Plaintiffs v. Morgan Stanley and Co., Incorporated f/k/a/ Morgan Stanley DW, Inc., Defendants, Case Number: 1:06-cv-01142 (RWR).

I was employed by Morgan Stanley (and its predecessor corporations) from January of 1997 until October of 2005.

During my employment with Morgan Stanley, I was involved in production and management. I neither experienced nor witnessed any form of discrimination.

To the contrary, the firm made every possible resource available to increase, to retain, and to promote female financial advisors. There was a mentoring group, and the Women's Business Exchange strictly for women to aid in the success of female financial advisors.

Payment was based upon production; the system did not discriminate.

There are reasons other than gender discrimination that people do not get promoted or account assignments.

If you have any further questions, please do not hesitate to contact me. If it is helpful, I would be happy to testify at the Settlement Hearing. In my opinion, this settlement should not be approved.

Very truly yours,

Jennifer L. Cropper

# AUGST-JOHNSON, ET AL. v. MORGAN STANLEY & CO. INCORPORATED CLAIM FORM

> You must postmark this Claim Form by no later than September 24, 2007 in order for it to be considered.

IF YOU ARE A WOMAN AND WERE EMPLOYED AS A FINANCIAL ADVISOR OR REGISTERED FINANCIAL ADVISOR TRAINEE IN THE GLOBAL WEALTH MANAGEMENT GROUP OF MORGAN STANLEY & CO. INCORPORATED OR ITS PREDECESSOR(S) AT ANY TIME FROM AUGUST 5, 2003 THROUGH JUNE 30, 2007, YOU MAY BE ELIGIBLE FOR A MONETARY AWARD OUT OF THE SETTLEMENT CREATED IN THIS CASE.

NOTE: Claims based on facts occurring before August 5, 2003 or after June 30, 2007 are not eligible for any award under the Settlement Fund.

```
**********AUTO**MIXED AADC 323 T10 P1 66
Jennifer Lynn Cropper    290

Ocean City, MD 21843-0061
```

If your address is different than printed on the label above or if you did not receive this Claim Form in the mail, please complete your accurate and complete address information below.

Full Name: _Jennifer L. Cropper_
*First/Middle Initial/Last Name*

Address: _____
*Street Address, including any apartment or box number*

_Ocean City_    _MD_    _21843_
*City*    *State*    *Zip Code*

## CLAIM FORM INSTRUCTIONS

All information contained in this Claim Form will be kept strictly confidential. You will not be subject to any retaliation for your completion of these questions. Your answers to Sections A and G are required for you to participate in the claims process. Answer Sections B through F to the extent that they apply to you. Fill in only what applies to you. The monetary award that you receive will be determined based on a combination of your answers to these questions and your work history at Morgan Stanley.

Make sure to *sign and date* your Claim Form. You may use additional sheets of paper to answer any question on the Claim Form. If you do so, please be sure to put your name, social security number, and the question number on each additional sheet of paper you include with your Claim Form.

<u>**IMPORTANT**</u>: <u>In order to be eligible to receive a settlement award, you must return this Claim Form postmarked on or before September 24, 2007,</u> to:

    CLAIMS ADMINISTRATOR
    MORGAN STANLEY FINANCIAL ADVISOR
    SEX DISCRIMINATION LITIGATION
    POST OFFICE BOX 10646
    TALLAHASSEE, FL 32302-2646

# SECTION A

## REQUIRED BACKGROUND AND JOB HISTORY INFORMATION

### REQUIRED BACKGROUND INFORMATION

You **_must_** complete Questions Nos. 1 through 19 in order for your Claim Form to be processed.

1. _____   2. _____
    *Home Telephone*               *Work/Day-time Telephone*

3. _____
    *Cell Phone (if any)*

4. E-mail Address: _____
   (if any)                           Social Security Number

6. Date of Birth: _____
                 Month /Day /Year

7. Please list any previous names you have used, including any used while you were employed by Morgan Stanley: Jennifer L. Shlagel    JL

8. Please list any Central Registration Depository ("CRD") Number(s) you have or ever had: 04

9. Please list the date you were first registered ("registration date") with the NASD as a Series 7 broker/financial advisor: 4·25·97

10. Please list all Financial Advisor Number(s) ("FA Nos.") you have ever had while employed by Morgan Stanley, including any Joint Production FA Nos., Partnership FA Nos., etc.:
    01 + 53

11. Are you female? (Yes)   No

2

# SECTION A (CONTINUED)

## REQUIRED JOB HISTORY

12. Please list the approximate date you began working at Morgan Stanley as a Financial Advisor or Registered Financial Advisor Trainee: January 1997

13. Please list the approximate date you began production at Morgan Stanley: July 1997

14. Are you currently a Registered Financial Advisor Trainee with Morgan Stanley? Yes  (No)

15. If you were, but are no longer, a Registered Financial Advisor Trainee with Morgan Stanley, please indicate the reason and the approximate date you ceased being a Registered Financial Advisor Trainee at Morgan Stanley:

    Date:

    Reason:
    Terminated      Left industry      Went to competition    Took another position at Morgan Stanley

    Other (explain):

16. Are you currently a Financial Advisor with Morgan Stanley? Yes  (No)

17. If you were but are no longer a Financial Advisor with Morgan Stanley, please indicate the reason and approximate date you ceased being a Financial Advisor with Morgan Stanley.

    Date: October 14, 2005

    Reason:
    Terminated   (Left industry)   Went to competition   Took another position at Morgan Stanley

    Other (explain):

18. Have you passed your Series 7 exam? (Yes)  No
    Date Passed: April 1997

19. List all Morgan Stanley branch offices where you worked during your tenure with Morgan Stanley, including the branch identification numbers, if known, and the dates you worked in each branch office:

    Salisbury, Maryland # 505

3

**FedEx.**
TRK# 8623 9175 2422
0215
STANDARD OVERNI[GHT]
MON — 10 SEP

19-JPNA   20[036]

Emp# 142867 07SEP07 SBYA

---

**FedEx Express** US Airbill

FedEx Tracking Number: 8623 9175 2422

Form ID No. 0215   Recipient's Copy

**From** This portion can be removed for Recipient's records.
Date: 9-7-07
FedEx Tracking Number: 862391752422
Sender's Name: Jenifer Cooper
Company:
Address:
City: OCEAN CITY   State: MD   ZIP: 21842

Your Internal Billing Reference:

**To**
Rec Name: Cyrus Mehri, Esq
Company: Mehri + Skalet, PLLC
Recipient's Address: 1250 Connecticut Ave NW Ste. 300
City: Washington   State: DC   ZIP: 20036

0369265278

8623 9175 2422

**4a Express Package Service** — Packages up to 150 lbs.
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice   Dry ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages:   Total Weight:

**8 Residential Delivery Signature Options**
- [x] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519