# EXHIBIT G



September 10, 2007

The Honorable Judge Richard W. Roberts
Clerk of the U.S. District Court for the District of Columbia
Re: *Augst-Johnson, et al. v. Morgan Stanley & Co., Inc.* (No. 1:06-cv-01142)
333 Constitution Avenue, NW
Washington, DC 20001

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Fax: 202-822-4997

Steven M. Sprenger, Esq.
Sprenger & Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dear Judge Roberts:

I, Mary Harris Evans, have worked for Morgan Stanley for 12 years in the positions of Financial Advisor and Assistant Branch Manager. I am currently an Assistant Branch Manager in Morgan Stanley's Menlo Park branch office.

I did not receive any notification about *Augst-Johnson, et al. v. Morgan Stanley & Co.* lawsuit or its settlement. I understand that the class consists of Financial Advisors and Registered Financial Advisor Trainees, but may not include Financial Advisors with management titles or responsibilities, like Sales Managers, Assistant Branch Managers, or Financial Advisors "in charge" of Morgan Stanley offices. If true, this class definition is too narrow, as most of these "assistant" manager positions are held by Morgan Stanley employees who continue to manage a retail brokerage book of business for Morgan Stanley, and thus act as Financial Advisors in addition to performing managerial duties. I

was and am subjected to discrimination in my role as a Financial Advisor, but I was not provided notice of this class, and I am apparently not a class member eligible to participate in the relief. In my view, any class should include such "producing" managers, and the relief expanded to include the damages these producing managers suffered as a result of Morgan Stanley's systemic gender discrimination.

If I am considered part of the putative class, I hereby request to opt out of the monetary relief provisions of the class settlement in *Augst-Johnson, et al. v. Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc.*, No. 1:06-cv-01142.

I understand that, by this request to be excluded from the monetary settlement in this case, I am foregoing all monetary benefits from this Settlement and will receive no money from the Morgan Stanley Financial Advisor Sex Discrimination Settlement Fund. I understand that I may bring a separate legal action seeking damages, but might receive nothing or less than what I would have received if I had filed a claim under the class monetary settlement procedure in this case. I also understand that I may not seek exclusion from the class for injunctive relief and that I am bound by the injunctive provisions of the Settlement Agreement.

Even though I have opted out, I wish to voice my concerns about the proposed settlement to the Court. I am familiar with the objections raised by putative class member and former Morgan Stanley employee, Janice Grant, and agree with her objections as to the unfairness of the proposed settlement. The proposed settlement is inadequate and unfair to class members and will disadvantage African-Americans at Morgan Stanley. I hope that my perspective can help the Court as it grapples with the challenge of whether to approve the proposed settlement. As a result, I ask for the opportunity to appear at the October 11, 2007 Fairness Hearing to explain my objections to the proposed settlement.

Very truly yours,

Mary Harris Evans, JD

San Carlos, CA 94070
Telephone (650) 593 1752



*Fari Evans*

SAN FRANCISCO CA 941

08 SEP 2007  PM 7 T

RECEIVED

SEP 1 0 2007

Cyrus Mehri, Esq
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036