IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br>                     Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br>                     Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br> CLASS ACTION |

**NOTICE OF FILING REDACTED EXHIBITS**

Notice is hereby given that a redacted version of the Declaration of Mark Dichter (dated October 1, 2007, filed as Exhibit 4 to Plaintiffs' Memorandum in Support of Joint Motion for Final Approval of Class Action Settlement, Docket No. 33) has been filed. The un-redacted version of this exhibit has been sealed at the request of this Court because it contains personal information.

Dated: October 11, 2007

>Respectfully submitted,
>
>*/s/* Cyrus Mehri
>Cyrus Mehri (DC No. 420970)
>Steven A. Skalet (DC No. 359804)
>Lisa M. Bornstein (DC No. 485933)
>Anna M. Pohl (DC No. 489407)
>MEHRI & SKALET, PLLC
>1250 Connecticut Ave. NW
>Suite 300
>Washington, DC  20036
>(202)822-5100
>
>Steven M. Sprenger (DC No. 418736)
>SPRENGER & LANG, PLLC
>1400 Eye Street, N.W.
>Suite 500
>Washington, DC 20005
>(202) 265-8010
>
>Mara R. Thompson (*Pro Hac Vice*)
>SPRENGER & LANG, PLLC
>310 Fourth Avenue S.
>Suite 600
>Minneapolis, MN 55415
>(612) 871-8910
>
>Christopher M. Moody (*Pro Hac Vice*)
>Whitney Warner (*Pro Hac Vice*)
>MOODY & WARNER, P.C.
>4169 Montgomery Blvd. NE
>Albuquerque, NM 87109
>(505)944-0033
>
>*Attorneys for Plaintiffs and the Class*

<u>Certificate of Service</u>

      I herby certify the foregoing Notice of Filing and the attached Filing were served via the Court's ECF notification system this 11th day of October, 2007, upon the following:

| | |
|---|---|
| Grace E. Speights<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Mark S. Dichter<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 |

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178

                                                                                                               /s/Cyrus Mehri
                                                                                                                  Cyrus Mehri