UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, LAURIE BLACKBURN, ERNA TARANTINO, and ELIZABETH REINKE,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORGAN STANLEY & CO. INC., f/k/a MORGAN STANLEY DW INC.,<br><br>    Defendant. | Civil Action No. 06-1142 (RWR) |

## ADMINISTRATIVE ORDER NO. 2

In accord with the Settlement Agreement filed in this action and granted preliminary approval on July 17, 2007, defendant Morgan Stanley & Co., Inc. paid the sum of Forty-Six Million Dollars ($46,000,000.00) into the Settlement Fund[1] on July 27, 2007. An Order has now been entered, certifying the Class, giving final approval to the Settlement Agreement, approving the award of Class Counsel attorneys' fees and expenses, and dismissing the action subject to limited continuing jurisdiction. Consistent with that Order, it is hereby

ORDERED that:

1.  The money in the Settlement Fund shall be allocated as follows:

    **A. Claims Portion.** The sum of Thirty-Two Million Five Hundred Forty Thousand Dollars ($32,540,000.00) shall be allocated to the Claims Portion.

---

[1] The terms used in this Order have the same definition as the identical term used in Administrative Order No. 1 and the Settlement Agreement.

-2-

**B.     Attorneys' Fees & Monitoring Portion.**  The sum of Thirteen Million Four Hundred Sixty Thousand Dollars ($13,460,000.00) plus all income earned thereon since July 27, 2007 shall be allocated to the Attorneys' Fees & Monitoring Portion.

**C.     Administrative Portion.**  All income earned on the sum allocated to the Claims Portion since July 27, 2007 shall be allocated to the Administrative Portion.

2.     Payments from the Settlement Fund shall be made as follows:

**A.     Payments from the Claims Portion.**  The Trustee shall not pay any awards to eligible Claimants, including Named Plaintiffs, until the Court approves such awards pursuant to Sections VIII.C.-D. of the Settlement Agreement filed in this action on July 17, 2007.

**B.     Payments from the Attorneys' Fees & Monitoring Portion.**  The Trustee shall pay Class Counsel their respective attorneys' fees and expenses in six installments.  The Trustee shall make such payments only after receipt of a statement signed by all Class Counsel as to the specific allocation of such attorneys' fees and expenses to each firm.

   **i.     First Installment.**  The first installment shall be in the sum of Eleven Million Nine Hundred Sixty Thousand Dollars ($11,960,000.00) plus all income earned thereon since July 27, 2007, representing all past and future attorneys' fees and expenses, except those associated with settlement monitoring provided by Lead Class Counsel.

   **ii.     Second through Sixth Installments.**  The second through sixth installments shall each be in the sum of Three Hundred Thousand Dollars ($300,000.000) plus all income earned thereon since July 27, 2007, representing attorneys' fees and expenses for settlement monitoring provided by Lead Class Counsel.  The second installment shall be payable after the first anniversary

-3-

of the Court's approval of the Settlement Agreement, and the remaining installments shall likewise be payable after each applicable anniversary date.

**C.    Cy Pres.**  Any balance remaining in the Settlement Fund at the time of termination shall be distributed by the Trustee to one or more charitable organizations that qualify for charitable donations under Section 501(c)(3) of the Internal Revenue Code.  The Trustee shall make such donations upon receipt of a statement signed by Lead Class Counsel and Morgan Stanley.

SIGNED this 26th day of October, 2007.

>                    /s/
> RICHARD W. ROBERTS
> United States District Judge