From: David Marek [mailto:dmarek@liddlerobinson.com]
Sent: Wednesday, November 07, 2007 4:57 PM
To: Kendrick, Christine
Subject: RE: McCarthy v. Morgan Stanley - Request for Augst-Johnson Claim Form

Christine,

As a courtesy and sign of good faith, we have attached Section D of the Class Form titled "TERMINATIONS." As we discussed in our second phone call (and you will see when you view this document), Ms. McCarthy wrote "N/A" (which, of course, stands for not applicable) and crossed out this section. Thus, Paragraph 13 (referenced below) does not prevent Ms. McCarthy from bringing a gender discrimination or retaliation claim under the applicable law stemming from Morgan Stanley's termination of her employment.

Also, as we discussed, Ms. McCarthy only joined the class action as it pertains to Section B Compensation (which means, essentially, that she claimed she received less pay and/or fewer/worse accounts because of her gender); one portion of Section E Terms and Conditions of Employment that concerns a failure to "receive training or mentoring opportunities;" and Section F which relates to "medical and/or psychological effects of discrimination." Clearly, there is no overlap between these claims and the allegations made in her Statement of Claim.

It should be clear now that Ms. McCarthy's limited participation in the class action does no impact her ability to pursue the arbitration claim pending at FINRA. Accordingly, if you make a motion seeking to enjoin her right to pursue her arbitration, we will seek sanctions.

Finally, on our first phone call, you intimated that Morgan Stanley believed Exhibit B to the Arbitration Claim (the Written Complaint Transmittal Form) constituted a complaint by Ms. McCarthy of gender discrimination. Please confirm that this is Morgan Stanley's position concerning this document.

Thank you,

David Marek
Liddle & Robinson, L.L.P.
800 Third Avenue, 8th Floor
New York, NY 10022
(212) 687-8500 Ext. 227
Fax (212) 687-1505
www.liddlerobinson.com

# SECTION D

## TERMINATIONS

**WOMEN FINANCIAL ADVISOR CLASS MEMBERS OR REGISTERED FINANICAL ADVISOR TRAINEE CLASS MEMBERS WHO BELIEVE THEY WERE TERMINATED ON THE BASIS OF THEIR SEX.**
**PLEASE ANSWER QUESTIONS 38 - 43.**   N/A

If you were *not* terminated by Morgan Stanley, please skip this section.

38. Were you terminated as part of the Morgan Stanley Reduction-in-Force ("RIF") of Financial Advisors in August 2005?    Yes    No

    a. If "Yes," did you know any male Financial Advisors who were in a similar situation to you in terms of productivity but were not terminated, but who you believe should have been? Please list names and reasons.

39. Were you terminated as part of the Morgan Stanley Reduction-in-Force ("RIF") of Registered Financial Advisor Trainees in May 2006?    Yes    No

    a. If "Yes," did you know any male Registered Financial Advisor Trainees who were in a similar situation to you in terms of productivity but were not terminated, but who you believe should have been? Please list names and reasons.

40. If you were not terminated as part of a RIF, when were you terminated? Date_____

    What was the stated reason for your termination:

41. Do you believe that you were unfairly terminated because of your sex?    Yes    No

    If "Yes," please explain:

42. After you were terminated from Morgan Stanley, approximately how long were you out of work: _____ years _____ months _____ weeks

43. Did you seek alternative employment?    Yes    No

9