**From:** David Marek [mailto:dmarek@liddlerobinson.com]
**Sent:** Thursday, November 08, 2007 4:17 PM
**To:** Kendrick, Christine
**Subject:** RE: McCarthy v. Morgan Stanley - Request for Augst-Johnson Claim Form

Christine,

We believe it is clear from the information I sent you yesterday and the language of the Statement of Claim (i.e., that McCarthy's claims stem from the wrongful termination of her employment and the damage done to her career by filing the untruthful Form U-5) that there is no overlap between McCarthy's arbitration claims and the claims she participated in in the class action settlement. As I already told you, she only participated in the class action settlement for claims stemming from account allocation and that she did not have an assistant. Neither claim is alleged in the arbitration. Moreover, she expressly opted out of the class action settlement for termination (as you saw in the document I produced to you last night). Accordingly, we do not believe there is any good faith basis for Morgan Stanley to move the Court to enjoin this arbitration.

Best,

David Marek
Liddle & Robinson, L.L.P.
800 Third Avenue, 8th Floor
New York, NY 10022
(212) 687-8500 Ext. 227
Fax (212) 687-1505
www.liddlerobinson.com

The information contained in this e-mail message, and
any attachments, may be confidential and legally privileged, and is
intended only for use by the individual(s) or entity named above. If the
reader of this message is not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this
communication in error, please immediately notify us by telephone
(212-687-8500), and destroy the original message. Thank you.