IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, LAURIE BLACKBURN, ERNA TARANTINO AND ELIZABETH REINKE,<br><br>**Plaintiffs,**<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED F/K/A MORGAN STANLEY DW INC.<br><br>**Defendant.** | CIVIL ACTION NO. 1:06-cv-01142 (RWR/DAR)<br><br>ELECTRONICALLY FILED |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Enjoin Claims, the Memorandum of Points and Authorities in support thereof and accompanying exhibits, and all of the submissions and arguments of the interested parties with respect to the Motion, it is hereby ORDERED, this ___ day of _____, 2007, that Defendant's Motion to Enjoin Claims is GRANTED.

Pursuant to Paragraph 13 of the Final Order Certifying Class, Approving Settlement Agreement, Approving Award of Attorneys Fees and Costs and Dismissing Action Subject to the Court's Continuing Jurisdiction dated October 26, 2007, Class Member Karen McCarthy is hereby enjoined from prosecuting or maintaining the sex discrimination or related retaliation claims asserted by her with respect to the termination of her employment in her Statement of Claim filed with FINRA Dispute Resolution on or about August 28, 2007.

                                                                                                                   _____
                                                                                                                    Richard W. Roberts
                                                                                                                    United States District Judge

Copies to:

Christopher M. Moody
Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, N.E.
Albuquerque, NM 87109

Cyrus Mehri
Steven A. Skalet
Sandi Farrell
MEHRI & SKALET, PLLC
1250 Connecticut Ave.
Suite 300
Washington, D.C. 20036

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20005

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Minneapolis, MN 55415

David Marek
LIDDLE & ROBINSON, LLP
800 Third Ave., 8th Floor
New York, NY 10022

Grace E. Speights
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921