IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, LAURIE BLACKBURN, ERNA TARANTINO AND ELIZABETH REINKE,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED F/K/A MORGAN STANLEY DW INC.<br><br>Defendant. | CIVIL ACTION NO. 1:06-cv-01142 (RWR/DAR)<br><br>ELECTRONICALLY FILED |

**CONSENT MOTION TO WITHDRAW MOTION TO ENJOIN CLAIMS**

Defendant Morgan Stanley & Co. Incorporated, f/k/a Morgan Stanley DW Inc., hereby respectfully moves this Court to withdraw the Motion to Enjoin Claims filed on November 15, 2007 (Docket No. 45). Karen McCarthy, whose claims were the subject of the motion, and Plaintiffs consent to the withdrawal of the earlier filed Motion to Enjoin Claims.

Dated: November 27, 2007

                                              Respectfully Submitted,

                                              _____/s Grace E. Speights_____
                                              Grace E. Speights (D.C. Bar # 392091)
                                              Mark S. Dichter, *Pro Hac Vice*
                                              Kenneth J. Turnbull, *Pro Hac Vice*
                                              Morgan, Lewis & Bockius LLP
                                              1111 Pennsylvania Ave., N.W.
                                              Washington, D.C. 20004
                                              202.739.3000

                                              *Counsel for Defendant Morgan Stanley &*
                                              *Co. Incorporated, f/k/a Morgan Stanley DW Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2007, a true and correct copy of the foregoing Consent Motion to Withdraw Motion to Enjoin Claims was filed electronically and was served via e-mail and First-Class U.S. mail upon the following:

Cyrus Mehri
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Email: cmehri@findjustice.com

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 I Street, NW
Suite 500
Washington, DC 20005
Email: ssprenger@sprengerlang.com

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415
 mthompson@sprengerlang.com

Christopher M. Moody
and Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, NE
Albuquerque, NM 87109
Email: moody@nmlaborlaw.com; warner@nmlaborlaw.com

David M. Marek
Liddle & Robinson, LLP
800 Third Ave., 8th Floor
New York, NY 10022
Email: dmarek@liddlerobinson.com

    __s/ Richard W. Black_____
    Richard W. Black