IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE AUGST-JOHNSON, NANCY REEVES, DEBRA SHAW, JAN TYLER, CHERYL GIUSTINIANO, LAURIE BLACKBURN, ERNA TARANTINO AND ELIZABETH REINKE,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED F/K/A MORGAN STANLEY DW INC.<br><br>Defendant. | CIVIL ACTION NO. 1:06-cv-01142 (RWR/DAR)<br><br>ELECTRONICALLY FILED |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Withdraw Motion to Enjoin Claims, it is hereby ORDERED, this ___ day of _____, 2007, that the Consent Motion is GRANTED. Defendant's Motion to Enjoin Claims, filed on November 15, 2007, is hereby WITHDRAWN.

_____
Richard W. Roberts
United States District Judge

Copies to:

Christopher M. Moody
Whitney Warner
MOODY & WARNER, P.C.
4169 Montgomery Boulevard, N.E.
Albuquerque, NM 87109

Cyrus Mehri
Steven A. Skalet
Sandi Farrell
MEHRI & SKALET, PLLC
1250 Connecticut Ave.
Suite 300
Washington, D.C. 20036

Steven M. Sprenger
SPRENGER & LANG, PLLC
1400 Eye Street, N.W.
Suite 500
Washington, D.C. 20005

Mara R. Thompson
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Minneapolis, MN 55415

David Marek
LIDDLE & ROBINSON, LLP
800 Third Ave., 8th Floor
New York, NY 10022

Grace E. Speights
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921