**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
JOANNE AUGST-JOHNSON et al.,   )
                               )
        Plaintiffs,            )
                               )
        v.                     )    Civil Action No. 06-1142 (RWR)
                               )
MORGAN STANLEY & CO., INC.,    )
                               )
        Defendant.             )
_____)
```

## ORDER TO SHOW CAUSE

Teresa Grubman's counsel in another case asked this court, by letter dated November 19, 2007 and copied to counsel for the plaintiff class and counsel for the defendant, to permit her to opt out of the class in this case, and has recited the events which led her to believe she had made a timely and effective opt out request.  Accordingly, it is hereby

**ORDERED** that the defendant show cause in writing by December 17, 2007 why Grubman's request to opt out should not be granted.  Counsel for the plaintiff class shall have until December 21, 2007 to respond to defendant's filing.

SIGNED this 4th day of December, 2007.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge