IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino and Elizabeth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br>           Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., <br><br>           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 1:06-cv-01142 <br>    (RWR/DAR) <br><br> CLASS ACTION |

## RESPONSE OF CLASS COUNSEL TO LETTER SUBMITTED TO COURT BY JEREMY W. PARHAM

In his recent letter to the Court, Jeremy W. Parham, an attorney who is representing class member Teresa Grubman in an individual employment discrimination action against defendant Morgan Stanley pending in the Middle District of Tennessee, requests that Ms. Grubman be permitted to opt-out of the class or, in the alternative, to submit a claim form in order to participate in the monetary relief portion of the class settlement, notwithstanding the passing of the court-imposed deadlines for doing so.

Class counsel have no objection to allowing Ms. Grubman to opt out of the class out of time. Class counsel also have no objection to allowing Ms. Grubman to submit a claim form to participate in the monetary relief portion of the class settlement if she is <u>not</u> allowed to opt out of the class *and* she can demonstrate to the Special Master that her failure to timely submit a claim form was due to "excusable neglect".

2020996

Class counsel wishes to inform the Court, however, that certain factual statements contained in Ms. Grubman's declaration and amended declaration which have been offered in support of the requested relief she has requested, are false. *See* Ex. 1, Declaration of Steven M. Sprenger.

| | |
|---|---|
| This 20th day of December, 2007 | Respectfully submitted, |
| | /s/ Steven M. Sprenger |
| | Steven M. Sprenger (DC No. 418736)<br>SPRENGER & LANG, PLLC<br>1400 Eye Street, N.W.<br>Suite 500<br>Washington, DC 20005<br>(202) 265-8010 |
| | Mara R. Thompson (Pro hac vice)<br>SPRENGER & LANG, PLLC<br>310 Fourth Avenue S.<br>Suite 600<br>Minneapolis, MN 55415<br>(612) 871-8910 |
| | Cyrus Mehri (DC No. 420970)<br>Steven A. Skalet (DC No. 359804)<br>Lisa M. Bornstein (DC No. 485933)<br>Sandi Farrell (DC No. 491677)<br>MEHRI & SKALET, PLLC<br>1250 Connecticut Ave. NW<br>Suite 300<br>Washington, DC 20036<br>(202)822-5100 |
| | Christopher M. Moody (Pro hac vice)<br>Whitney Warner (Pro hac vice)<br>MOODY & WARNER, P.C.<br>4169 Montgomery Blvd. NE<br>Albuquerque, NM 87109<br>(505)944-0033 |
| | *Attorneys for Plaintiffs and the Class* |