IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino and Elizabeth Reinke, <br><br>On behalf of themselves and all others similarly situated, <br><br>          Plaintiffs, <br><br>v. <br><br>Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., <br><br>          Defendant. | Civil No. 1:06-cv-01142 <br>  (RWR/DAR) <br><br>CLASS ACTION |

## DECLARATION OF STEVEN M. SPRENGER

I, Steven M. Sprenger, hereby declare and state, as follow:

1.    I am over the age of eighteen years. I have personal knowledge of the facts set forth herein, and am competent to testify thereto.

2.    I have never spoken with Teresa Grubman.

3.    On October 11, 2007, I was out of the office until late in the day preparing for and appearing at the Fairness Hearing in this matter before the Honorable Richard Roberts, Judge of United States District Court for the District of Columbia. I did not speak with and could not have spoken with Ms. Grubman on October 11, 2007.

4.    Our law firm's contact records indicate that on October 19, 2007, John O'Brien, a paralegal in our firm's Minneapolis office, spoke by telephone with Ms. Grubman. Pursuant to

2020995

our firm's standard procedures, Mr. O'Brien obtained basic contact information from Ms. Grubman including, but not limited to, a phone number (i.e., 210-375-4380).

5. During the telephone conversation Ms. Grubman asked Mr. O'Brien whether her individual claim against Morgan Stanley precluded her involvement as a class member in the above-captioned case. Because the question called for legal advice, Mr. O'Brien declined to provide an answer and, instead, referred the matter to Mara Thompson, who serves as class counsel in this case.

6. Numerous subsequent attempts by both Ms. Thompson and Mr. O'Brien to contact Ms. Grubman at the telephone number she provided were unsuccessful because the calls were answered by a fax tone.

7. Attached as Exhibit A is a true and correct copy of the call log Sprenger & Lang maintained with respect to its contacts with Ms. Grubman. Sprenger & Lang makes a practice of maintaining similar call logs with respect to contacts from nearly any person who contacts the firm.

* * *

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of December, 2007 in Washington, D.C.

/s/ Steven M. Sprenger
Steven M. Sprenger