UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Beth Reinke, | ) ) ) ) | Case No. 1:06-cv-01142 (RWR/DAR) |
| On behalf of themselves and all others similarly situated, | ) ) ) ) | CLASS ACTION |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., | ) ) ) | |
| Defendant. | ) | |

**EXHIBIT A
TO DECLARATAION OF STEVEN M. SPRENGER**

Document 1801 - From 'MS CONTACTS' database

| | |
|---|---|
| LASTNAME | Grubman |
| FIRSTNAME | Teresa |
| HOMEPHONE | (210)-375-4380 |

| | |
|---|---|
| COMMENTS CONTACTS | Receved Morgan Stanley settlement materials from S + L 11/19/07 JFO: Have attempted to contact Grubman via phone number above numerous times in the past 30 days. Fax tone results. Letter sent today via US Mail requesting Ms. Grubman contact us during regular business hours. |
| | 10/19/07-Initial interview conducted by John O'Brien (JFO). Ms. Grubman has an individual claim pending against Morgan Stanley. She filed an EEOC complaint on 2/9/06. She wants to know if her individual claim precludes her involvement as a class member. Case has been referred to M. Thompson who has previous knowledge of T. Grubman. Phone number provided by T. Grubman does not appear to be operable. |