UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Beth Reinke, <br><br>On behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br>v. <br><br>Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:06-cv-01142 (RWR/DAR) <br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on December 19, 2007, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

  1.  Response of Class Counsel to letter submitted to Court by Jeremy W. Parham;

  2.  Declaration of Steven M. Sprenger and Exhibit A to Declaration;

  3.  Certificate of Service.

Copies of these documents were electronically served on the following counsel of record via ECF:

Grace E. Speights
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202) 739-5189
Fax: (202) 739-3001
Email: gspeights@morganlewis.com

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6055
Fax: (212) 309-6001
Email: kturnbull@morganlewis.com

77342

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5291
Fax: (215) 963-5001
Email: mdichter@morganlewis.com

Copies of these documents were served via U.S. Mail on the following:

Jeremy W. Parham
2400 Crestmoor Road
Nashville, TN 37215
jparham@parhamlawoffice.com

                                                **/s/ Steven M. Sprenger**

77342