*Let this be filed.*
*/s/ Roberts U.S.D.J.*
*1-2-08*



*Jeremy W. Parham*

2400 Crestmoor Road
Nashville, TN 37215
Phone: (615) 386-7191
Fax: (615) 297-6005

December 3, 2007



FILED

JAN 3 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*VIA CERTIFIED MAIL*
Honorable Richard W. Roberts
U.S. District Judge
333 Constitution Avenue, NW
Washington, DC 20001

Re: Augst-Johnson, et al. v. Morgan Stanley & Co. Inc. f/k/a Morgan Stanley DW Inc., No. 1:06-cv-01142
Request to opt-out of class action – Amended Affidavit

Dear Judge Roberts:

I previously submitted a request to opt out of the above class action suit on behalf of Teresa Grubman. Included in my prior correspondence were affidavits from Ms. Grubman and myself concerning the basis for her late request.

It has come to my attention that there was some confusion regarding Ms. Grubman's prior telephone correspondence with Sprenger and Lang in October 2007. Ms. Grubman initially believed she had spoken to Steven Sprenger directly, but it now appears she only spoke with someone from Mr. Sprenger's office, most likely a paralegal. I respectfully submit the enclosed Amended Affidavit of Teresa Grubman which corrects this error.

Please do not hesitate to contact my office if you have any questions.

Best regards,

Jeremy W. Parham

Enclosure

cc: Cyrus Mehri, Esq.
    Steven Sprenger, Esq.
    Mark S. Dichter
    Jonathan Harris, Esq. (Nashville counsel for Morgan Stanley)
    Teresa Grubman

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2007 a true and correct copy of the foregoing document and accompanying enclosure (Amended Affidavit of Teresa Grubman) was served via U.S. mail, postage prepaid, as follows:

Cyrus Mehri, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036

Steven M. Sprenger, Esq.
Sprenger & Lang, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005

Mark S. Dichter, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Jonathan Harris, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart
424 Church Street, Suite 800
Nashville, TN 37219

Jeremy W. Parham

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Ema Tarantino, & Elizabeth Reinke, | ) ) ) ) ) CIVIL NO. 1:06-cv-01142 ) (RWR)(DAR) ) |
| On behalf of themselves and all others similarly situated, | ) CLASS ACTION ) ) JURY TRIAL DEMAND |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Morgan Stanley & Co. Incorporated, f/k/a Morgan Stanley DW, Inc., | ) ) ) |
| Defendant. | ) |

### AMENDED AFFIDAVIT OF TERESA GRUBMAN

I, Teresa Grubman, state the following:

1. I am over the age of eighteen and otherwise qualified to give testimony in the above action. I previously provided the Court an Affidavit in this matter, but wish to substitute this Amended Affidavit for the Court's consideration.

2. I was employed as a Financial Advisor in the Nashville, Tennessee branch office for Morgan Stanley DW, Inc. from March 7, 2005 until I was terminated on April 10, 2006.

3. I filed a charge of discrimination against Morgan Stanley with the Nashville office of the Equal Employment Opportunity Commission on February 9, 2006.

4. I cited various acts of sex discrimination and age discrimination in my EEOC charge against Morgan Stanley.

5. The EEOC issued a Notice of Suit Rights pursuant to my charge of discrimination against Morgan Stanley on May 31, 2006.

1

6. Through my attorney, Jeremy Parham, I filed a Complaint against Morgan Stanley and my former supervisor, Greg Davis, in the U.S. District Court for the Middle District of Tennessee on July 21, 2006, alleging sex discrimination, age discrimination, violations of the Family Medical Leave Act, intentional infliction of emotional distress and defamation.

7. I have incurred approximately $5,000.00 in court costs and expenses prosecuting my lawsuit against Morgan Stanley and Greg Davis over the course of the last fifteen months.

8. I did not receive a Notice of Class Action, Proposed Settlement and Settlement Hearing (hereinafter "Notice") in this matter until September 24, 2007.

9. I immediately attempted to contact Plaintiff's counsel in this matter, Sprenger and Lang, after I received the Notice.

10. I received a return phone call from someone with the office of Sprenger and Lang on or about October 11, 2007. I asked that individual whether it would be possible to maintain my independent action against Morgan Stanley and simultaneously participate in this class action suit. The individual from Sprenger and Lang advised that he or someone else with the firm would have to contact me later with an answer to my question.

11. I had no further contact with anyone from Sprenger and Lang following our initial conversation. I do not know whether anyone from the firm later attempted to contact me in response to my question.

12. It was my understanding from the Notice that I only had to submit a response if I wished to be included in the class action suit or any resulting settlement.

13. I respectfully request that this Court allow me to opt out of the class action suit and preserve my pending lawsuit against Morgan Stanley. As such, I submitted written notice of my request to opt out of the class action to the Court and all necessary parties on November 19, 2007 (Exhibit A to the original Affidavit of Teresa Grubman, incorporated herein by reference).

I hereby swear and affirm under penalty of perjury that the foregoing statements are true and correct.

_____     12/2/2007
Teresa Grubman                                      Date

Sworn to and subscribed before me
this the 2nd day of December, 2007.

_____
Notary Public
My commission expires: 02-22-09

[Notary seal: J.P. SALVATIERRA, Notary Public, State of Texas, Expires 02-22-2009]

3