IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br>On behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br>Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br>CLASS ACTION |

## NOTICE OF WITHDRAWAL

Please take notice that Lisa Bornstein is no longer with the firm of Mehri & Skalet, PLLC, and has withdrawn as counsel of record for the plaintiffs in this action.

Dated: April 9, 2008

    Respectfully submitted,

    /s/ Cyrus Mehri
    Cyrus Mehri (DC No. 420970)
    Steven A. Skalet (DC No. 359804)
    Anna M. Pohl (DC No. 489407)
    MEHRI & SKALET, PLLC
    1250 Connecticut Avenue NW
    Suite 300
    Washington, DC 20036
    (202) 822-5100

    *Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** was filed electronically on April 9, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/  Cyrus Mehri
Cyrus Mehri