UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br>On behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br>Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br> CLASS ACTION |

**THE PARTIES' JOINT MOTION FOR THE ENTRY OF AN ORDER FOR PROCEDURES FOR THE SUBMISSION OF THE SPECIAL MASTER'S REPORT AND RECOMMENDATION TO BE FILED UNDER SEAL**

**INTRODUCTION**

On October 26, 2007, this Court granted final approval of the proposed settlement in the above styled case. Section VIII of the Second Revised Settlement Agreement ("Settlement Agreement") contains the monetary provisions of the Settlement Agreement. Section VIII sets forth allocation procedures for the monetary relief as well as the duties of a Court-appointed Special Master with respect to such procedures.

Thomas A. Warren, the Court-appointed Special Master, has informed Lead Class Counsel that his Report and Recommendation to the Court pursuant to Section VIII D 3 is nearly complete. Section VIII D 3 c says:

>After determining the proposed allocation the Special Master shall submit a Report and Recommendation including the proposed allocation and distribution plan, together with a full explanation of the rationale and methodology upon which the proposed allocation and distribution are based, to the Court under seal for *in camera* review and approval of the rationale and methodology, with copies to Lead Class Counsel.  If there is no objection or suggested modification by the Court within thirty (30) days following submission to the Court, the rationale and methodology shall be deemed approved, the allocation and distribution plan contained in the Report and Recommendation shall be deemed final, and the Special Master shall submit the distribution plan to the Claims Administrator to send the Notices of Awards to the eligible Claimants.

The Settlement Agreement is silent as to the manner by which the Special Master shall submit the Report and Recommendation under seal with the Court.  Subject to Court approval, the parties have agreed that the Special Master shall provide the original Report and Recommendation and multiple copies to Lead Class Counsel.  Lead Class Counsel shall file the original Report and Recommendation under seal pursuant to Local Rule 5.1(j).  Lead Class Counsel shall provide two courtesy copies of the Report and Recommendation to the Court's Chambers.  An order setting forth this proposed procedure is attached for the Court's convenience.

Dated: June 3, 2008                                     Respectfully submitted,

>*/s/* Cyrus Mehri
>_____
>Cyrus Mehri (DC No. 420970)
>Anna M. Pohl (DC No. 489407)
>MEHRI & SKALET, PLLC
>1250 Connecticut Avenue, NW
>Suite 300
>Washington, DC 20036
>(202) 822-5100
>
>Steven M. Sprenger (DC No. 418736)
>SPRENGER & LANG, PLLC
>1400 Eye Street, NW

Suite 500
Washington, DC 20005
(202) 265-8010

Mara R. Thompson (*Pro Hac Vice*)
SPRENGER & LANG, PLLC
310 Fourth Avenue S.
Suite 600
Minneapolis, MN 55415
(612) 871-8910

Christopher M. Moody (*Pro Hac Vice*)
Whitney Warner (*Pro Hac Vice*)
MOODY & WARNER, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
(505) 944-0033

*Attorneys for Plaintiffs and the Class*

Dated:  June 3, 2008                       Respectfully submitted,


*/s/* Mark S. Dichter
_____
Mark S. Dichter (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5291

Grace E. Speights (DC No. 392091)
Richard W. Black
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5189

Kenneth J. Turnbull (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
(212) 309-6055

*Attorneys for Defendant Morgan Stanley & Co. Incorporated, f/k/a Morgan Stanley DW Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2008, a true and correct copy of the foregoing Parties' Joint Motion for the Entry of an Order for Procedures for the Submission of The Special Master's Report and Recommendation to be Filed Under Seal, and Proposed Order, were filed electronically and served via the Court's electronic notification system and with separate email upon the following:

Grace E. Speights
Richard W. Black
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email: gspeights@morganlewis.com; rblack@morganlewis.com

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
Email: mdichter@morganlewis.com

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
Email: kturnbull@morganlewis.com

                                                            */s/* Cyrus Mehri
                                                            Cyrus Mehri