UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Elizabeth Reinke, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., <br><br> Defendant. | Case No. 1:06-cv-01142 (RWR) <br><br> CLASS ACTION |

### [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Motion for the Entry of an Order for Procedures for the Submission of the Special Master's Report and Recommendation to be Filed Under Seal, and the Court having reviewed the Motion and for good cause shown:

**IT IS SO ORDERED** that the parties' Joint Motion for the Entry of an Order for Procedures for the Submission of the Special Master's Report and Recommendation to be Filed Under Seal is **GRANTED**. The Special Master shall provide the original Report and Recommendation and multiple copies to Lead Class Counsel. Lead Class Counsel shall file the original Report and Recommendation under seal pursuant to Local Rule 5.1(j). Lead Class Counsel shall provide two courtesy copies of the Report and Recommendation to the Court's Chambers.

Dated: June 9, 2008

_____
United States District Court Judge