UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Joanne Augst-Johnson, Nancy Reeves, Debra Shaw, Jan Tyler, Cheryl Giustiniano, Laurie Blackburn, Erna Tarantino, and Beth Reinke, | ) ) ) ) | Case No. 1:06-cv-01142 (RWR/DAR) |
| On behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | CLASS ACTION |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| Morgan Stanley & Co. Incorporated f/k/a Morgan Stanley DW Inc., | ) ) ) | |
| Defendant. | ) | |

## NOTICE REGARDING FILING OF SEALED MATERIALS

Notice is given that Sealed Documents (Report & Recommendation of Special Master Thomas A. Warren, and Exhibits A-G) were filed in paper format with the Court. These documents are not available for public viewing.

Dated: June 12, 2008

/s/ Steven M. Sprenger
Steven M. Sprenger, Esq. (DC No. 418736)
SPRENGER + LANG, PLLC
1400 Eye Street, N.W., Suite 500
Washington, DC 20005
Telephone: (202) 265-8010
Facsimile: (202) 332-6652

Cyrus Mehri, Esq. (DC No. 420870)
Anna M. Pohl, Esq. (DC No. 489407)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, N.W., Suite 300
Washington, DC 20036
Telephone:  (202) 822-5100
Facsimile:   (202) 822-4997

Mara R. Thompson, Esq. (*pro hac vice*)
SPRENGER + LANG, PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN  55415
Telephone:  (612) 871-8910
Facsimile:  (612) 871-9270

Christopher Moody, Esq. (*pro hac vice*)
Whitney Warner, Esq. (*pro hac vice*)
MOODY & WARNER, P.C.
4169 Montgomery NE
Albuquerque, NM 87109
Telephone: (505) 944-0033

*Attorneys for Plaintiffs and the Class*

78795

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Augst-Johnson, Nancy Reeves,<br>Debra Shaw, Jan Tyler, Cheryl Giustiniano,<br>Laurie Blackburn, Erna Tarantino,<br>and Beth Reinke,<br><br>On behalf of themselves and all others similarly<br>situated,<br><br>                Plaintiffs,<br><br>v.<br><br><br>Morgan Stanley & Co. Incorporated f/k/a Morgan<br>Stanley DW Inc.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:06-cv-01142
(RWR/DAR)


CLASS ACTION

---

## CERTIFICATE OF SERVICE

---

I HEREBY CERTIFY that on June 12, 2008 I caused the following documents to be filed

electronically with the Clerk of Court through ECF:

**Notice Regarding Filing of Sealed Materials (Report & Recommendation
of Special Master Thomas A. Warren, and Exhibits A-G)**.

Copies of this Notice will be electronically served on the following counsel of record via
ECF:

Grace E. Speights
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202) 739-5189
Fax: (202) 739-3001
Email: gspeights@morganlewis.com

2021856

Kenneth J. Turnbull
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6055
Fax: (212) 309-6001
Email: kturnbull@morganlewis.com

Mark S. Dichter
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5291
Fax: (215) 963-5001
Email: mdichter@morganlewis.com

    And, a copy of the aforementioned Notice will be forwarded by mail to:

Thomas A. Warren
Special Master
*Augst-Johnson, et al. v. Morgan Stanley*
2032-D Thomasville Road
Tallahassee, FL  32308


                                            /s/ Steven M. Sprenger
                                           Steven M. Sprenger

2021856                              2